USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                  Plaintiff,

-against-

Diane Argyropoulous et al.,

                  Defendants.

1:18-cv-11413 (AT) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a Telephone Conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than November 20, 2019, Plaintiff shall serve Defendant Mitsubishi Motors North America ("MMNA") with no more than twenty interrogatories based on Plaintiff's proposed deposition questions. (*See* ECF No. 60, at 12-17.) No later than December 20, 2019, MMNA shall serve Plaintiff with any objections and, no later than January 6, 2020, MMNA shall serve responses to any interrogatories to which it did not object. The Court finds that all other discovery with respect to MMNA should be stayed until after the Court's resolution of MMNA's pending motion to dismiss.

2. The motion to withdraw as limited scope counsel filed by Milbank LLP (*see* ECF Nos. 65-67) is GRANTED as unopposed.

3. The deadline for the completion of all discovery is extended until January 31, 2020.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
November 13, 2019

_____
STEWART D. AARON
United States Magistrate Judge