USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                      Plaintiff,

-against-

Diane Argyropoulous et al.,

                      Defendants.

1:18-cv-11413 (AT) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a Telephone Conference in this action on Tuesday, February 4, 2020 at 2:30 p.m. to discuss the issues raised in Plaintiff's January 27, 2020 Letter. (*See* ECF No. 76.) The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:      New York, New York
              January 31, 2020

_____
STEWART D. AARON
United States Magistrate Judge