UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                Plaintiff,

-against-

Diane Argyropoulous et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020

1:18-cv-11413 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a Telephone Conference with the parties, and for the reasons stated on the record, it is hereby Ordered that discovery is extended until March 3, 2020 *for the limited purposeof allowing Plaintiff to move to compel JPS Petroleum d/b/a Sunoco to comply with the subpoena Plaintiff served upon it.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
            February 4, 2020

_____
STEWART D. AARON
United States Magistrate Judge