USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony B. Nelson,<br><br>                Plaintiff,<br><br>-against-<br><br>Diane Argyropoulous et al.,<br><br>                Defendants. | 1:18-cv-11413 (AT) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties shall appear, via telephone, for a conference in the above-captioned matter on Monday, March 30, 2020 at 3:00 p.m. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. It is further Ordered that the deadline for the completion of discovery is extended until March 30, 2020 for the limited purpose of allowing Plaintiff to pursue the discovery that is the basis for the subpoena served on JPS Petroleum.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
                March 16, 2020

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge