USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

       Plaintiff,

-against-

Diane Argyropoulous et al.,

       Defendants.

1:18-cv-11413 (AT) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The telephone conference scheduled for Monday, March 30, 2020 at 3:00 p.m. (see ECF No. 83) shall go forward as previously scheduled, but the Parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. This Order supersedes the calling instructions provided previously.

A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:  New York, New York
     March 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge