UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                 Plaintiff,

-against-

Diane Argyropoulous et al.,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

1:18-cv-11413 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference, in which only counsel for the Defendants appeared, it is hereby Ordered as follows:

1. In light of recent public health developments, the deadline for JPS Petroleum to respond to the subpoena (*see* ECF Nos. 80 & 82) is extended until April 27, 2020.

2. The parties are directed to appear for a telephone conference in this action on Wednesday, May 13, 2020 at 2:00 p.m. The Parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

3. The deadline for the completion of discovery is extended until May 13, 2020 for the limited purpose of allowing Plaintiff to pursue the discovery that is the basis for the subpoena served on JPS Petroleum.

4. Plaintiff shall advise the Court within three business days if he receives any response to the subpoena served on JPS Petroleum.

A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers. In addition, a copy of this Order will be mailed to JPS Petroleum by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         March 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge