UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                     Plaintiff,

-against-

Diane Argyropoulous et al.,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

1:18-cv-11413 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Plaintiff shall file his anticipated motion to compel JPS Petroleum Inc. ("JPS Petroleum") to respond to the subpoena (*see* ECF Nos. 80 & 82) no later than May 25, 2020.

2. No later than June 4, 2020, JPS Petroleum either shall produce the documents identified in the subpoena or respond to Plaintiff's motion to compel. **JPS Petroleum is warned that if it fails to comply with this Order and comply with the subpoena, it could be found in contempt and sanctions may be imposed against it.** ***See*** **Fed. R. Civ. P. 45.**

3. No later than May 25, 2020, Defendants shall file a latter indicating whether they intend to file any dispositive motions and, if so, set forth a proposed briefing schedule.

4. The deadline for the completion of discovery is extended until July 31, 2020 for the limited purpose of allowing Plaintiff to pursue the discovery that is the basis for the subpoena served on JPS Petroleum.

A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers. In addition, a copy of this Order will be mailed to JPS Petroleum by Chambers via certified mail.

**SO ORDERED.**

DATED:   New York, New York
         May 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2