USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                        Plaintiff,

-against-

Diane Argyropoulous et al.,

                        Defendants.

1:18-cv-11413 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        The Court is in receipt of Plaintiff's Letters dated April 15, 2020 and May 15, 2020 and entered on the docket on June 3, 2020. (ECF Nos. 93 & 95) Due to the recent public health concerns and the difficulties and delays articulated by Plaintiff, it is hereby Ordered that the deadline for Plaintiff to file an Amended Complaint (*see* Order, ECF No. 85) is extended until July 8, 2020 *nunc pro tunc*.

        A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:       New York, New York
                  June 8, 2020

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge