**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/11/2020
```

| | |
|---|---|
| Anthony B. Nelson, | |
| | **Plaintiff,** |
| -against- | |
| Diane Argyropoulous et al., | |
| | **Defendants.** |

**1:18-cv-11413 (AT) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties and non-party JPS Petroleum Inc. are directed to appear for a Telephone Conference in this action on Monday, June 22, 2020 at 11:00 a.m. During the conference, the Court intends to address Defendant MMNA's June 10, 2020 Letter Motion (ECF No. 98), the JPS Petroleum subpoena (*see, e.g.*, ECF No. 96) and any other issues the parties would like to raise. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
           June 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge