```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                    Plaintiff,

-against-

Diane Argyropoulous et al.,

                    Defendants.

1:18-cv-11413 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Friday, August 7, 2020, Plaintiff shall file his motion for leave to amend, pursuant to Federal Rule of Civil Procedure 15(a)(2), with respect to Defendants other than MMNA (the "Non-MMNA Defendants"). The Non-MMNA Defendants shall file their opposition no later than Friday, August 21, 2020.

2. The deadline for the Non-MMNA Defendants to file their anticipated motion for summary judgment is adjourned *sine die*.

3. The Non-MMNA Defendants' Letter Motion (ECF No. 110) to withdraw their July 23, 2020 Answer to the Amended Complaint (ECF No. 108) is DENIED WITHOUT PREJUDICE, pending the Court's decision on Plaintiff's motion to amend.

A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED: New York, New York
July 31, 2020

_____
STEWART D. AARON
United States Magistrate Judge