# Exhibit 6

| Copy B—To Be Filed With Employee's Federal Tax Return. | 41-0852411 OMB No. 1545-0008 |
|---|---|
| **REDACTED** | |

c Employer's name, address, and ZIP code
SPARTAN AUTO GROUP LLC
4070 BOSTON RD
BRONX  NY  10475

d Control number REDACTED

e Employee's name, address, and ZIP code — Suff.
ANTHONY B. NELSON
REDACTED
BRONX  NY  10475

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other FLI REDACTED SDI | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

**REDACTED**

Form W-2 Wage and Tax Statement  2018  Dept. of the Treasury – IRS
This information is being furnished to the Internal Revenue Service.
DAA

---

| Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return. | |
|---|---|
| **REDACTED** | |

c Employer's name, address, and ZIP code
SPARTAN AUTO GROUP LLC
4070 BOSTON RD
BRONX  NY  10475

d Control number REDACTED

e Employee's name, address, and ZIP code — Suff.
ANTHONY B. NELSON
REDACTED
BRONX  NY  10475

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other FLI REDACTED SDI | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

**REDACTED**

Form W-2 Wage and Tax Statement  2018  Dept. of the Treasury – IRS
DAA

---

| Copy B—To Be Filed With Employee's Federal Tax Return. | 41-0852411 OMB No. 1545-0008 |
|---|---|
| **REDACTED** | |

c Employer's name, address, and ZIP code
VICTORY AUTO GROUP LLC
4101 BOSTON RD
BRONX  NY  10466

d Control number REDACTED

e Employee's name, address, and ZIP code — Suff.
ANTHONY B. NELSON
REDACTED
BRONX  NY  10475

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other FLI REDACTED SDI | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

**REDACTED**

Form W-2 Wage and Tax Statement  2018  Dept. of the Treasury – IRS
This information is being furnished to the Internal Revenue Service.
DAA

---

| Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return. | 41-0852411 OMB No. 1545-0008 |
|---|---|
| **REDACTED** | |

c Employer's name, address, and ZIP code
VICTORY AUTO GROUP LLC
4101 BOSTON RD
BRONX  NY  10466

d Control number REDACTED

e Employee's name, address, and ZIP code — Suff.
ANTHONY B. NELSON
REDACTED
BRONX  NY  10475

| 7 Social security tips | 8 Allocated tips | 9 Verification code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other FLI REDACTED SDI | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

**REDACTED**

Form W-2 Wage and Tax Statement  2018  Dept. of the Treasury – IRS
DAA

☐ CORRECTED (if checked)

**Form 1099-MISC (2017) — Copy B - For Recipient**

| Field | Value |
|---|---|
| PAYER'S name, address | MITSUBISHI MOTORS NORTH AMERICA, INC / SALES DIVISION / 6400 KATELLA AVE / CYPRESS, CA 90630-0064 / (714) 799-4652 |
| PAYER'S federal identification number | 95-3[redacted] |
| RECIPIENT'S identification number | XXX-XX-2312 |
| RECIPIENT'S name and address | ANTHONY NELSON / 12B BROUN PLACE / BRONX, NY 10475 |
| Account number | JNR003319 |
| 1 Rents | |
| 2 Royalties | |
| 3 Other income | 6162.50 |
| 4 Federal income tax withheld | |
| 5 Fishing boat proceeds | |
| 6 Medical & health care payments | |
| 7 Nonemployee compensation | |
| 8 Substitute payments in lieu of dividends or interest | |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | |
| 10 Crop insurance proceeds | |
| 13 Excess golden parachute payments | |
| 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals | |
| 15b Section 409A income | |
| 16 State tax withheld | |
| 17 State/Payer's state no. | |
| 18 State income | |

OMB No. 1545-0115 — 2017 — Form 1099-MISC — Miscellaneous Income

(keep for your records)   www.irs.gov/form1099misc

Department of the Treasury - Internal Revenue Service

---

**Instructions for Recipient - 1099-MISC (2017)**

Recipient's taxpayer identification number. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

Account number. May show an account or other unique number the payer assigned to distinguish your account.

