```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                  Plaintiff,

-against-

Diane Argyropoulous et al.,

                  Defendants.

1:18-cv-11413 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that Defendants other than MMNA (the "Non-MMNA Defendants") shall file their anticipated motion for summary judgment no later than November 16, 2020. Plaintiff shall file his opposition no later than December 16, 2020 and the Non-MMNA Defendants shall file any reply no later than December 30, 2020.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               October 15, 2020

                                                          _____
                                                            STEWART D. AARON
                                                            United States Magistrate Judge