```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony B. Nelson,

                     Plaintiff,

-against-

Diane Argyropoulous et al.,

                     Defendants.

1:18-cv-11413 (AT) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that, if Plaintiff has not already done so, he shall file his opposition to the Defendant MMNA's motion to dismiss the Amended Complaint (*see* ECF No. 122) no later than November 19, 2020. Defendant MMNA shall file its reply, if any, no later than December 3, 2020.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:      New York, New York
              November 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge