UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANTHONY NELSON

                                                                                          **Case No. 18-cv-11413**
                                                                                                  **(AT)(SDA)**
                                    Plaintiff(s),

   -against-

                                                                                         **DECLARATION OF**
                                                                                        **STEPHEN D. HANS**

**DIANE ARGYROPOULOUS, PHILIP ARGYROPOULOUS,**
**CHRIS ORSARIS, ALEX LETTAS, VICTORY AUTO**
**GROUP LLC, SPARTAN AUTO GROUP LLC,**
**VICTORY MITSUBISHI,**
**MITSUBISHI NORTH AMERICA**

                                           Defendants.
-------------------------------------------------------------------------X

        STEPHEN D. HANS, ESQ. under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares

as follows:

1. I am a member of the firm Stephen D. Hans & Associates, P.C., attorneys for Defendants, Diane Argyropoulous, Philip Argyropoulous, Chris Orsaris, Alex Lettas, Victory Auto Group, LLC, Spartan Auto Group, LLC, Victory Mitsubishi.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Plaintiff's EEOC charge dated September 21, 2017.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Plaintiff's entire Deposition with word index dated September 13, 2019.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Plaintiff's Charge of Discrimination filed with the EEOC in June 2018.

- 2 -

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Plaintiff's Complaint filed December 4, 2018.

6. Annexed hereto as Exhibit 5 is the Plaintiff's Amended Complaint filed August 2020.

7. Annexed hereto as Exhibit 6 is the Plaintiff's deposition on September 18, 2020.

Dated: Long Island City, New York
November 11, 2020

                          STEPHEN D. HANS & ASSOCIATES, P.C.

By _____
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700 x 204
Email: shans@hansassociates.com