520-2017-03089N

NEW YORK DISTRICT OFFICE
SEP 21 2017
DATE RECEIVED

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**INTAKE QUESTIONNAIRE**

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**

Last Name: NELSON First Name: Anthony MI: B

Street or Mailing Address: 12B Brown Place Apt or Unit #: 12B

City: Bronx County: Bronx State: NY Zip: 10475

Phone Numbers: Home: (718) 379-1755 Work: (718) 515-2277

Cell: (347) 590-7965 Email Address: Tony_3258@msn.com

Date of Birth: 11-14-53 Sex: ☑ Male ☐ Female Do You Have a Disability? ☐ Yes ☐ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White ☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? USA

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Leslie Ann Nelson Relationship: Sister

Address: 784 Columbus Ave City: New York State: NY Zip Code: 10025

Home Phone: (____) Other Phone: (646) 250-7376

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☑ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here __ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: All New Victory Auto Group

Address: 4101 Boston Road County: Bronx

City: Bronx State: NY Zip: 10466 Phone: (718) 515-2277

Type of Business: Car Dealer Job Location if different from Org. Address:

Human Resources Director or Owner Name: Diane · Phil Argyropoulos Phone: (718) 515-2277

**Number of Employees in the Organization at All Locations: Please Check (✓) One**

☐ Fewer Than 15 ☑ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: 11-24-15 Job Title At Hire: Product Specialist Auto Sales

Pay Rate When Hired: 20% front end Gross Last or Current Pay Rate: Diamond Required on back of new check

Job Title at Time of Alleged Discrimination: Same Date Quit/Discharged: 9-18-17

Name and Title of Immediate Supervisor: Chris Osaris · Shane Backus

If Job Applicant, Date You Applied for Job NOV 2015 Job Title Applied For SALES

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☒ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing ii. family medical history iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: ______

If you checked genetic information, how did the employer obtain the genetic information? ______

Other reason (basis) for discrimination (Explain): ______

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A. Date:** 9-18-17 **Action:** DISCHARGED by PRINCIPLE CHRIS OSARIS AFTER BEING STRUCK by ANOTHER WORKER. ACCUSED of GUN Threats base on RACIAL MAKEUP

**Name and Title of Person(s) Responsible:** CHRIS OSARIS - PRINCIPLE ALEX LATHAS BUYER appraiser

**B. Date:** 6-16 to 1-17 **Action:** Refered to as Bill Cosby and customers who were Negative were REFECED to AS IN the "NIGGERTIVE"

**Name and Title of Person(s) Responsible** CHRIS OSARIS ALEX LATHAS

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

REFERING to People of color as NEGATIVE DUE to FINACIAL HARDSHIPS at a store that specializes in BAD CREDIT.

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

NONE

**8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.**

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

Full Name Race, sex, age, national origin, religion or disability Job Title Description of Treatment

A.________________________________________

________________________________________

B.________________________________________

________________________________________

**Of the persons in the same or similar situation as you, who was treated *the same* as you?**

Full Name Race, sex, age, national origin, religion or disability Job Title Description of Treatment

A.________________________________________

________________________________________

B.________________________________________

________________________________________

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9. Please check all that apply:**

- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

________________________________________

________________________________________

________________________________________

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**

☐ Yes ☐ No

If "Yes," what medication, medical equipment or other assistance do you use?

________________________________________

________________________________________

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**

☐ Yes ☐ No

If "Yes," when did you ask? ____________ How did you ask (verbally or in writing)? ____________

Who did you ask? (Provide full name and job title of person)

________________________________________

Describe the changes or assistance that you asked for: ____________________

________________________________________

________________________________________

How did your employer respond to your request? ____________________

________________________________________

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| | Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|---|
| A. | | | | |
| B. | | | | |

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☐ Yes ☑ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** ____________

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.**

**BOX 1** ✓ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ___ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Anthony [signature] — **Signature**

9-21-17 — **Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6. 3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.