FATCA filing requirement. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

Box 1. Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

Box 2. Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

Box 3. Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

Box 6. For individuals, report on Schedule C (Form 1040).

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

Box 9. If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

Box 10. Report this amount on Schedule F (Form 1040).

Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

Box 14. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

Box 15a. May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior-year deferrals.

Box 15b. Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) Instructions.

Boxes 16–18. Shows state or local income tax withheld from the payments.

Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc.

---

☐ CORRECTED (if checked)

**Form 1099-MISC (2017) — Copy 2**
To be filed with recipient's state income tax return, when required.

| Field | Value |
|---|---|
| PAYER'S name, address | MITSUBISHI MOTORS NORTH AMERICA, INC / SALES DIVISION / 6400 KATELLA AVE / CYPRESS, CA 90630-0064 / (714) 799-4652 |
| PAYER'S federal identification number | 95-[redacted] |
| RECIPIENT'S identification number | XXX-XX-2312 |
| RECIPIENT'S name and address | ANTHONY NELSON / 12B BROUN PLACE / BRONX, NY 10475 |
| Account number | JNR003319 |
| 3 Other income | 6162.50 |

OMB No. 1545-0115 — 2017 — Form 1099-MISC — Miscellaneous Income

www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service

D

## Form 1099-MISC (2018) — Copy B

☐ CORRECTED (if checked)

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

MITSUBISHI MOTORS NORTH AMERICA, INC
SALES DIVISION
6400 KATELLA AVE
Cypress, CA 90630-0064

(714) 934-3584

**PAYER'S TIN:** 95-3█████
**RECIPIENT'S TIN:** XXX-XX-2312

**RECIPIENT'S name**

ANTHONY NELSON
12B BROUN PLACE
BRONX, NY 10475

**Account number (see instructions):** 525239433
**FATCA filing requirement:** ☐

| Box | Label | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | |
| 3 | Other income | $3100.00 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | |
| 7 | Nonemployee compensation | |
| 8 | Substitute payments in lieu of dividends or interest | |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 | Crop insurance proceeds | |
| 13 | Excess golden parachute payments | |
| 14 | Gross proceeds paid to an attorney | |
| 15a | Section 409A deferrals | |
| 15b | Section 409A income | |
| 16 | State tax withheld | |
| 17 | State/Payer's state no. | |
| 18 | State income | |

OMB No. 1545-0115
**2018** Form **1099-MISC**
Miscellaneous Income

Copy B - For Recipient

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC   (keep for your records)   www.irs.gov/Form1099MISC   Department of the Treasury - Internal Revenue Service

### Instructions for Recipient - 1099-MISC (2018)

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown** may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099MISC.

---

## Form 1099-MISC (2018) — Copy 2

☐ CORRECTED (if checked)

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

MITSUBISHI MOTORS NORTH AMERICA, INC
SALES DIVISION
6400 KATELLA AVE
Cypress, CA 90630-0064

(714) 934-3584

**PAYER'S TIN:** 95-3█████
**RECIPIENT'S TIN:** XXX-XX-2312

**RECIPIENT'S name**

ANTHONY NELSON
12B BROUN PLACE
BRONX, NY 10475

**Account number (see instructions):** 525239433
**FATCA filing requirement:** ☐

| Box | Label | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | |
| 3 | Other income | $3100.00 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | |
| 7 | Nonemployee compensation | |
| 8 | Substitute payments in lieu of dividends or interest | |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 | Crop insurance proceeds | |
| 13 | Excess golden parachute payments | |
| 14 | Gross proceeds paid to an attorney | |
| 15a | Section 409A deferrals | |
| 15b | Section 409A income | |
| 16 | State tax withheld | |
| 17 | State/Payer's state no. | |
| 18 | State income | |

OMB No. 1545-0115
**2018** Form **1099-MISC**
Miscellaneous Income

Copy 2

To be filed with recipient's state income tax return, when required.

Form 1099-MISC   www.irs.gov/Form1099MISC   Department of the Treasury - Internal Revenue Service

D