261

A.B. Nelson

1          list to Judge Aaron.  If he has other

2          stuff on that document, I'm going to

3          want to ask him about it.

4

5              MS. LILBURN:  Sure.

6              MR. HANS:  If he has other

7          information, because I don't know what's

8          on it.

9              MS. LILBURN:  We will see what is

10         in the document.  He may want to make a

11         correction to the damages claim.

12             MR. HANS:  I will cover what I

13         can, but I don't know what he sent.

14             MS. LILBURN:  So noted.

15    Q       You have $250,000 for

16    termination.  How did you arrive at that?

17             MS. LILBURN:  Objection.

18    Q       What was the basis of putting

19    down $250,000 for termination?

20    A       Because it was a wrongful

21    termination, wrong in the worst way, so being

22    a pro se litigant, I came up with that number.

23    Q       So this was just a number that

24    you came up with?

25    A       Yes, based on other cases and

262

```
 1                    A.B. Nelson
 2   different things that I might have read.
 3        Q      When were you terminated?
 4        A      When was I terminated?
 5        Q      Yes.
 6        A      I was terminated September -- not
 7   September.  I was terminated September -- it
 8   happened two days before the EEOC.
 9        Q      EEOC is dated June 2017.
10        A      September 21, 2017 it is dated.
11   That's a day or two after the fight took
12   place, after I was subjected to whatever in
13   the Sunoco station and the fight that happened
14   inside the office.
15        Q      That was September 2017?
16        A      Yes.
17        Q      But you went back to work for
18   them a month later?
19        A      Yes, and I also explained to you
20   that the EEOC gives you --
21        Q      Let me interrupt you.  Let us put
22   aside the EEOC.  Whatever the rules are, the
23   rules are.  I understand what you told me.
24   What I'm saying is, you are saying there was
25   an act of termination.  Is it your testimony
```

263

1                      A.B. Nelson

2    that the act of termination was that incident

3    at the Sunoco station?

4         A      Yes.

5         Q      But yet you came back to work

6    voluntarily as to what you testified to was a

7    month later?

8                MS. LILBURN:  Objection.

9         Q      Yes or no?  Did you go back to

10   work?

11               Did you go back to work after the

12   incident that you claim you were terminated?

13        A      I was asked to come back to work

14   three or four weeks later.

15        Q      Would I be correct in saying that

16   you were not terminated?

17        A      No, you would not.

18               MS. LILBURN:  Objection.

19        Q      What is your testimony with

20   respect to being terminated and rehired or

21   hired?  Can you explain how you got terminated

22   and then you went back to work?  Can you

23   explain that to me?

24        A      Sure.

25        Q      I understand you got called a

```
 1                     A.B. Nelson

 2   month later, but you're saying you got

 3   terminated.  It is my understanding when

 4   people get terminated, that's it, but that

 5   does not seem to be the case with you,

 6   correct?

 7               MS. LILBURN:  Objection.

 8        A      They did terminate me.

 9        Q      At the Sunoco station?

10        A      Exactly.

11        Q      Did you go back to work?

12        A      They asked me to come back to

13   work, so I decided to come back to work, but

14   that does not say that I wasn't terminated or

15   to the witness statements that people that saw

16   what happened I was terminated.

17        Q      When you came back to work, how

18   long did you work for Victory after that?

19        A      I worked up until August 29th,

20   whatever that Friday is before Labor Day

21   weekend.

22        Q      Of 2018?

23        A      Yes, 2018, either the 28th or the

24   29th.  If somebody can pull up a calendar --

25        Q      What happened around that time?
```

```
 1                    A.B. Nelson
 2   Did your employment cease at that time?  Did
 3   your employment stop at that time?
 4        A       It stopped.
 5        Q       Why did it stop?
 6        A       It stopped because I could not
 7   take no more the crap.  I was tired of Alex's
 8   racial remarks, this guy's age old remarks,
 9   the Bill Cosby stuff starting up again.  I had
10   it up to here with it.
11        Q       At that point in time when you
12   had enough of it, did you ever go to Diane or
13   Phil and discuss that with them?
14        A       I told you 100 times before that
15   I was instructed not to go and that hasn't
16   changed from an hour ago.
17        Q       As of August of 2018, you had
18   been to the EEOC, correct?
19        A       What was that?
20        Q       As of August 2018, you already
21   filed with the EEOC; is that correct?
22        A       I had to update the file.  There
23   was a problem at the EEOC which I explained to
24   you that the person retired and they had to
25   give me a new investigator.
```

1                    A.B. Nelson

2        Q        That is not what I am saying.  If

3   you look at Exhibit B, it is dated June of

4   2018.

5        A        Exactly.

6                 MR. HANS:  Off the record.

7                 (A discussion was held off the

8        record.)

9        Q        The Richard Simon letter is dated

10  September 2018, which is right around the time

11  or after the time that you say that you left.

12       A        About two weeks after.

13       Q        Do you know if Victory received

14  the June 29th EEOC filing that you made in

15  June of 2018?  Do you know if they received it

16  around June of 2018?

17       A        It was sitting there waiting for

18  me to get another job and when I had

19  everything -- it was sitting there.

20       Q        When you say sitting there,

21  where?

22       A        The EEOC, because you're not

23  going to send someone to investigate your job

24  until you have another job.

25       Q        The stamp on Exhibit B says June

```
 1                    A.B. Nelson

 2    29, 2018 it was received.  Would you agree or

 3    disagree with the fact that it is up to the

 4    EEOC to send out a complaint after you file

 5    it?

 6                   MS. LILBURN:  Objection.

 7         A        That is not how it works.

 8         Q        Tell me how you think it works?

 9         A        It's how I know it works.  They

10    give you 180 days.

11         Q        That is not what I am asking.

12    After you filed the complaint, do you know if

13    it is your obligation or their obligation to

14    send it to the employer?

15         A        It is my obligation to tell them

16    when to send it to the employer.

17         Q        So it was received June 29, 2018.

18    Did there come a time after that that you told

19    them to send it to the employer?

20         A        Yes.

21         Q        How did you do that?  Did you

22    call them up and say send it?

23         A        I believe I was down there.  I

24    went to Whitehall Street.  I was at Whitehall

25    Street numerous amount of times.
```

A.B. Nelson

Q     Did you tell them at some point
in time in August of 2018 you wanted that
complaint sent to the employer?

A     I told them to not send it until
I secured another job.

Q     We talked before about the
interrogatory response where Chris Orsaris at
Victory implemented a scheme where the
salespeople would end up owing money.  We
talked about that.  Would you agree it was a
fairly important fact and absolutely wrong for
the employer to do?

MS. LILBURN:  Objection.

Q     Would you agree on that?

A     That it's wrong to do that?

Q     Yes.  Is it a fairly important
fact that they implemented the scheme?

A     Very important.

Q     Being this was very wrong, why
was that fact not included in your EEOC
complaint or your complaint in this case?

A     In the EEOC complaint, I believe
that activity started -- it might have started
after I filed that complaint.

1                    A.B. Nelson

2          Q       Between June 29th and the time

3    you filed -- you filed the complaint June 29th

4    and the time that you filed this complaint,

5    that is the time that they implemented the

6    scheme that the salespeople would end up owing

7    them money?

8          A       You're saying is it after?

9          Q       This is not a trick question.

10         A       Repeat the question.

11         Q       You said that the scheme was

12   implemented after you filed your EEOC

13   complaint.  I am saying you filed your EEOC

14   complaint June 29th.  You left the job in

15   August, the end of August.  Was the scheme

16   implemented during that period of time?

17         A       It might have been implemented

18   before.  What's the period of time, because

19   June 29th is when they received -- when I went

20   back down.

21         Q       Mr. Nelson, you're not

22   understanding my question.  My first question

23   is why was such a big fact that you agreed

24   moments ago was a fairly important fact, so

25   why was that fact not included in either your

1                    A.B. Nelson

2    complaint or the EEOC complaint?

3            MS. LILBURN:  Objection.

4            MR. HANS:  What's the objection?

5            MS. LILBURN:  Are we talking

6        about the EEOC complaint or are we

7        talking about his lawsuit?

8            MR. HANS:  Both.  Either one.

9            MS. LILBURN:  It is in his

10        complaint.

11            MR. HANS:  It is not.  If he

12        thinks it is in the complaint, then he

13        can tell me.

14            MS. LILBURN:  This EEOC complaint

15        charge of discrimination, Mr. Nelson

16        already testified that the scheme has

17        nothing to do with his discrimination

18        claims.

19            MR. HANS:  I know that.

20        Q        Did you believe that the scheme

21    had nothing to do with discrimination; is that

22    correct?

23        A        It has nothing to do with it.

24    They robbed everybody the way they wanted to.

25        Q        The statements you put in your

```
 1                     A.B. Nelson

 2   interrogatories about the Dominicans, where

 3   the letter talks about Dominicans and chicken

 4   wings.

 5        A      Yes.

 6        Q      Highly offensive?

 7        A      Of course it is.

 8        Q      Why was that not included in the

 9   EEOC or the complaint?

10             MS. LILBURN:  Objection.

11             MR. HANS:  What's the objection?

12             MS. LILBURN:  We cannot talk

13        about the EEOC and the complaint

14        together.

15             MR. HANS:  I will take each one

16        separately.

17        Q      Why was that fact not included in

18   the EEOC complaint?

19             MS. LILBURN:  Objection.  You

20        already covered this.

21             MR. HANS:  No.  The statement of

22        the Dominicans and chicken wings.

23        A      There were many statements.

24        Q      Your response to the defendants'

25   interrogatories --
```

272

1                    A.B. Nelson

2              MR. HANS:  Can we go off the

3         record for a second.

4              (A discussion was held off the

5         record.)

6              MR. HANS:  Right now I am not

7         talking about wire fraud.  I'm talking

8         about the interrogatories.

9         Q    Mr. Nelson, you talked about Alex

10   Lettas making some really horrible statements

11   about Dominicans and chicken wings and that

12   was not included in the EEOC complaint or your

13   complaint in this action.

14        A    It would not be included because

15   a broader statement was made in the EEOC

16   complaint or the court complaint.  You

17   expanded by asking questions what certain

18   things and that's how you got those answers.

19        Q    Sir, this is not my lawsuit.

20   Please understand.  It is not about what I do.

21   You have the choice of putting down the words

22   in the EEOC complaint and you have the choice

23   of putting down words in the complaint.  My

24   client must respond.  What I'm asking is, when

25   you amplified during discovery, you amplified

273

1                         A.B. Nelson

2    your complaint by talking about what Alex

3    Lettas said about Dominicans, correct?

4         A     Yes, I did.

5         Q     I ask you if you thought this was

6    really horrible, wrongful words, and you very

7    strongly agreed that they were.

8         A     Yes, they were.

9         Q     This is not a trick question.  I

10   am just asking why wasn't this something so

11   substantial included in either the EEOC or the

12   lawsuit complaint?

13        A     Because they just want, you

14   know -- they don't want a telephone book of

15   information.  They just want that there were

16   insults and racial and then you -- what

17   happens is we expand on that when we did the

18   interrogatories, but usually in a complaint --

19   you are not putting every absolute thing that

20   happened because all of it is bad.

21        Q     Wouldn't you think the

22   substantial ones should be included?

23             MS. LILBURN:  Objection.

24        A     It's substantial.  They are all

25   substantial.

274

```
 1                    A.B. Nelson
 2        Q     If it is substantial, don't you
 3   think it should be there?
 4             MS. LILBURN:  Objection.
 5             MR. HANS:  What's the objection?
 6             MS. LILBURN:  You're asking him
 7        about the sufficiency of his complaint.
 8             MR. HANS:  I did not ask about
 9        sufficiency.
10             MS. LILBURN:  If it is
11        substantial, don't you think it should
12        be in there.  He is not a lawyer.
13             MR. HANS:  He can answer the
14        question.
15        Q     Do you think that is a
16   substantial fact that should have been
17   included in your complaint?
18        A     There's a lot of substantial
19   facts.  I could not fit all of them in the
20   complaint.  There's a plethora of substantial
21   facts.
22        Q     Dr. Dictor is your doctor, right,
23   that you gave us the name of?
24        A     He is my physician, yes.
25        Q     Did you see him regarding the
```

275

1                           A.B. Nelson

2    complaints in this action?

3          A       Regarding the complaints?

4          Q       Did you go see Dr. Dictor

5    regarding any of the complaints or conduct

6    that you complain about in this case?

7          A       No.  He's a regular doctor.  He's

8    my regular doctor.

9          Q       Did you discuss with him any of

10   the complaints or things you say you suffered

11   from at the job?

12         A       No.  I never actually

13   discussed -- I might have said to him I'm

14   having a rough time at my job, but we did not

15   go into a discussion like he was a

16   psychiatrist or something.  He's just my

17   regular doctor for like twenty years.

18         Q       Did you tell him anything about

19   what you were going through?

20         A       I am sure I did.  I'm sure I

21   might have told him my blood pressure is a

22   little high and I'm very aggravated at work.

23   That might have been -- I'm sure it came up in

24   conversation, but it was not something that

25   was tabulated and put into my records or

276

1                          A.B. Nelson

2    anything as if I was speaking to somebody

3    along the line of psychiatry or something.

4          Q      Have you seen a doctor for any of

5    the complaints of any pain, suffering,

6    humiliation that you complain about in this

7    case?  Have you seen a doctor for any of that?

8          A      No.  I have not seen a

9    psychiatrist for any of that.

10         Q      How about a medical doctor?

11         A      I would go to a medical doctor

12   for medical problems.

13         Q      Are you seeing a medical doctor

14   regarding the complaints that you made in this

15   case?

16         A      No.

17         Q      Do you believe that your

18   allegation in the complaint, that Victory was

19   scamming you and other salespersons out of

20   commission rewards money --

21         A      Do I believe it?

22         Q      Do you believe that was based on

23   any discriminatory reasons, racial

24   discriminatory reasons?

25         A      I believe it was based on greed.

1                    A.B. Nelson

2    It doesn't matter because everybody is the

3    same working there.  We had a few white

4    salesmen there and I'm sure they got -- of

5    course they didn't stay.

6                    MR. HANS:  Can I have a moment.

7                    (A discussion was held off the

8         record.)

9         Q    Mr. Nelson, when your employment

10   came to an end in August of 2018, did you end

11   it voluntarily or did the employer tell you to

12   leave?

13        A    No, constructive discharge -- is

14   that the word.

15        Q    You left because you could not

16   handle it?

17        A    I was fed up.

18        Q    Did you receive a text from Mr.

19   Orsaris as to where are you and what's going

20   on?

21        A    I think I sent that to you.

22             MS. LILBURN:  Yes or no.

23        A    Yes.

24        Q    Is it your testimony that you

25   sent me the text where Mr. Orsaris asked you

1                    A.B. Nelson

2    about that?

3         A       I think that might have been

4    included.

5         Q       It was not.

6         A       Yes, he did.

7         Q       Were you aware or did Mr. Orsaris

8    make you aware of the garnishment that was

9    about to happen on your wages the week before

10   you departed your employment?

11        A       I was already aware of that.

12        Q       Were you aware of that before

13   August 2018?

14        A       Before, I believe I was.  I was

15   alerted about that.

16        Q       When were you alerted?

17        A       I don't remember, but I was aware

18   of it and I know it says in here that they're

19   trying to say that I am moving, trying to move

20   from place to place.  I would never leave a

21   job.

22        Q       I am not asking for a speech.

23   I'm asking you is the garnishment that was

24   about to happen a week after you left, was

25   that the reason you left?

279

```
 1                    A.B. Nelson
 2              MS. LILBURN:  Objection.
 3       A       No, it was not.
 4              MR. HANS:  What's the objection?
 5              MS. LILBURN:  I do not know how
 6       this garnishment has been established.
 7              MR. HANS:  We do not know either.
 8       Q       There was a garnishment, correct?
 9       A       Yes, and I was not leaving my job
10  because of a garnishment.
11       Q       Are there any other documents
12  besides the document that your attorney handed
13  me and the Yelp document that you have that
14  you want to submit in this case?
15       A       Subtract those two and the rest
16  of the stuff that I'm supposed to submit to
17  you by Wednesday.
18       Q       The rest of the stuff has to do
19  with witnesses, I believe.
20       A       Yes.
21              MS. ORTIZ:  The witnesses and the
22         phone.
23              MR. HANS:  The phone I believe
24         we're going to go to the judge.
25              Off the record.
```

280

1                       A.B. Nelson

2                  (A discussion was held off the

3          record.)

4                  I have nothing further.

5                  (Whereupon, at 4:39 p.m., a

6          recess was taken.)

7                  (Whereupon, at 4:56 p.m., the

8          examination resumed.)

9    EXAMINATION BY MR. KATES:

10         Q      Good afternoon, Mr. Nelson.

11         A      Good afternoon, Mr. Kates.

12         Q      My name is Andrew Kates, as you

13   know, and my office represents Mitsubishi

14   Motors North America in this case.  I have

15   some quick basic questions and I will do it as

16   fast as I can here.

17                Have you ever been known by any

18   other names besides Anthony Nelson?

19         A      My middle name is Barry.

20         Q      Any other names besides Anthony

21   Barry Nelson?

22         A      Do you mean like nicknames?

23         Q      No, official names.

24         A      No.  My name has always -- legal

25   name has always been Anthony Nelson.

```
 1                        A.B. Nelson
 2        Q        Coming in today for your
 3   deposition, did you review any documents other
 4   than the documents that we have seen today?
 5        A        Do you mean today did I see any
 6   documents before these?
 7        Q        In preparing for today's
 8   deposition?
 9        A        Yes.  The documents she just
10   retrieved for the Social Security number
11   messed up thing for the card.  I believe -- I
12   looked at a few things while I was home, some
13   interrogatories and some different things.
14        Q        Was that produced in this case?
15        A        Yes.  They were given to both of
16   them.
17        Q        Have you ever served in the
18   military?
19        A        No.
20        Q        Have you ever been arrested
21   before?
22        A        Arrested?
23        Q        Yes.
24        A        Yes.
25        Q        When?
```

282

A.B. Nelson

1

2      A      I think the 90's I was arrested

3   for driving too fast.  They let me go.

4      Q      Besides that, was there any other

5   time?

6      A      No.

7             MS. LILBURN:  Can we go off the

8         record.

9             (Whereupon, at 5:01 p.m., a

10        discussion was held out of the room

11        between Ms. Lilburn, Ms. Ortiz and the

12        witness.)

13            (Whereupon, at 5:03 p.m., the

14        examination resumed.)

15            MS. LILBURN:  I just want to

16        clarify for the record.  I spoke to Mr.

17        Nelson about one of his prior answers

18        and he would like to revisit the

19        question you had asked whether he had

20        ever served in the military.  Can you

21        reask that question.

22   CONTINUED EXAMINATION BY MR. KATES:

23      Q      Mr. Nelson, what is it about my

24   question with the military that you would like

25   to change in your answer.  I believe you had

283

```
 1                    A.B. Nelson
 2  said no.
 3       A       Actually, I was in the military
 4  and then I got out of the military.  I was in
 5  there for less than a year.  After my A
 6  school, I got out.
 7       Q       What branch in the --
 8       A       In the Navy.
 9       Q       When did you go in?
10       A       I believe it was mid 70's.
11       Q       Honorable discharge?
12       A       Dishonorable.  I got out.
13       Q       Tell me about the dishonorable
14  discharge?
15       A       I wanted to get out, so, you
16  know, it was a dishonorable discharge.  It
17  wasn't -- not that I broke any laws or
18  anything.  I just wanted to get out.
19              MS. LILBURN:  Before we go any
20          further, I just want to ask what the
21          relevance of this line of questioning
22          is?
23              MR. KATES:  He came back to it.
24              MS. LILBURN:  I know.  I wanted
25          to clarify the record, the yes or no
```

284

```
 1                    A.B. Nelson

 2          answer, but to the extent we are going

 3          to discuss this further, I am just

 4          wondering what the relevance is.

 5                    MR. KATES:  I don't think I have

 6          to tell you the relevance.

 7          A     It's forty-five years ago.  I

 8     cannot remember the relevance.  It's forty-

 9     five years ago.

10          Q     I just want to know what

11     happened, why did you leave?

12          A     I needed to leave.  I needed to

13     come back to New York.

14          Q     Why did you have to come back to

15     New York?

16          A     I had to come back.

17          Q     Mr. Nelson, earlier you testified

18     that you had two prior Title 7 cases against

19     two former employers; do you recall that

20     testimony?

21          A     Yes, I do.

22          Q     The first case was against

23     Telecommunication --

24          A     The first one was Beachwood and

25     then the latter one -- there was one in
```

```
 1                    A.B. Nelson
 2   2000 -- 1999 or 2000, and the other one was in
 3   2009, I believe, or something like that.
 4        Q      You said Beachwood was the first
 5   one?
 6        A      Yes.
 7        Q      Both of those claims were based
 8   on Title 7?
 9        A      Yes.
10        Q      Title 7 under what grounds?
11        A      Not age discrimination, but
12   racial discrimination.
13        Q      So it was racial discrimination
14   in both claims?
15        A      In both claims, yes, no age
16   discrimination, just racial.
17        Q      Was there a trial in either one
18   of those cases?
19        A      No, there wasn't.
20        Q      Were you represented by counsel
21   in those cases?
22        A      No, I was not.
23        Q      Did you ever receive an employee
24   handbook when you started at Victory?
25        A      No.  I never saw an employee
```

                          A.B. Nelson

1
2   handbook until just before I left.  I never
3   received one.  The one that I found which says
4   Spartan and everything on it, I was excluded
5   from that, so I was never issued one.  I was
6   never sat down when they put these new terms
7   together.  I was just shoveled off as far as
8   that goes and I asked about it three or four
9   times.
10       Q     You said Spartan, correct?
11       A     Yes.
12       Q     What were you excluded from?
13       A     When they sat down with people
14  and they gave these handbooks out, which
15  included stuff about vacation, pay, time and
16  rules and regulations and stuff that all
17  companies should have, they never had it until
18  the incident happened with me and that's when
19  they decided to do it.
20       Q     When you were at Victory, did you
21  get any vacation time?
22       A     No, never was.  There was
23  nothing -- the book that I did not get, this
24  handbook -- it wasn't even a handbook.  It was
25  some papers stapled together.  I never got it

287

A.B. Nelson

1

2     or received it or anything about vacation or

3     anything of that nature.

4          Q     If you needed to take a day off

5     and you were at Victory, who would you go to?

6          A     If I needed to take a day off, I

7     would either go to Shane or I would go to

8     Stavros or, you know, I would go to one of my,

9     you know -- if I had to take a day off or I

10    had to take some time off, which I never ever

11    took any time off.

12         Q     Would you reach out to somebody

13    at Mitsubishi for a day off?

14         A     Would I reach to somebody at

15    Mitsubishi?

16         Q     Mitsubishi Motors North America?

17         A     Would I reach out to somebody at

18    Mitsubishi North America?

19         Q     If you needed to take a day off?

20         A     No.  I would reach out to them

21    about taking a day off to go to Mitsubishi

22    training or something of that nature.  If I

23    wanted a day off, I would speak to one of my

24    supervisors.

25         Q     If you needed to go to a doctor,

288

A.B. Nelson

1

2      you weren't feeling well, you needed to leave

3      early, for those types of days or reasons to

4      miss work, would you go to Mitsubishi?

5            A      No, I wouldn't.

6            Q      When you would get to Victory,

7      let us say in the morning, what is the first

8      thing that you would do?

9            A      When I get to Victory the first

10     thing in the morning?

11           Q      Do you punch in?  Do you have a

12     timecard?

13           A      No.  We don't use timecards in

14     that store, or at least when I was there there

15     were no timecards.  The last store I worked in

16     had that, but they didn't have that there.

17           Q      Walk me through it.  You would

18     get there in the morning.  Tell me what a

19     typical morning is like when you would walk

20     in?

21           A      A typical morning, I would

22     usually get there a few minutes ahead of time.

23     I would put my bag, you know, come to my desk.

24     I would go next door to Cozy Cottage and get

25     myself some coffee or a sandwich and come back

1                    A.B. Nelson

2    in and, you know, I would start waiting for

3    ups.  An up means a customer.  I would be

4    waiting for customers to arrive at the store

5    so you can grab yourself an up and basically

6    once we were doing Mitsubishi, we were trying

7    to push, of course, the Mitsubishi products.

8         Q    You said once you started doing

9    Mitsubishi.  What does that mean?

10        A    Well, the store was not a

11   Mitsubishi store all along.  They had other

12   locations that was a Mitsubishi store.

13        Q    When you started at Victory, was

14   it a Mitsubishi store?

15        A    No.

16        Q    What was it?

17        A    It was not Bronx Suzuki anymore,

18   even though a lot of the paperwork does say

19   Bronx Suzuki.  Basically it was like a

20   boutique store.  There was just a lot of

21   high-end, pre-owned vehicles, you know, and

22   regular stuff, you know, like Camrys and

23   things like that, Mercedes, Jaguar, you know,

24   pre-owned stuff.

25        Q    A potential buyer walks in.  You

1                    A.B. Nelson

2     show him a vehicle.  He asks for a quote.  Who

3     do you go to for a quote on a vehicle?

4          A     When the buyer comes in, we do a

5     walk-around on the car.  You're talking about

6     a Mitsubishi or just any car, in general?

7          Q     Did you sell any other new cars

8     besides Mitsubishi?

9          A     We sold pre-owned vehicles, other

10    brands, which could be anything, Dodge

11    Chargers, super sport cars, Camaro, regular

12    Camaro.

13         Q     On a Mitsubishi vehicle, on a new

14    Mitsubishi vehicle, if the buyer asks for a

15    quote, who do you go to for that quote?

16         A     Do you mean the price?

17         Q     Yes.

18         A     We have the window sticker on the

19    car, so basically when we do the walk-around,

20    after the interview with the customer to see

21    the have nots and what they would probably

22    like on their new vehicle which they did not

23    have on their other one, so forth and so on,

24    you do a walk-around, and then let us say it

25    is the top of the line Toyota Outlander and

```
 1                A.B. Nelson
 2    it's the big one and it has all the options,
 3    so that's 30 something thousand dollars.
 4    Basically what you're doing is you're making
 5    that $30,000 car look like a $40,000 car
 6    because it does have a lot of luxury options.
 7         Q      So you gave them the sticker
 8    price and the customer says I don't think so.
 9    He begins to walk out and you say hold on a
10    second, let me see what I can do, right?
11         A      Yes.
12         Q      Who do you go to if you need
13    authority to offer a lower price on that car?
14         A      At that point when a customer is
15    having those types of thoughts, we call in a
16    second pencil or a person to come in,
17    another -- we call in a second person like a
18    manager, a floor manager, his son, to come in
19    and sit down to help negotiate to keep the
20    deal negotiated.
21         Q      So somebody else from Victory
22    comes over?
23         A      Yes.
24         Q      So you would go to somebody from
25    Victory to get the authority to offer a lower
```

292

1                    A.B. Nelson

2    price?

3          A      Of course, yes.

4          Q      You said before that you would

5    not go to Mitsubishi, itself, Mitsubishi

6    Motors North America, that is, for authority

7    to offer a lower price; is that correct?

8          A      No store would go to any

9    manufacturer to do that.

10         Q      Let us talk about your work

11   schedule. Who would set your work schedule?

12         A      The managers. They put the

13   schedule together. Most of us work six days a

14   week and every other week we have two days

15   off. I believe every other Sunday we have off

16   and we have one day off all the time during

17   the week, and the Sundays would alternate.

18                MR. KATES: Can I have this

19         marked, please.

20                (Whereupon, at this time, the

21         reporter marked the above-mentioned

22         document as Defendants' Exhibit N for

23         identification.)

24         Q      Mr. Nelson, you have what was

25   marked as Exhibit N in front of you. Have you

293

```
 1                    A.B. Nelson
 2    seen this document before?
 3          A     Sure.
 4          Q     Can you describe to me what it
 5    is?
 6          A     This particular document here is
 7    the breakdown of the two properties, one is
 8    4101 Boston Road and across the street,
 9    alongside or adjacent to the Sunoco station,
10    is 4070, so those are the two showrooms.
11          Q     4101 is Victory?
12          A     They're both Victory.
13          Q     They're both Victory?
14          A     Right.  The way real estate is, I
15    guess in the Bronx over there, it's not like
16    you're sprawling where you have a nice big
17    building and so they're set up in two places.
18          Q     They are both Mitsubishi, Victory
19    Mitsubishi?
20          A     Yes.
21          Q     Can you turn to the second page
22    for me.
23          A     The second page.  Yes, sir.
24          Q     Do you see what looks like a
25    schedule?
```

294

                        A.B. Nelson

1

2       A       Yes.

3       Q       Is that your name with your phone

4    number on the top left-hand side of that

5    schedule?

6       A       That's right, numero uno, right

7    on top.

8       Q       You have working days Monday,

9    Tuesday, Wednesday, Thursday, off Friday, on

10   Saturday, and it looks like you are an

11   alternate on Sunday; is that correct?

12      A       Right, every other Sunday.

13      Q       Who made the schedule?

14      A       This schedule was made by our

15   managers.  Which manager, I don't recall.  It

16   could have been Stavros or it could have been

17   Shane.  I don't remember.  As a matter of

18   fact, there are numerous schedules, as you can

19   see, that go as far back as probably 2016.

20      Q       You had said one of the managers.

21   Do you mean a Victory manager?

22      A       Yes.

23      Q       Is this schedule released every

24   week for Victory?

25      A       No.  No.  These are long-lasting

295

                         A.B. Nelson

1
2    schedules.  If it changed, it was because a
3    person left, dropped down and another person
4    came in, so if you see these names, the stuff
5    changed, it's because of that.
6         Q      If you were to request a schedule
7    change, who would you go to for that change?
8         A      If I wanted to let's say change
9    one of my days off or something?
10        Q      Yes.  Let us say you wanted a
11   Wednesday off instead of a Friday, who would
12   you go to?
13        A      I would go to one of the floor
14   managers for that.
15        Q      The floor manager from Victory?
16        A      Yes.
17        Q      Would you go to anybody from
18   Mitsubishi Motors North America to change your
19   schedule?
20        A      To change my schedule?
21        Q      Correct.
22        A      No.
23        Q      Did Mitsubishi have any input in
24   the making of your schedule, and when I say
25   Mitsubishi, I mean Mitsubishi Motors North

296

                          A.B. Nelson

1

2    America?

3         A      No.  They are in Cypress,

4    California.

5         Q      Did they have any input in making

6    your schedule?

7         A      No.

8         Q      Turn to the next page for me.

9    This is another schedule.  If I ask you the

10   same questions about this schedule I just

11   asked you about the schedule on Page 2 of this

12   exhibit, would your answers be the same?

13        A      They would be the same for every

14   schedule that's in your hand.

15        Q      You can put that aside.  Thank

16   you.

17               Earlier you testified that you

18   had a desk assignment.  You were in front of,

19   I believe, Mr. Wood, correct?

20        A      A desk assignment, what do you

21   mean?  The desk that I had, yes.  He sat

22   behind me.  He was in the desk right behind

23   me.

24        Q      Who assigned you to that desk?

25        A      Who assigned me to that desk?

297

1                        A.B. Nelson

2          Q      Yes.

3          A      It wasn't Mitsubishi North

4     America.

5          Q      Was it somebody from Victory?

6          A      Sure.

7          Q      What kind of break schedule did

8     you have when you were with Victory?

9          A      Do you mean what breaks I would

10    take?

11         Q      Yes.  Would it be a fifteen-

12    minute break, thirty-minute break?

13         A      Lunch break, whatever you're

14    asking?

15         Q      What was your break schedule

16    like?

17         A      I really don't take breaks.  I go

18    get my food and I eat.  A lot of times I would

19    even eat at my desk.  I don't really take

20    breaks.

21         Q      If you did take a break, would

22    you notify somebody?

23         A      Sure.

24         Q      Who would you tell?

25         A      Whoever the floor manager was.

298

```
 1                    A.B. Nelson
 2        Q     A floor manager from Victory?
 3        A     Yes.
 4        Q     Not anybody at Mitsubishi?
 5        A     No, only if I was at the
 6  Mitsubishi school and I needed to take a break
 7  while I was in training, so then I would.
 8        Q     The training, is it a product
 9  familiarization course?
10        A     Yes, product training, yes.
11        Q     Who supervised your day-to-day
12  responsibilities at Victory?
13        A     Different managers.  Like I said,
14  we went through quite a few managers and, of
15  course, Stavros and Peter have always been
16  there, but Shane was there, Shane Bacus, but
17  it was a multitude of managers.
18        Q     These managers, were they Victory
19  managers?
20        A     Were they what now?
21        Q     Were they Victory managers?
22        A     They were Victory Mitsubishi
23  managers once we became Mitsubishi, but they
24  are managers of that store.
25        Q     When it became Victory
```

```
 1                    A.B. Nelson
 2   Mitsubishi, they were managers for Victory
 3   Mitsubishi?
 4        A      Exactly.
 5        Q      The inventory lots that you spoke
 6   about earlier, you said there were four of
 7   them, correct?
 8        A      There was a time when they had
 9   four lots.  It changed.
10        Q      The cars that are in that lot, to
11   the best of your knowledge, who owned those
12   vehicles?
13        A      Who owns those vehicles?
14        Q      Yes.
15        A      The bank owns them.
16        Q      Does Mitsubishi North America own
17   them?
18        A      Owns those cars, right.
19        Q      Mitsubishi Motors owns those
20   vehicles?
21        A      They are given those cars to be
22   sold.  What about that?
23        Q      I am just asking what you know on
24   that.  Do you know who the owner of those
25   vehicles are?
```

300

                          A.B. Nelson

1

2        A        The owners of those vehicles?

3        Q        Yes.

4        A        I don't do the paperwork on that,

5    so I don't know exactly how that works.  I'm

6    sure Mitsubishi North America owns it and they

7    bring them there and then the bank finances

8    those vehicles.

9        Q        What is your basis of your belief

10   that Mitsubishi owns those vehicles?  Do you

11   have any documents that support that?

12       A        No.  I don't have any documents

13   that support that.

14       Q        If I told you that Mitsubishi

15   Motors North America did not own those

16   vehicles, would you have any reason to contest

17   that statement?

18       A        No.  I wouldn't contest it

19   because usually those vehicles that come

20   there, they become the ownership either

21   through banks or whatever of that dealer.

22       Q        The building at 4101, do you know

23   who owns that building?

24       A        I know who owns half the

25   property.  That's a friend of mine, the

1                    A.B. Nelson
2    property in the back.  I believe the
3    building -- Mitsubishi doesn't own it, if
4    that's what you're asking.
5               MS. LILBURN:  Do you know who
6         owns it?
7         A    I can't think of his name right
8    now.
9         Q    Does Mitsubishi Motors North
10   America own that building?
11        A    No, they do not.
12        Q    When you were at Victory, did you
13   receive any form of health benefits?
14        A    No.
15        Q    Did you receive a salary or was
16   it strictly commission?
17        A    We got a salary, a draw, and the
18   commissions and we were remunerated also by
19   Mitsubishi North America.
20        Q    How so?
21        A    Every time we sell a car with
22   their Diamond -- their stair-step program.
23        Q    So you would get money from
24   Mitsubishi Motors North America every time you
25   would sell a car?

1                          A.B. Nelson

2          A          Every time you sell a car.

3          Q          Every time you sell a car?

4          A          Every time you sell a Mitsubishi

5     car.

6          Q          Every time you sell a new

7     Mitsubishi car, you would get paid from

8     Mitsubishi Motors North America?

9          A          Also, yes.

10         Q          When you say also, do you mean

11    you would get paid from Victory and then you

12    would get paid from Mitsubishi Motors North

13    America?

14         A          Yes.

15         Q          When you say you get paid from

16    Mitsubishi Motors North America, is that

17    represented in the 1099's that you submitted

18    in opposition to the motion to dismiss?

19         A          Right.

20         Q          I believe there was approximately

21    $3,000 for the year 2017 and $1500 for the

22    year 2018?

23         A          Sure.

24         Q          You are saying it is the Diamond

25    Program, right?  It's Diamond Rewards?

1                    A.B. Nelson

2        A        That's what it is labeled as,

3    yes.

4        Q        Would you classify that as a

5    rewards program?

6        A        That is what your client has it

7    as, but I never classified it as anything,

8    except whatever it is.

9        Q        If you sold a car, Mitsubishi

10    recognized that?

11        A        Yes.

12        Q        Then you would receive a reward

13    for that, correct?

14        A        Well, some places it's rewards

15    and some places, if it is a General Motors

16    vehicle, it can be a holdback.

17        Q        So why is it that you only

18    received approximately $5,000 in total from

19    Mitsubishi Motors North America over two years

20    if you got paid from Mitsubishi Motors North

21    America every time you sold a car?

22        A        Because we did not sell that many

23    Mitsubishis.  The other thing is, the

24    Mitsubishis that were sold, they wanted me to

25    do the Diamond deliveries on other people's

304

                        A.B. Nelson

1
2      vehicles, so that kept me -- that distracted
3      me from being able to sell to customers
4      because they used me to bring their CSI, their
5      score up for the store, which had tanked.
6           Q      Did you receive a salary from
7      Mitsubishi Motors North America?
8           A      I received a partial salary from
9      them which they have labeled as rewards or
10     whatever the case may be.  It's just like I
11     don't really receive a salary, but you receive
12     commission on selling vehicles.  I don't know
13     if you would call commission a salary, but I
14     receive a percent, something for every time a
15     Mitsubishi car that I sell.
16          Q      You receive a weekly draw from
17     Victory, correct?
18          A      It's a weekly draw.
19          Q      Do you have a weekly draw from
20     Mitsubishi North America?
21          A      Not every dealership does that.
22          Q      Do you have a weekly draw from
23     Mitsubishi Motors North America?
24          A      No, but I do have, every time I
25     sell a Mitsubishi product, we get remunerated

305

                        A.B. Nelson

1

2    for it.

3         Q       Did you ever receive performance

4    reviews while at Victory?

5         A       What do you mean?

6         Q       An annual review?

7         A       No.

8         Q       Did you ever receive any type of

9    performance reviews from Mitsubishi Motors

10   North America?

11        A       I don't think so.  I don't

12   believe so.

13        Q       Earlier you testified about being

14   pulled from the sales floor?

15        A       Yes.

16        Q       Who pulled you from the sales

17   floor?

18        A       Chris pulled me from the sales

19   floor.

20        Q       Chris who?

21        A       Chris Orsaris, right here.

22        Q       He was with Victory.

23        A       Yes.

24        Q       Did anybody from Mitsubishi

25   Motors North America pull you from the sales

306

```
 1                        A.B. Nelson
 2   floor?
 3         A     No.
 4         Q     You said you did not sell too
 5   many new Mitsubishis.  What did you sell?
 6         A     Other cars, other brands.
 7         Q     Non-Mitsubishi?
 8         A     Right, pre-owned cars.
 9         Q     What role would Mitsubishi Motors
10   North America play when you sold a Hyundai?
11               MS. LILBURN:  Objection.
12         A     They're coming into a Mitsubishi
13   store or if they come into a Chevrolet store,
14   you know, they're coming into a store.  It's
15   under your umbrella, your name, to buy a
16   vehicle, whether it turned out to be a
17   Mitsubishi or a Jaguar.  They're coming in --
18   your name is plastered.
19         Q     When you say your name, what name
20   is that?
21         A     Mitsubishi.
22         Q     There was nothing in front or
23   behind Mitsubishi, just Mitsubishi?
24         A     It says Victory Mitsubishi, but
25   it's still Mitsubishi.
```

307

1                      A.B. Nelson

2          Q     If I tell you that it is Spartan

3     Auto Group doing business as Victory

4     Mitsubishi and it is not Mitsubishi Motors

5     North America, do you have any reason to

6     contest that statement?

7          A     But they're doing business with

8     them.

9          Q     I'm asking you a question.

10         A     What was the question?

11         Q     Is it Spartan Auto Group doing

12    business as Victory Mitsubishi?

13               MS. LILBURN:  Objection.  Are you

14          doing business as formally, the

15          corporate name?  I think he may be

16          confused by the doing business as.

17         A     DBA, doing business as.  What is

18    your question?

19               MR. KATES:  Can I have the

20          question read back, please.

21               (Whereupon, at this time, the

22          requested question was read by the

23          reporter.)

24         Q     You said Mitsubishi was plastered

25    all over the place, correct?

```
 1                     A.B. Nelson

 2        A       Exactly.

 3        Q       Do you have any reason to contest

 4   that Victory Mitsubishi is not Mitsubishi

 5   Motors North America?

 6        A       It's an affiliate.

 7        Q       What was the purpose of the

 8   training modules?

 9        A       Which training modules?

10                MR. KATES:   Withdrawn.

11                Can I have this marked as Exhibit

12        O, please.

13                (Whereupon, at this time, the

14        reporter marked the above-mentioned

15        document as Defendants' Exhibit O for

16        identification.)

17        Q       We talked earlier about product

18   familiarization and the training associated

19   with that.  You had received what you are

20   looking at now, a certificate of completion,

21   correct?

22        A       We would have to go on to the

23   intranet site and take tests because

24   Mitsubishi or any manufacturer wants to put

25   the provisions in place as to how to deliver.
```

309

1                    A.B. Nelson
2    They want to control how the product is sold.
3    They want to control how the product is sold,
4    and they do that -- they do that by monitoring
5    everything we do through the intranet site,
6    certifying us, giving us -- if we sell the
7    vehicle the way Mitsubishi is telling us to
8    sell it --
9         Q    It just talks about control; is
10   that correct?
11        A    Yes.
12             MR. KATES:  Can I have this
13        marked as Exhibit P, please.
14             (Whereupon, at this time, the
15        reporter marked the above-mentioned
16        document as Defendants' Exhibit P for
17        identification.)
18        Q    Mr. Nelson, you have two pages in
19   front of you.  It has been marked as
20   Defendants' Exhibit P.  This is a tip sheet,
21   as it says on the top, correct?
22        A    Yes.
23        Q    You just said that Mitsubishi
24   wants to control the delivery process,
25   correct?

310

```
 1                        A.B. Nelson
 2         A      Yes.
 3         Q      At the top it says tip sheet,
 4    correct?
 5         A      Yes.
 6         Q      If you look under the four
 7    pictures that you see there, it says here are
 8    some tips to and one, guide you through the
 9    delivery process, gain repeat and referral
10    business, increase your SSI score.
11         A      Yes.
12         Q      Do you think a tip is a mandate?
13         A      Is it a mandate?
14         Q      Yes.
15         A      Can you expand on that question?
16         Q      Is it a requirement?
17         A      It's written here as a tip, but
18    all of these things are requirements to sell
19    the vehicle.
20         Q      Do you have any documentation to
21    support this requirement?
22         A      I don't have any documentation
23    with me.
24                MS. LILBURN:   Not right now.
25         Q      But you do have documentation to
```

311

```
 1                    A.B. Nelson
 2    support that?
 3         A       Support what?
 4         Q       That it is a requirement and not
 5    a recommendation or a guide?
 6         A       Documentation that would support
 7    this is in the training, so in the training
 8    these things that you see here, when we take
 9    the test, when we do the training, these
10    things are mandated because we are supposed to
11    follow them.
12         Q       So you are saying it is a mandate
13    even though it says tip sheet here?
14         A       This says tip sheet.  It says tip
15    sheet, but the delivery process has been
16    online and it is not called a tip sheet.  This
17    is just something that they put together.  It
18    says tip sheet and it says delivery process,
19    but when you are trained, this is before you
20    even get this, when you are trained at
21    Mitsubishi school through the intranet, you
22    can also call them up and talk to them,
23    whatever the case may be, and these things are
24    already put in place and you're supposed to
25    follow those guidelines when delivering a
```

312

1                          A.B. Nelson

2      Mitsubishi product.

3           Q      You just said they are

4      guidelines.

5           A      Right, it's guidelines.

6           Q      Are the guidelines a requirement?

7           A      It's required to perform the

8      proper delivery in a Mitsubishi Triple Diamond

9      standard, so whatever provisions that they put

10     out there for us, we're supposed to follow

11     those guidelines and not do whatever we want,

12     whatever the case may be, but, of course, not

13     everybody follows the rules.

14          Q      If you did not follow the rules

15     and it required somebody to be reprimanded,

16     who would carry out that reprimand?  Would

17     anybody from Mitsubishi Motors North America

18     carry out that reprimand?

19          A      I think if Mitsubishi Motors

20     North America was alerted to how we're doing

21     the business at that time, they would probably

22     be reprimanded, because a lot of this stuff

23     that's in the provisions, the books, is not --

24     the store is not in compliance with dozens of

25     stuff in their contract.

1                   A.B. Nelson

2              MR. KATES:  Move to strike the

3         portions nonresponsive.

4         Q      If there was a reprimand to be

5    carried out, if someone did not follow this

6    tip sheet, who would carry out the reprimand?

7    My question is, would Mitsubishi Motors North

8    America carry out that reprimand if someone

9    did not follow this tip sheet?

10        A      The tip sheet?

11        Q      Yes.

12        A      Or do you mean in general follow

13   everything that we have been trained and told

14   how to do?

15        Q      Let us start in general, first.

16   Generally speaking, if someone did not follow

17   one of those guidelines or tips, would

18   Mitsubishi Motors North America carry out a

19   reprimand on them?

20        A      I think if they knew something,

21   some of the things, I'm pretty sure that they

22   would.

23        Q      I'm asking you have you seen them

24   do it?

25        A      I don't know if they were alerted

1                      A.B. Nelson

2    to it.

3        Q      My question is have you seen

4    Mitsubishi Motors North America carry out a

5    reprimand for someone at Victory Mitsubishi?

6        A      They're not aware of it, so

7    obviously, because they're not aware of it,

8    then nobody's going to see it, but they can be

9    made aware of it, and then who knows what

10   would happen after that.

11               MR. KATES:  Move to strike the

12          portions that are not responsive.

13       Q      Have you ever been to Mitsubishi

14   Motors North America headquarters?

15       A      I've never been there, but I have

16   seen it, the one before they moved, when I

17   lived in Orange.  My cousin lives in the next

18   town over.  I've not been to the new one.

19       Q      But you have been to the old one?

20       A      I've not been inside the old one,

21   but I have seen it.

22       Q      Have you ever walked inside the

23   new one?

24       A      I have not walked inside.

25       Q      There was an old Mitsubishi

315

A.B. Nelson

1
2    headquarters and a new Mitsubishi

3    headquarters.  Have you ever stepped foot

4    inside the old Mitsubishi headquarters?

5         A     No.

6         Q     Have you ever stepped foot inside

7    the new Mitsubishi headquarters?

8         A     No, I have not.  I have not

9    opened the door to either one of those

10   buildings.

11        Q     What was your purpose of the

12   visit then, being in the vicinity of the

13   building?

14        A     Because I lived in Orange,

15   California, yes.  I am from California.

16        Q     So you were not there on a work

17   visit?

18        A     No.  No.

19        Q     Did Mitsubishi Motors North

20   America have an employee at Victory Mitsubishi

21   on a daily basis?

22        A     They have sometimes on a daily

23   basis, but not on a daily basis where they

24   have -- what would you call Kevin Burns.  They

25   have people that come to Mitsubishi, not

1                    A.B. Nelson

2    daily, but maybe once a week or sometimes

3    twice a week, depending on what's going on.

4        Q        To do what?

5        A        I guess to oversee what's going

6    on.  That's what district managers do.  They

7    go to all the different dealerships in that

8    area.  They're assigned certain dealerships to

9    make sure that they are pulling the rope the

10   right way.

11       Q        So you're saying once a week

12   there would be a Mitsubishi rep present at

13   Victory Mitsubishi?

14       A        Sometimes once a week and

15   sometimes twice.  There have been weeks when

16   there hasn't been anybody there.

17       Q        Did you ever see a Mitsubishi rep

18   direct an employee, a Victory employee?

19       A        I don't know.  I have never seen

20   it.

21       Q        Has a Mitsubishi rep ever

22   directed you to do a job task while at

23   Victory?

24       A        What do you mean?

25       Q        Did they issue you a job task?

317

```
 1                    A.B. Nelson
 2   Did they ask you to do something?
 3        A      When we got the PHEV cars in.
 4   Those are battery-operated cars.  It's plug-in
 5   electrical vehicles or whatever.  That's the
 6   acronym.
 7        Q      Has anyone from Mitsubishi Motors
 8   North America, when present at Victory
 9   Mitsubishi, ever directed you to complete a
10   job task; yes or no?
11        A      Well, I asked a Mitsubishi to
12   locate a special car for me and they located
13   it.  They wanted me to make that deal happen.
14        Q      Who is they?
15        A      That was Kevin Burns.
16        Q      So you asked somebody at
17   Mitsubishi Motors North America something?
18        A      Because he would come to the
19   store and the problem was that the customer
20   wanted a particular color and there were two
21   of them on the dock in Baltimore.
22        Q      My question is, did you ever
23   receive an order?
24        A      Not an order, no.
25        Q      That was my question.  That's
```

318

```
 1                      A.B. Nelson
 2    all.
 3           A      But a request.
 4           Q      What did they request of you?
 5           A      To sell their car, make it
 6    happen.
 7           Q      Did you consider it a direct
 8    order from your employer?
 9           A      A direct order?
10           Q      Yes.
11           A      Possibly.
12           Q      Why do you say possibly?
13           A      Well, after he did the work, I
14    think he wanted to make sure I tried to sell
15    that car, so he was encouraging me to sell the
16    car.  You can call it an order or whatever.
17           Q      This was one time?
18           A      That was one time and that was a
19    few months before I left, yes.
20           Q      So you received one order or
21    request in the entire time you were at Victory
22    from Mitsubishi Motors North America's rep?
23                  MS. LILBURN:  Objection.
24           Q      Is that correct?
25           A      Yes.
```

319

```
 1                    A.B. Nelson
 2         Q       If someone from Mitsubishi Motors
 3    North America told you to do something and
 4    Chris Orsaris told you to do something and it
 5    was the same task, but they both wanted it
 6    done different ways, who would you follow?
 7    Would you follow the order from Chris or would
 8    you follow the order from the Mitsubishi
 9    Motors North America rep?
10         A       Unfortunately, I've been
11    following the orders that are pretty much --
12         Q       I'm asking a hypothetical.  What
13    would you do?
14         A       What would I do?  I'd probably
15    have to follow his orders.
16         Q       When you say his, do you mean
17    Chris?
18         A       Yes.  We're talking about Chris.
19         Q       You would follow the orders from
20    Chris Orsaris at Victory?
21         A       Yes.
22         Q       Earlier you had testified that
23    after Victory you went to Toyota.  What was
24    the name of that dealership?
25         A       Citywide.
```

```
 1                      A.B. Nelson
 2        Q       You were there for approximately
 3   six months?
 4        A       Yes.
 5        Q       You said you left Citywide
 6   involuntarily?
 7        A       Yes.
 8        Q       Do you have any plans to sue
 9   them?
10        A       No.
11        Q       When you were at Citywide, did
12   you go through any product familiarization
13   training?
14        A       Yes.  I am certified in Toyota.
15        Q       When you were at Toyota, Citywide
16   Toyota, did you consider Toyota, itself, your
17   employer?
18        A       Sure.  Yes.
19        Q       When you left Victory in August
20   of 2018, did you receive an exit interview?
21        A       An exit interview?
22        Q       Yes.
23        A       Obviously not because people were
24   calling me.
25        Q       Did Mitsubishi Motors North
```

321

1                          A.B. Nelson

2   America have the power to terminate your

3   employment?

4        A     Can they terminate a person's

5   employment?

6        Q     Did they have the authority to

7   terminate?

8        A     I can't answer that question.  I

9   really don't know.

10       Q     If I told you that they do not,

11  would you have any reason to contest that

12  statement?

13       A     At the moment, I cannot think of

14  something that would make that happen, unless

15  I went berserk at Mitsubishi school or

16  someplace or something.  I don't know.  I

17  don't know.  There could be a reason why the

18  umbrella company could fire somebody, but I

19  don't know what it could be.

20            MR. KATES:  Move to strike the

21        portion that is not responsive.

22            MS. LILBURN:  I think he answered

23        I don't know.

24       A     I'm not sure.  I don't know.

25       Q     Has anybody ever told you that

A.B. Nelson

 1        somebody at Mitsubishi Motors North America

 2        has the authority to terminate your employment

 3        at Victory Mitsubishi?

 4

 5        A        No.

 6        Q        Have you ever seen somebody from

 7        Mitsubishi Motors North America terminate

 8        someone employed by Victory Mitsubishi?

 9        A        No.

10        Q        How did you hear about the job at

11        Victory?

12        A        How did I hear about the job at

13        Victory?

14        Q        Yes.

15        A        I know people that work there and

16        pretty much the whole area is my area, so I

17        know about things that go on there.

18        Q        Walk me through the process.  Did

19        you submit a resume?  Did you call them?  Tell

20        me what happened?

21        A        I stopped by because I had people

22        that I knew that were there.  I spoke to the

23        young lady at the desk who I'm familiar with.

24        Also my so-called niece worked upstairs for

25        eight years and so at the time I said -- I

323

1                          A.B. Nelson

2      just went there and I filled out the

3      application.

4           Q      Did you submit a resume?

5           A      Yes, I did.

6           Q      When you filled out the

7      application, who was that application being

8      submitted to?  Was it being submitted to

9      Victory Mitsubishi or was it being submitted

10     to Mitsubishi Motors North America?

11          A      It was not a Mitsubishi store at

12     that time.  In 2015 that was not a Mitsubishi

13     store.  We're talking November 2015 and so

14     that was not a Mitsubishi store.

15          Q      It was Suzuki?

16          A      It was a Suzuki -- Suzuki is out

17     of business, but a lot of the paperwork was on

18     Suzuki.

19          Q      Who hired you?

20          A      That's a good question.  I'm

21     trying to remember that.

22               MS. LILBURN:  You're asking for

23          an individual's name?

24               MR. KATES:  Yes.

25          A      It might have been Gene at that

1                      A.B. Nelson

2    time.  He was in charge at that time, so it

3    might have been Gene.

4          Q      So it changed its name from

5    whatever it was to Victory Mitsubishi?

6          A      Yes.

7          Q      Walk me through the process of

8    you hearing that the name was changed?  What

9    goes on with the name change?

10         A      I actually sort of did work with

11   salesmen in both stores.  The Larchmont store,

12   as I mentioned previously, the CSI score is

13   down.  The higher the score is, the more money

14   you get, so if a store has a high score --

15         Q      I am asking you what happened

16   when it changed names?

17         A      It's a little difficult.

18                MS. LILBURN:  Can you be more

19         specific when you say what happened.

20         Q      At what point did they change

21   names to Victory Mitsubishi?  At what point in

22   time, if you can give me a month and a year,

23   approximately?

24         A      I don't know, but before it even

25   became that, we were selling Mitsubishi out of

1                    A.B. Nelson

2    that location.

3          Q      When it changed over to Victory

4    Mitsubishi, did you ever have to submit a job

5    application to Mitsubishi Motors North

6    America?

7          A      No.

8          Q      Earlier you gave us a list of

9    seven or eight managers at Victory; do you

10   recall that?  You said Gene, Igor, Freddy 1,

11   Freddy 2, Shane Bacus, Peter I believe it was,

12   and Stavros was in there.  Who were they

13   employed by?

14         A      They're all Victory or Larchmont

15   Mitsubishi employees.

16         Q      So they were employees of Victory

17   Mitsubishi or Larchmont Mitsubishi?

18         A      Larchmont, yes, which is just up

19   north of New Rochelle and south of Mamaroneck.

20         Q      You testified that Alex Lettas

21   wore many hats in the organization; is that

22   correct?

23         A      Yes.

24         Q      What organization is that?

25         A      The organization we're talking

326

1                          A.B. Nelson

2      about right now, Victory, Spartan, whatever.

3           Q       What is the BDC department?

4           A       Every dealership has a business

5      development center and that acronym stands for

6      business development center and every store

7      has one.  They make phone calls.  They have

8      lists of potential customers.  Their job is to

9      bring them in.

10          Q       Can you take a look at Exhibit B

11     that was marked earlier, B as in boy.

12          A       Yes.

13          Q       It says charge of discrimination

14     on top.

15          A       Yes.

16          Q       You list there under the name

17     Victory Mitsubishi; is that correct?

18          A       Yes.

19          Q       Why did you not list Mitsubishi

20     Motors North America on this document?

21          A       It wasn't listed on this document

22     because I am a pro se litigant.  I am not a

23     lawyer, so I didn't put that on this document,

24     but when the complaint on the court complaint,

25     it's on that one.

1                    A.B. Nelson

2          Q       Whose idea was it to put

3     Mitsubishi Motors North America on the court

4     complaint?

5          A       Whose idea?

6          Q       Yes.

7          A       I put the caption together.  I am

8     a pro se litigant.

9          Q       What changed when you were a pro

10    se litigant back in June of 2018 and when you

11    were a pro se litigant when you filed the

12    complaint in Southern District, what changed

13    between the filing of the charge of

14    discrimination and the complaint?

15         A       What changed?

16         Q       Yes.

17         A       Lots of times people do not put

18    parent companies or not parent companies, but

19    not -- they don't know to put it, so when the

20    immediate situation happened, before it

21    reached the court to get a right to sue letter

22    or to get the EEOC to look at what happened,

23    I -- it's not in there.

24                 MS. LILBURN:  Can I just remind

25            the witness not to reveal any privileged

328

A.B. Nelson

1

2       communications.

3               MR. KATES:  Move to strike the

4           portions that are not responsive to the

5           question.

6       Q       Mr. Nelson, if you look where it

7   says the particulars are, the paragraph that

8   looks like the statement of facts.  It says

9   certified product specialist.

10      A       Right.

11      Q       Look at the sentence, third

12  sentence that begins in February of 2016.

13      A       Yes.

14      Q       In February 2016, Chris Orsaris

15  began his employment and Orsaris placed me in

16  a hostile work environment.  Did anyone from

17  Mitsubishi Motors North America place you in a

18  hostile work environment?

19      A       No.

20      Q       The next sentence talks about,

21  the sixth line beginning with would.

22      A       The manager would?

23      Q       Would degrade and shame me in

24  front of customers.

25      A       I see that.

```
 1                    A.B. Nelson
 2        Q      Did Mitsubishi Motors North
 3    America have anything to do with that
 4    activity?
 5                 MS. LILBURN:   Objection.
 6        A      Only that we were selling
 7    Mitsubishi products and that's about it.
 8        Q      Earlier you testified to wire
 9    fraud and identity theft.  Is the wire fraud
10    claim being made against Mitsubishi Motors
11    North America?
12        A      Is it being made against
13    Mitsubishi Motors North America, sure, both
14    Victory and Mitsubishi.
15        Q      The wire fraud and the identity
16    theft are also against Mitsubishi Motors North
17    America?
18        A      Yes.
19        Q      What is their involvement in the
20    wire fraud?
21        A      Because there's a flaw in the
22    system.
23        Q      What is the flaw in the system?
24        A      The flaw is that people can
25    change people's ID numbers and freeze them out
```

1                     A.B. Nelson

2    of the system.  That includes the ID's and

3    Social Security number and whatever.

4         Q      Earlier you testified about being

5    demoted.  Do you recall that testimony?

6         A      When I said I was taken off the

7    floor, yes.

8         Q      Did anybody from Mitsubishi

9    Motors North America demote you?

10                MS. LILBURN:  Objection.

11        A      No.

12        Q      Chris Orsaris had told you not to

13   go to Diane; is that correct?

14        A      He told everybody never to go to

15   Diane, not me specifically.  In Saturday

16   morning meetings, which every dealership in

17   America has a sales meeting, this has been

18   brought up or mentioned numerous amounts of

19   times, do not go to Diane about it, about

20   anything.

21        Q      Did you comply with that demand

22   from Chris Orsaris?

23        A      Sure.  I follow orders.

24        Q      Take a look at the Richard Simon

25   letter.  Look at the paragraph labeled Number

1                        A.B. Nelson
2    2.  It says he earned extra money by
3    assignment as a supervisor.  Who put you in a
4    supervisory role?
5         A      I was never a supervisor.  If you
6    really want to know what the term is, it's
7    not -- I was never a supervisor and I was
8    never a manager.
9         Q      In your response to codefendant's
10   request for the production of documents, you
11   had said --
12        A      What exhibit is that?
13             MS. LILBURN:  The documents or
14        the interrogatories?
15             MR. KATES:  This is the response
16        to the production of documents.
17             MS. LILBURN:  Off the record.
18             (A discussion was held off the
19        record.)
20             MR. KATES:  Can I have this
21        marked as Exhibit Q, please.
22             (Whereupon, at this time, the
23        reporter marked the above-mentioned
24        document as Defendants' Exhibit Q for
25        identification.)

332

```
 1                    A.B. Nelson
 2         Q       If you go to Paragraph Number 11
 3    on Page 2.
 4         A       Yes.
 5         Q       Take a look at the third sentence
 6    on the third line, at the end of the third
 7    line beginning with the word also.  Do you see
 8    that?
 9         A       Yes.
10         Q       I devised a system to determine
11    stock numbers and locations of inventory lots
12    which also took me away from the sales floor.
13    Do you see that, Mr. Nelson?
14         A       Yes.
15         Q       Who asked you to devise this
16    system?
17         A       I told you earlier that I did it
18    because the store was not running properly.
19         Q       Did anybody from Mitsubishi
20    Motors North America ask you to do this?
21         A       No.  No.
22         Q       Take a look at Paragraph 13.  It
23    says I never complained to my customers about
24    my boss's belittling behavior towards me.
25         A       Yes.
```

333

1                    A.B. Nelson

2        Q      Who were you referring to when

3    you say my boss?

4        A      I was referring to Chris Orsaris.

5        Q      Did you ever notify anybody at

6    Mitsubishi Motors North America about this

7    discriminatory behavior that you allege in

8    your complaint?

9        A      Not about the discriminatory

10   behavior, but other things, but not about the

11   discriminatory behavior.

12              MR. KATES:  Can I have this

13         marked, please.

14              (Whereupon, at this time, the

15         reporter marked the above-mentioned

16         document as Defendants' Exhibit R for

17         identification.)

18       Q      Mr. Nelson, have you ever seen

19   this document that is before you?

20       A      Have I seen it?

21       Q      Yes.

22       A      I am the one that made it.

23       Q      What is this document marked as,

24   what exhibit?

25       A      R.

334

```
 1                    A.B. Nelson
 2        Q      Read the first line of that and
 3   let me know when you are done.
 4        A      Yes.  I read it.  Go ahead.
 5        Q      Who is the they that is being
 6   referred to here?
 7        A      These were notes to myself at the
 8   time.
 9        Q      Who is they?
10        A      When I refer to they, that means
11   I'm referring to Chris Orsaris and anybody
12   else along with him.
13             MR. KATES:  Can I have this
14        marked, please.
15             (Whereupon, at this time, the
16        reporter marked the above-mentioned
17        document as Defendants' Exhibit S for
18        identification.)
19        Q      Mr. Nelson, are you looking at
20   Exhibit S?
21        A      The tax statement?
22        Q      Yes.  What is this document that
23   is before you?
24        A      This is the 2018 federal tax
25   return statement.
```

1                       A.B. Nelson

2          Q       Would you agree that this is a

3     W-2 wage statement?

4          A       A W-2 wage form, yes.

5          Q       On the bottom it talks about the

6     employer's name and there are two boxes at the

7     bottom in Section C of each one.  Do you see

8     that?

9          A       Yes.

10         Q       It has Victory Auto Group, LLC.

11    What work did you do for Victory Auto Group,

12    LLC?

13         A       Sell Mitsubishi vehicles, go and

14    train some Mitsubishi salesmen at Mitsubishi

15    Larchmont, you know, how to do the walk-

16    arounds, how to do the Diamond deliveries,

17    sell cars.

18         Q       You would train people?

19         A       Yes.

20         Q       Who authorized you to perform

21    this training?

22         A       They wanted me -- when they

23    couldn't get any -- when they do -- I was

24    authorized by my superiors to do that.

25         Q       Who were your superiors?

336

```
 1                      A.B. Nelson
 2         A     Chris Orsaris.
 3               MR. KATES:  Can I have this
 4         marked, please.
 5               (Whereupon, at this time, the
 6         reporter marked the above-mentioned
 7         document as Defendants' Exhibit T for
 8         identification.)
 9         Q     Mr. Nelson, are you looking at
10    Exhibit T?
11         A     Yes.  It is labeled as letter T.
12         Q     On the bottom it says A. Nelson
13    121?
14         A     I guess that's what you would
15    call the Bates stamp.
16         Q     This is a sales commission slip
17    and your name is listed as a salesperson and
18    then it has the vehicle description, which is
19    2014 Hyundai Elantra, 2013 Mini Cooper.
20         A     Yes.
21         Q     What role did Mitsubishi Motors
22    North America play in you selling either one
23    of these cars?
24         A     Those cars, when they are bought
25    or bought at auction or whatever, those cars
```

```
 1                    A.B. Nelson
 2   are serviced and done by Mitsubishi service
 3   technicians.
 4         Q      My question is different.
 5         A      What was your question?
 6                MR. KATES:  Read the question
 7         back, please.
 8                (Whereupon, at this time, the
 9         requested question was read by the
10         reporter.)
11         A      What role did Mitsubishi play?
12         Q      In you selling these cars?
13         A      In these cars here, okay.  All
14   pre-owned vehicles that are not Mitsubishi go
15   through the Mitsubishi service department.
16   That's their role.
17         Q      When you sold it --
18         A      When I sell it afterwards.
19         Q      Do you get compensation from
20   Mitsubishi Motors North America when you sell
21   a  2014 Hyundai Elantra?
22         A      No.  I'm selling a used vehicle.
23   Like any dealership, they have off brands from
24   the brand that they're actually selling.
25         Q      But they are not paying you
```

338

1                    A.B. Nelson

2      anything when you sell a 2014 Hyundai Elantra?

3           A       Nobody would.

4           Q       What do you mean nobody would?

5      You don't get a commission when you sell a

6      2014 Hyundai Elantra?

7           A       No.  No.  It's not from

8      Mitsubishi.  That's what I'm saying.

9           Q       So you would get a commission

10     from Victory; is that correct?

11          A       Of course.

12          Q       Mr. Nelson, do you know if

13     Mitsubishi Motors North America ever ran a

14     background check on you?

15          A       Did Mitsubishi North America --

16     nothing to do with this organization.  This is

17     the first store I ever worked on and never had

18     a background check.  Any other store that I

19     worked in, they had background checks, drug

20     test and everything.

21          Q       My question is had Mitsubishi

22     Motors North America ever run a background

23     check on you?

24          A       No.

25          Q       You said earlier today that you

339

1                    A.B. Nelson

2    were terminated.  Did Mitsubishi Motors North

3    America terminate you?

4                    MS. LILBURN:  Objection.

5         A    No.

6         Q    Did they supervise your daily

7    activities, meaning did Mitsubishi Motors

8    North America supervise your daily activities?

9         A    I answered that.

10                   MS. LILBURN:  Just answer it

11       again.

12        A    No.

13        Q    Mr. Nelson, do you have any

14   social media accounts?

15        A    Sure.

16        Q    Do you have a Facebook account?

17        A    Sure.

18        Q    Do you have a MySpace account?

19        A    MySpace?

20        Q    Yes.

21        A    I don't think anybody has that.

22   I have Instagram and I have Facebook.

23        Q    Have you ever posted anything

24   regarding any of the named defendants on your

25   social media accounts, including Facebook and

1                    A.B. Nelson

2    Instagram?

3         A       What do you mean?

4         Q       Have you posted anything in

5    regards to Victory Mitsubishi?

6         A       Advertising of cars and showing

7    when you sell a car, so you're showing what

8    you did in your work so everybody else can

9    come and possibly you can get a sale out of

10   the people that put hits showing your love on

11   Instagram and they may come and buy one.

12        Q       Have you ever posted anything on

13   your social media accounts regarding your

14   claims in this case?

15        A       No.  I don't do that kind of

16   stuff.  That's for children.  I don't do that.

17              MS. LILBURN:  I believe we are at

18         seven hours on the record.

19              MR. KATES:  Fine.

20              MS. LILBURN:  I would also like

21         to clarify with respect to the exhibits

22         that were premarked.

23              MR. KATES:  I would just like to

24         make a statement for the record before

25         we go to that.  I object to the

341

1                        A.B. Nelson

2        deposition closing.  I was not given a

3        full opportunity to ask all the

4        questions and I will make the

5        appropriate application to the judge.

6                (Time noted:  6:15 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

342

1

2             A C K N O W L E D G E M E N T

3

4     STATE OF NEW YORK      )

5                           )  ss

6     COUNTY OF             )

7

8

9              I, ANTHONY B. NELSON, hereby

10    certify that I have read the transcript of my

11    testimony taken under oath in my deposition of

12    September 13, 2019; that the transcript is a

13    true, complete and correct record of my

14    testimony, and that the answers on the record

15    as given by me are true and correct.

16

17              _____
                           ANTHONY B. NELSON
18

19    Signed and Subscribed to

20    before me this _____ day

21    of _____, 2019.

22

23    _____
      Notary Public, State of New York

24

25

343

1

2                         I N D E X

3   WITNESS                                    PAGE

4   ANTHONY B. NELSON

5           Examination by:

6                   Mr. Hans                    4

7                   Mr. Kates                  280

8

9                      E X H I B I T S

10  DEFENDANTS'         DESCRIPTION          PAGE

11      A       EEOC Intake Questionnaire
                9/21/17                         4
12
        B       Two-Page EEOC Complaint
13              June 2018                        4

14      C       Eight-Page Complaint            4

15      D       Ten-Page Defendants' First
                Set of Interrogatories for
16              the Plaintiff                    4

17      E       Eleven-Page Plaintiff's
                Response to Defendants'
18              First Set of Interrogatories    4

19      F       Two-Page Letter 5/15/19         4

20      G       Six-Page Text Messages          4

21      H       Two-Page Tax Return 2018        4

22      I       Sales Commissions               4

23

24

25

344

1

2                         E X H I B I T S
                          (continued)
3       DEFENDANTS'        DESCRIPTION              PAGE

4          J        Letter 9/18/18                    4

5          K        Twelve-Page Card Activation
                    and Check Balance                 4
6
           L        Six-Page Document                 4
7
           M        Letter 7/25/19                   221
8
           N        Document                         292
9
           O        Certificate of Completion        308
10
           P        Two-Page Tip Sheet               309
11
           Q        Plaintiff's First Response
12                  to the Request for the
                    Production of Documents          331
13
           R        Document                         333
14
           S        Tax Return 2018                  334
15
           T        Sales Commissions                336
16

17         INFORMATION AND/OR DOCUMENTS REQUESTED

18      DESCRIPTION                                 PAGE

19      Reservation of right to depose Mr. Nelson
        on second page of EEOC filing                31
20
        Names and addresses of any customers that
21      would support allegations in complaint       98
                                                     103
22
        Telephone number of James                   102
23

24

25

345

1

2           INFORMATION AND/OR DOCUMENTS REQUESTED
                         (continued)
3     DESCRIPTION                                PAGE

4     Names and addresses of anyone else that
        knows Mr. Lettas made comments          111
5
      Production of phone found; expert to
6       examine video                           114
                                                117
7
      Any other racially-motivated statements
8       made by Mr. Lettas                      118

9     Copy of recording with Robert Wood        126

10    Names of any other witnesses to racial
        and age comments                        128
11
      Names of any other witnesses to Mr.
12      Orsaris harassing Mr. Nelson and caused
        hostile work environment                139
13
      Identity of person/persons assaulted by
14      Manny                                   195

15    Further deposition of Mr. Nelson after
        review of new documents                 236
16
      New document version of May 15th letter   260
17

18

19

20

21

22

23

24

25

346

1

2                    C E R T I F I C A T E

3

4   STATE OF NEW YORK      )
                            ) ss
5   COUNTY OF NEW YORK     )

6

7        I, ALISON DUNNE, a Shorthand Reporter

8   and Notary Public within and for the State of

9   New York, do hereby certify:

10       That ANTHONY B. NELSON, the witness

11  whose examination is hereinbefore set forth,

12  was duly sworn by me and that this transcript

13  of such examination is a true record of the

14  testimony given by such witness.

15       I further certify that I am not related

16  to any of the parties to this action by blood

17  or marriage and that I am in no way interested

18  in the outcome of this matter.

19

20       IN WITNESS WHEREOF, I have hereunto set

21  my hand this 26th day of September, 2019.

22

23

24  _____
                        ALISON DUNNE

25

# ERRATA SHEET

NAME OF CASE:_____

DATE OF DEPOSITION:_____

NAME OF DEPONENT:_____

The following corrections, additions or deletions are noted for the following reasons:

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |

Subscribed and Sworn to Before Me
This ____ day of _____, 20__.

_____
WITNESS' SIGNATURE

_____   _____
NOTARY PUBLIC                  Commission Expires:

# LAWYER'S NOTES

| PAGE | LINE | NOTES... |
|------|------|----------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



*Bee* Reporting Agency, Inc.
COURT REPORTERS

**A**

**A.B** 5:1 6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1 116:1
117:1 118:1 119:1 120:1 121:1
122:1 123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1 131:1
132:1 133:1 134:1 135:1 136:1
137:1 138:1 139:1 140:1 141:1
142:1 143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1 151:1
152:1 153:1 154:1 155:1 156:1
157:1 158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1 166:1
167:1 168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1 176:1
177:1 178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1 186:1
187:1 188:1 189:1 190:1 191:1
192:1 193:1 194:1 195:1 196:1
197:1 198:1 199:1 200:1 201:1
202:1 203:1 204:1 205:1 206:1
207:1 208:1 209:1 210:1 211:1
212:1 213:1 214:1 215:1 216:1
217:1 218:1 219:1 220:1 221:1
222:1 223:1 224:1 225:1 226:1
227:1 228:1 229:1 230:1 231:1
232:1 233:1 234:1 235:1 236:1
237:1 238:1 239:1 240:1 241:1
242:1 243:1 244:1 245:1 246:1
247:1 248:1 249:1 250:1 251:1
252:1 253:1 254:1 255:1 256:1
257:1 258:1 259:1 260:1 261:1
262:1 263:1 264:1 265:1 266:1
267:1 268:1 269:1 270:1 271:1
272:1 273:1 274:1 275:1 276:1
277:1 278:1 279:1 280:1 281:1
282:1 283:1 284:1 285:1 286:1
287:1 288:1 289:1 290:1 291:1
292:1 293:1 294:1 295:1 296:1
297:1 298:1 299:1 300:1 301:1
302:1 303:1 304:1 305:1 306:1

307:1 308:1 309:1 310:1 311:1
312:1 313:1 314:1 315:1 316:1
317:1 318:1 319:1 320:1 321:1
322:1 323:1 324:1 325:1 326:1
327:1 328:1 329:1 330:1 331:1
332:1 333:1 334:1 335:1 336:1
337:1 338:1 339:1 340:1 341:1
**a.m** 1:12 68:19,21 87:14,18
**Aaron** 259:21 261:2
**ability** 7:21,24 99:17 100:22 183:4
183:8 217:21
**able** 5:14 8:7 15:13 25:20 27:22
87:3 98:8 100:8 101:3 103:17
111:19,25 118:21 128:11 139:10
167:3,25 184:15 189:5,22,23
194:9 195:10 218:5 304:3
**above-mentioned** 4:5 220:24
292:21 308:14 309:15 331:23
333:15 334:16 336:6
**above-noted** 1:17
**absolute** 273:19
**absolutely** 61:7 90:18 91:21 139:13
268:12
**abundance** 48:12
**accept** 260:7
**access** 73:11,14,17,25 74:5,6,6,17
117:17 226:3,7,18 231:13 246:3
**accessing** 222:4
**accidentally** 27:19
**account** 222:5 230:7 339:16,18
**accounts** 339:14,25 340:13
**accurate** 32:25 33:2
**accuse** 77:20
**accused** 83:22 84:2 201:21 202:11
202:14 203:15 205:5,10,24
253:12
**accuses** 84:3
**accusing** 79:24 84:11,18 205:21
**acronym** 317:6 326:5
**act** 34:10 187:13 262:25 263:2
**acting** 130:4 217:12,12
**action** 32:2 34:8 64:5 81:19 258:25
272:13 275:2 346:16
**Activation** 344:5
**activities** 339:7,8
**activity** 79:8 147:22 228:4 268:24
329:4
**actual** 24:9 92:13 167:14,23 247:22
**Adarem** 164:15 165:8,13
**add** 92:15 126:16 135:12 250:18
**added** 109:22 260:25
**addition** 105:19 128:13
**additional** 27:10 110:20 111:6
135:11 137:19 235:25 255:25
**address** 4:19 8:11 86:23 90:18
94:15 96:17,20 99:19,21 101:9
112:2,4,10
**addresses** 90:14,15 103:18 344:20

**345:4**
**adequate** 76:17 251:6,10
**adjacent** 293:9
**administrative** 156:5
**Advertising** 340:6
**affect** 7:21,24 128:16,22,24 182:22
183:4,8
**affiliate** 308:6
**afraid** 155:11 156:25 157:22
171:18 215:2,15 216:2,4,7,16
217:7
**African-American** 34:15
**afternoon** 280:10,11
**against-** 1:4
**age** 22:4 34:18,21,24 35:2,9,10,12
35:14,17,18 36:3,5,16 37:2,5
38:9,10,23,24 39:3,8 40:4,4,5,6
40:17,21 41:4 42:13 43:4 45:22
45:23 46:7 80:2,5 120:6,21 126:8
128:2 254:18 265:8 285:11,15
345:10
**age-related** 36:13 66:5
**agency** 156:3,6 159:9
**aggravated** 241:20 275:22
**agitated** 195:7
**ago** 5:12,18 6:16,22,23 11:13 15:4
15:8 29:25 32:14 38:17 115:14
165:12,12 175:8 176:9 242:8
255:8 265:16 269:24 284:7,9
**agree** 62:12 64:12 129:19,22
130:19 139:3,17 178:2 232:11
233:3 234:6,8 235:2 267:2
268:11,15 335:2
**agreed** 3:4,11,18 201:13 269:23
273:7
**agreement** 103:16 112:12
**ahead** 8:22 29:17,18 39:17 57:17
151:25 288:22 334:4
**ain't** 146:13 208:16
**Akbar** 242:18,19,20
**alcohol** 209:19
**alcove** 191:16
**alerted** 278:15,16 312:20 313:25
**Alex** 1:6 2:9 33:7,13,19 50:11,13
50:17 52:10 53:7 54:12 56:24
73:10 104:13,20 105:17 106:16
106:17 107:14 114:2,6 120:12,19
124:9 126:20 127:16,18,18
128:15 130:13,20 155:2 178:11
212:6,8,13,19 213:6,7,15,23
215:25 272:9 273:2 325:20
**Alex's** 120:7 265:7
**alike** 162:19
**Alison** 1:18 346:7,24
**allegation** 85:14 92:19 167:4
276:18
**allegations** 64:4,9 65:15 89:15 91:2
94:17 97:15 98:10 102:18 103:19

152:13,25 155:22 213:8,15 214:6
  291:13,25 292:6 321:6 322:3
**authorized** 335:20,24
**auto** 1:6,7 2:9,10 16:15 34:2 64:23
  67:7 119:8 206:16 247:4 307:3
  307:11 335:10,11
**automobile** 49:23
**automotive** 9:5 10:11
**available** 138:23 139:19 255:3
**Avenue** 2:16 185:14 209:3
**Aviles** 243:21 245:10,14
**aware** 27:24 89:18 109:12,15
  134:21 278:7,8,11,12,17 314:6,7
  314:9

---
### B
---

**B** 1:2,15 4:9,18 22:17,22 24:6
  25:14,21 33:11,15 76:25 77:7,8
  104:12 132:9 161:14 172:11
  174:2,3,4,4 206:23,24 207:3,4
  215:6 266:3,25 326:10,11 342:9
  342:17 343:4,9,12 344:2 346:10
**babies** 113:4,17
**back** 7:8 24:14 27:5 29:11 44:2,3
  53:21 61:15,24 76:24 77:20
  78:11 85:3 96:13 121:13 122:7
  124:2 125:13 138:14,16 151:22
  151:25 171:12 187:24 192:2
  196:18 211:25 212:3,4,5,11,19
  212:21,23,24 213:3,8,9,20 214:8
  214:9,10 216:2,3,18,19 217:8,15
  217:18,24 218:4,11 219:4 230:18
  249:10,16 262:17 263:5,9,11,13
  263:22 264:11,12,13,17 269:20
  283:23 284:13,14,16 288:25
  294:19 301:2 307:20 327:10
  337:7
**background** 338:14,18,19,22
**backwards** 18:10,11
**Bacus** 47:10,15,16 298:16 325:11
**bad** 77:21 79:24 85:11 130:7,8
  144:11 156:18 157:22 159:21
  160:19 273:20
**Badugas** 166:8 167:19
**bag** 189:18 288:23
**balance** 227:23,23 228:3 344:5
**balances** 224:6,20,20
**Baltimore** 317:21
**bank** 224:10,10 299:15 300:7
**bankruptcy** 177:12
**banks** 300:21
**barrier** 20:24
**Barry** 280:19,21
**base** 88:24 89:2,4
**based** 39:9 40:22 45:22 46:7 79:8
  82:20 111:10 134:10 142:23
  146:16 147:23 153:15 178:5,6
  201:22 202:12 203:15 205:25

213:18,19 254:16,17 261:25
  276:22,25 285:7
**basic** 280:15
**basically** 46:16 77:15 122:2,19
  169:24 224:14 246:4 247:12
  254:16 289:5,19 290:19 291:4
**basis** 35:12,14,16 39:8 62:10 64:21
  139:13 154:5 182:7 205:24 206:6
  238:2,9 260:5 261:18 300:9
  315:21,23,23
**Bates** 336:15
**battery-operated** 317:4
**Bay** 198:3
**BDC** 51:17 326:3
**Beachwood** 18:20,20 284:24 285:4
**beck** 245:24
**beep** 187:17 188:3
**beer** 209:9,12,13,14 210:10,11,13
**began** 328:15
**beginning** 11:18 67:21,22,22
  190:22 328:21 332:7
**begins** 291:9 328:12
**behalf** 94:9,23 109:11 165:24
  166:2 243:3
**behavior** 79:9 150:16 332:24 333:7
  333:10,11
**belief** 167:9 182:15 300:9
**believe** 9:15 22:22 23:10,11 26:17
  27:15,23 31:24 33:23 41:12
  48:10,17 64:21 68:25 69:7 86:13
  86:16 90:11,17,25 91:12 96:24
  97:10 103:19 105:7 114:2,3,19
  138:12 153:23 154:3 164:4
  167:10,11 196:13 199:19 204:8
  208:19 210:25 212:6 213:15
  214:5 219:12 234:14 235:22
  241:23 244:24 245:9,13,16
  258:14 259:20 267:23 268:23
  270:20 276:17,21,22,25 278:14
  279:19,23 281:11 282:25 283:10
  285:3 292:15 296:19 301:2
  302:20 305:12 325:11 340:17
**believed** 212:12,25
**believes** 48:2
**believing** 154:6
**belittling** 332:24
**belonging** 113:12
**belongs** 27:18
**Ben** 35:23 36:11,15 39:21 40:6,7
  40:13,16 55:17 58:25 60:11,24
  61:25 79:21 104:18,25 161:17
  163:22 164:18 165:16 166:12,15
  166:16 167:5 168:20 177:23
**Ben's** 40:8
**benefits** 301:13
**berserk** 321:15
**best** 133:23 163:2 258:21 299:11
**big** 30:16 144:19,22 187:11 190:6

269:23 291:2 293:16
**bilingual** 21:4,14
**bill** 35:22 36:11,15 39:20 40:7
  58:21,24 60:12,24 61:25 79:21
  96:11 104:18,25 161:17 162:8,13
  162:20 163:6,9,22 164:6,17,20
  165:15 166:12,15,16,17 167:5
  168:13 265:9
**bills** 96:8 182:18 212:11 219:4,9,10
**birthday** 210:6
**bit** 27:5 82:16 84:22 130:23 134:8
  147:18 195:7
**biweekly** 250:5
**black** 34:13,15,21 39:23 119:7,12
  119:12,18 162:18 168:23 169:3,9
  169:15,23,25 170:11,17,23
  210:20
**blah** 145:5,5,6 241:17,17,17 242:2
  242:3,3
**blind** 162:14
**block** 80:18 224:14,15
**blocked** 122:9
**blood** 8:3 275:21 346:16
**blown** 195:7
**blue** 83:17 106:5
**BMW** 106:7
**board** 73:10
**bodily** 188:15
**bonus** 248:3,24
**book** 106:5 273:14 286:23
**books** 312:23
**border** 113:5
**borrow** 179:5,7
**borrowed** 179:11
**boss** 333:3
**boss's** 332:24
**Boston** 185:14 209:3 293:8
**bother** 26:21
**bothered** 85:21
**bottle** 210:8
**bottom** 133:10 201:14 254:4,6
  335:5,7 336:12
**bought** 12:5 178:17,19 195:2,3,6
  209:13,14 210:7 336:24,25
**boutique** 289:20
**box** 34:9 39:24 40:17 219:6 233:13
**boxes** 255:2 335:6
**boy** 326:11
**branch** 242:18 283:7
**branching** 132:5
**brand** 216:21 337:24
**brands** 290:10 306:6 337:23
**break** 17:2 50:20 68:9 87:23,24,25
  140:8 226:10 236:15 259:21
  297:7,12,12,13,15,21 298:6
**breakdown** 293:7
**breaks** 297:9,17,20
**Brian** 107:20 108:21,22

**chief** 147:17
**children** 340:16
**Chino** 167:20
**chip** 83:17
**choice** 272:21,22
**Chris** 1:6 2:9,21 33:12 36:24 39:19
   52:9 55:12,13 56:24 66:19 69:24
   72:19,24 73:3,10 74:14 75:10
   105:8,9 135:5 136:2 148:7
   161:18 163:8 166:11,24 171:25
   172:4 199:8 205:19 210:17 212:7
   214:18 216:14 217:19 243:22,24
   244:18 245:10,13 246:7 247:3
   255:6 268:8 305:18,20,21 319:4
   319:7,17,18,20 328:14 330:12,22
   333:4 334:11 336:2
**circumvent** 148:14
**City** 2:12 13:19 16:9 215:23
**Citywide** 20:13,14 319:25 320:5,11
   320:15
**Civil** 34:10
**claim** 24:25 35:16 36:2,3,6,16
   39:12 136:2 137:3 220:4 251:24
   258:25 261:11 263:12 329:10
**claiming** 38:22 92:24 259:17
**claims** 34:8 252:2,3 270:18 285:7
   285:14,15 340:14
**clarification** 260:22
**clarify** 27:2 53:16,17 74:5 155:5
   200:17 258:6 282:16 283:25
   340:21
**classified** 303:7
**classify** 303:4
**clear** 95:17
**cleared** 248:23
**client** 38:22 39:4,5 43:4 54:13
   85:10 87:13 88:20 89:19 90:17
   112:3 116:12 146:24 207:8
   222:23 223:13 239:9 241:11
   258:11 272:24 303:6
**clients** 43:18 47:24 54:15 237:19
**climb** 113:4
**climbing** 54:7
**close** 23:12 189:21,25
**closed** 184:22 210:7
**closing** 341:2
**co-worker** 185:3
**codefendant's** 331:9
**coffee** 288:25
**cold** 144:11
**collaborative** 173:18
**collected** 186:19
**collecting** 186:12
**college** 8:18 9:7,9,10
**color** 104:15 146:6 154:11 169:25
   317:20
**combination** 199:14
**come** 18:16 20:24 36:17,19 44:14

   54:13 63:21 73:17 75:16 77:19
   78:14 111:7 122:25 124:9 136:21
   138:24 163:5 172:19 176:16
   177:3,11 185:18 198:24 209:15
   212:21,23 213:3,9 214:8,10
   216:2,2 217:15,18 244:8 249:2,3
   263:13 264:12,13 267:18 284:13
   284:14,18 288:23,25 291:16,18
   300:19 306:13 315:25 317:18
   340:9,11
**comes** 14:7 105:24,25 120:10
   139:11,13 172:6 204:13 214:19
   290:4 291:22
**coming** 48:13 111:23 142:10 164:3
   169:11 177:17 208:8 210:17
   211:6 213:20 217:2 281:2 306:12
   306:14,17
**comma** 175:9
**comment** 36:25 37:2 39:11 42:3,8
   42:14 46:22 54:24 59:20 66:5
   83:13 146:16 164:18 165:14
   177:14 182:6 237:4
**commented** 70:3
**comments** 37:3,9,12,21 38:11,16
   39:9 40:22 41:2 42:14 53:14
   54:25 56:10 57:11,24 58:12,14
   59:2,19,21 60:3,8,12,19,23,23,25
   62:9 69:19 70:4 74:8 79:18,22,25
   80:2 83:20 100:9,23 104:24
   105:12,12,20 107:15,16,19
   109:25 111:17 112:24 118:7
   128:3 130:14 131:9 132:16
   144:13 168:20 170:17 182:22
   183:5 184:2,6,13 345:4,10
**Commerce** 12:24
**commission** 12:24 200:4,12 226:22
   250:2,2 254:9 257:15 276:20
   301:16 304:12,13 336:16 338:5,9
**Commissioner** 3:13
**commissions** 301:18 343:22 344:15
**commit** 223:13
**committed** 222:24
**communicated** 213:20
**communications** 74:2 328:2
**Community** 8:24 9:11 10:9
**companies** 286:17 327:18,18
**company** 5:24 83:18 321:18
**compensation** 43:22 44:16,22
   45:10,22 46:3,4,5 337:19
**complain** 44:21,24 45:4 102:6
   120:8 181:24 275:6 276:6
**complained** 44:25 119:21 120:3,4,6
   120:7 157:23 258:20 332:23
**complaining** 149:19
**complaint** 22:18 23:7,15 24:7,9,10
   31:25 32:5,6,19,21,22,25 33:14
   37:10,21,23,23 38:6 39:2 40:22
   41:3 44:15,18 54:24 55:2,3,5,19

   55:24 59:3 60:9 61:2,4,6,17,20
   61:22 64:5,9 65:15 76:25 79:20
   82:14,15,21 89:15 91:3 94:18
   97:16 98:11 104:19 105:6,14,19
   119:6,16 134:5 135:4,5 144:19
   150:15 155:22 156:21 157:21
   163:21 172:10 204:14 206:14,20
   214:25 215:4,5,8 219:13 254:16
   254:17,21,25 267:4,12 268:4,22
   268:22,23,25 269:3,4,13,14
   270:2,2,6,10,12,14 271:9,13,18
   272:12,13,16,16,22,23 273:2,12
   273:18 274:7,17,20 276:18
   326:24,24 327:4,12,14 333:8
   343:12,14 344:21
**complaints** 51:24 86:3 104:8 275:2
   275:3,5,10 276:5,14
**complete** 27:8 44:6 136:25 317:9
   342:13
**completed** 27:11 137:16
**completely** 136:17
**completion** 308:20 344:9
**complex** 82:6
**compliance** 312:24
**complied** 124:24
**compliment** 145:24
**comply** 330:21
**compose** 204:17
**composed** 204:22
**Compound** 29:16 128:20
**computer** 190:8 200:22 227:14
   229:14 230:15 233:13 235:19,20
**computers** 223:11
**concept** 152:4 253:13,15
**concern** 117:16
**concerned** 144:4
**concerning** 220:18 221:17
**conclusion** 222:17
**concoct** 223:9
**condition** 113:10
**conduct** 196:9 275:5
**conducted** 81:7
**confident** 111:14
**confirm** 118:23 231:10,11,15
   239:12
**confirming** 220:5
**conform** 237:16
**confused** 307:16
**confusion** 239:2
**Connecticut** 121:15 122:19
**connection** 93:21
**consider** 162:10,12 318:7 320:16
**consistency** 141:25
**consistent** 182:7
**constant** 104:21
**constantly** 39:20 130:8 131:13
   148:3 163:8 176:21 181:18
**constructive** 277:13

**decent** 250:8,8
**decide** 76:15
**decided** 264:13 286:19
**deciding** 158:12
**decisions** 147:18,21
**Deeds** 3:13
**deeply** 131:7
**defend** 191:25
**defendant** 2:15 5:7 28:4 33:8,18,18 33:19
**defendants** 1:8 2:8 33:11 339:24
**defendants'** 4:6 107:6 135:18 220:25 271:24 292:22 308:15 309:16,20 331:24 333:16 334:17 336:7 343:10,15,17 344:3
**defending** 39:5
**deflected** 189:11
**degrade** 135:6 328:23
**degrading** 135:9
**degree** 9:6,8,13 10:10
**deliver** 308:25
**deliveries** 303:25 335:16
**delivering** 311:25
**delivery** 309:24 310:9 311:15,18 312:8
**demand** 29:4,6,7,24 91:25 221:14 258:23,24 330:21
**demands** 27:25 71:11 86:2 89:21
**demote** 330:9
**demoted** 246:5 330:5
**denigrating** 52:20 123:10 131:11
**departed** 278:10
**department** 124:6 126:5 142:16 326:3 337:15
**departure** 21:17
**DePaul** 91:11 121:24
**depending** 14:9 316:3
**depose** 31:17 260:24 344:19
**deposit** 229:3
**deposited** 230:6
**deposition** 1:14 4:24 6:19,22 19:22 29:9 30:8 34:16 85:24 136:15 188:22 236:5 237:11,16,21,25 238:9 281:3,8 341:2 342:11 345:15
**describe** 58:2,3 69:11 71:7 72:8 80:8 133:19 293:4
**described** 82:7
**describes** 70:24 71:25
**describing** 69:16 79:6
**description** 336:18 343:10 344:3 344:18 345:3
**designated** 49:3 115:19
**desk** 120:13,15 186:23,25 187:20 187:24 189:7,7 190:7,12,14,17 207:22 288:23 296:18,20,21,22 296:24,25 297:19 322:23
**desks** 190:6

**detail** 102:20 197:19
**detailing** 197:24
**determine** 332:10
**develop** 79:4
**developed** 79:5 223:2
**development** 51:16 326:5,6
**devise** 332:15
**devised** 332:10
**diabetes** 8:2
**Diamond** 301:22 302:24,25 303:25 312:8 335:16
**Diane** 1:5 2:8,20 33:11 52:8,13 65:5,23 66:4,12,13,15 67:2 72:19 72:23 73:5,12,14,18,25,25 74:11 74:18 75:6,12 140:21 148:10,10 148:21,23 150:4 151:13,16,17 152:2,5 172:2,3,6 181:3,4,12 203:4,19 204:5 218:15,19,21,22 265:12 330:13,15,19
**dictate** 176:4
**dictated** 174:18,20 175:8
**Dictor** 274:22 275:4
**different** 9:16 11:5 23:5 48:9 51:6 51:9,19 82:18 106:5 121:15 124:8 125:6,7 126:25 127:2 130:10 133:17 135:15,16 138:20 168:15 214:3 235:23 238:17 239:5 242:23 259:2,7 260:2 262:2 281:13 298:13 316:7 319:6 337:4
**differently** 169:16 170:11
**difficult** 324:17
**direct** 60:24 170:9 316:18 318:7,9
**directed** 58:19,23 59:11,17 60:8 243:23 244:19 245:14 316:22 317:9
**directly** 19:12 48:22 49:11 50:5 56:15 226:22
**disagree** 267:3
**disagreed** 106:8
**discharge** 277:13 283:11,14,16
**discharged** 24:24 206:17
**disclose** 140:4
**disclosures** 71:9 86:5
**discovery** 27:25 29:4,12,24 31:19 72:6 86:2 89:20 90:5,8 92:7 106:20 114:22 124:24 127:15 136:14 137:16 237:17 256:3 260:23 272:25
**discriminating** 57:19 177:16
**discrimination** 6:6 22:4,5 30:16 35:9,10,13,15,17 36:16 38:9,22 38:23,24 39:3,8 40:21,23 41:4 43:4 45:23 51:24 52:5,18 85:11 92:23 102:25 157:21 174:2 206:17 254:18 270:15,17,21 285:11,12,13,16 326:13 327:14
**discriminatory** 55:4 56:20 57:15

61:23 62:11 74:8 77:17 276:23 276:24 333:7,9,11
**discuss** 102:21 265:13 275:9 284:3
**discussed** 102:22 275:13
**discussion** 31:21 72:16 87:15 98:18 196:6 220:2 221:23 222:11 239:14 266:7 272:4 275:15 277:7 280:2 282:10 331:18
**disgruntled** 120:18
**disgusted** 121:18,19 122:8 183:2,4
**dishonorable** 283:12,13,16
**dismiss** 302:18
**dispute** 114:22 116:9
**disputing** 118:3
**disrespect** 78:8 104:2 162:25
**disrespected** 129:6
**disrespectful** 58:4,5 78:12 93:6,10 129:15
**disrespecting** 130:4 162:24
**distracted** 134:13 304:2
**distractions** 130:9,10 182:20
**district** 1:1,1 5:22,23 254:25 316:6 327:12
**disturb** 91:19
**disturbed** 141:13
**DMP** 18:15,20
**dock** 317:21
**docket** 5:14
**doctor** 184:7,9,14 274:22 275:7,8 275:17 276:4,7,10,11,13 287:25
**document** 29:7 30:6 32:11 34:23 34:24 71:10,12,16,21 72:6,7,13 99:16 173:23 180:8 220:25 221:13,13,16 222:2 224:24 227:7 227:13,16,21 231:11,23 232:2 233:22,25 234:20 235:13,23 236:3,24 237:23,24 239:17 260:9 260:10,12,14,25 261:3,10 279:12 279:13 292:22 293:2,6 308:15 309:16 326:20,21,23 331:24 333:16,19,23 334:17,22 336:7 344:6,8,13 345:16
**documentation** 70:23,23 310:20,22 310:25 311:6
**documents** 4:6 30:2,3,4,6 71:4,6 89:20 90:10,13 91:6,8,13,14 92:18 96:10,22 97:21,23 98:12 98:14 99:7,10 100:7 106:24 220:18,20 221:6,8,9,11,15,17,21 236:5,7 237:12,15,17 238:5 254:8 260:23 279:11 281:3,4,6,9 300:11,12 331:10,13,16 344:12 344:17 345:2,15
**Dodge** 290:10
**doing** 12:19 14:2 55:15,22 75:3,17 129:7 131:16,18,19 134:11 141:2 142:18 144:6 145:23 146:4 148:11 149:23,24 153:23 159:2

71:8 72:2 131:2,6,10,12,23,24
132:11,13,15,21,22 133:2,3,6,18
133:19,21 134:3,7
**excluded** 78:20 286:4,12
**excuse** 17:9 233:15
**exhibit** 22:9,17,21 23:3 24:6 25:14
25:21 26:4 27:4,7,9,12 28:4 29:9
30:7,10 31:24 51:21 76:25 77:6,7
104:12 107:2,8,10 126:22 132:9
135:18,20 161:14 172:10 174:2
179:22 196:8 202:23 206:14
220:25 222:7,8 223:22 224:2,25
226:17,20,25 227:7 231:6,6,18
232:6,9 233:20 238:17,18,21,25
239:3,4,21,24 240:3 251:16
254:4,4 258:4 266:3,25 292:22
292:25 296:12 308:11,15 309:13
309:16,20 326:10 331:12,21,24
333:16,24 334:17,20 336:7,10
**exhibits** 4:6 127:9 340:21
**exist** 52:6
**exit** 320:20,21
**expand** 38:4 79:11 273:17 310:15
**expanded** 272:17
**expansion** 23:14
**expect** 165:24 236:8
**experience** 133:22,23 144:24
**expert** 115:3,20 116:15,24 117:2
125:18 126:15,18 345:5
**explain** 7:15 23:4 76:3 77:13 78:4
86:16 116:6 133:12,18 143:23
172:22 197:2 252:12 263:21,23
**explained** 24:13 152:3 171:23
173:21 225:19 262:19 265:23
**explaining** 93:4 138:5 173:20
249:23 250:11
**explains** 133:13,16
**express** 13:23 141:9
**extent** 140:24 222:16 251:24 284:2
**extra** 331:2
**eyeball** 75:17
**eyes** 31:6 32:10

**F**

**F** 135:18 251:16 254:4 258:4
343:19 346:2
**F&I** 185:9
**face** 109:2 187:21 188:5,6,10
**Facebook** 339:16,22,25
**fact** 26:20 83:23 89:19 92:18
142:19 197:12 205:9 213:19
216:24 217:8 225:21 234:13
267:3 268:12,18,21 269:23,24,25
271:17 274:16 294:18
**facts** 38:2 207:4 274:19,21 328:8
**fairly** 268:12,17 269:24
**faith** 139:13 250:6
**falls** 255:2

**familiar** 40:12 322:23
**familiarization** 298:9 308:18
320:12
**familiarized** 39:22
**family** 116:20 162:20
**family's** 12:4
**far** 43:22 69:23 74:13 75:2,3 120:5
155:2 197:23 243:25 244:17
286:7 294:19
**far-ended** 217:3
**fast** 280:16 282:3
**faster** 231:24 236:20
**fear** 158:3 215:18
**fearful** 216:9,10,11,13
**feature** 162:19
**features** 78:4 162:21
**February** 73:6 74:18 78:19,25
152:21 328:12,14
**fed** 121:15 277:17
**federal** 34:8 219:12 254:9,20
334:24
**feed** 148:11
**feel** 8:6 115:25 156:8 161:23
176:21 190:21 218:14
**feeling** 288:2
**feet** 190:24 191:10
**fell** 108:25
**fellow** 11:19 42:22 102:17 106:7
**felt** 21:11,12 111:14 145:12 146:17
150:2 217:19
**fifteen** 50:18
**fifteen-** 297:11
**fifth** 26:16
**fifty** 68:4,5
**fight** 189:24 194:10 207:17 208:12
262:11,13
**fights** 169:11 194:13
**figure** 259:22
**figured** 38:4 258:12
**file** 25:20 265:22 267:4
**filed** 23:7 25:14 26:15 27:19,20
31:25 51:21,25 55:2 119:6,14,15
152:24 155:21 251:17 265:21
267:12 268:25 269:3,3,4,12,13
327:11
**files** 138:19,19
**filing** 3:6 30:3,16 37:11,22 39:2
54:24 84:13 173:4 251:17 266:14
327:13 344:19
**filings** 23:5 88:9
**fill** 22:13 23:9 25:23 26:3 27:7 34:5
61:17
**filled** 26:10 27:7,10 29:11 34:6
61:20,21 173:7 323:2,6
**final** 152:10
**finalize** 118:23
**finally** 25:11,20
**finance** 45:2 47:6,17,18 144:9

185:8 186:3
**finances** 300:7
**find** 26:14 29:2 69:10 89:4,6,7,10
98:12,13 130:25 139:25 194:8
196:22 238:6 254:15
**finding** 30:8 90:15
**fine** 16:25 39:13 40:19 73:19 82:22
158:8 159:15,24 160:21 169:20
171:4 175:17,24 340:19
**finger** 188:10
**fingers** 188:4
**finish** 7:9 8:21 10:6 26:12 146:8
147:20 166:21 170:7 173:17
242:12
**finished** 138:5 166:23 242:10
246:11,18 250:22 251:2,14
**fire** 124:4,5 126:4 154:9,10 214:6
321:18
**fired** 154:11 157:22 160:7 210:23
211:2,4 212:13,14,15,18,20,25
214:20 215:13
**firm** 29:25 91:9,10 121:24 220:14
245:6
**first** 4:12 30:9 37:13,15 43:8 44:25
51:20 52:4 106:23 161:13 189:15
192:19,24 202:21,25 203:6
216:19 222:5,13 229:15,16,19
232:10 247:6 250:4 259:18
269:22 284:22,24 285:4 288:7,9
313:15 334:2 338:17 343:15,18
344:11
**fit** 274:19
**five** 53:19 58:18 88:7 131:20 135:2
143:8 145:4 207:2 249:9,12
257:24 284:9
**fixed** 155:2
**flagrantly** 106:12
**flat** 86:9 247:16,17,20
**flats** 200:5,12 247:15 249:4
**flaw** 329:21,23,24
**flip-flop** 122:7
**floodgate** 162:25 163:15
**floor** 2:4 26:16 47:13 48:15 51:14
51:14,15 77:20,21 83:23,25
141:13 145:18 187:10 196:23
197:14 198:14 201:4,5 253:6,8
291:18 295:13,15 297:25 298:2
305:14,17,19 306:2 330:7 332:12
**Flourny** 43:17 47:5
**focus** 21:15
**focused** 249:21
**focusing** 77:25 129:7,8 131:18
**folder** 23:25
**follow** 76:2 187:4 191:5,6,9,19
203:17 311:11,25 312:10,14
313:5,9,12,16 319:6,7,8,15,19
330:23
**following** 319:11

193:4 200:4,11 227:25 228:9,13
228:16 244:3 247:24 250:5,7
257:20 260:4 280:10,11 323:20
**good-bye** 140:23 143:9
**goofing** 78:15
**gotten** 135:14 237:12
**government** 152:14,19,20 156:3
159:9
**grab** 289:5
**grace** 24:4,8
**grand** 122:4 243:17,18 249:9,12
257:24
**granted** 148:4
**gray** 134:20
**great** 116:19
**greed** 276:25
**greetings** 66:14 75:16 141:2
**grew** 79:3
**grin** 177:18,21
**grinning** 177:25
**gross** 43:25 247:14
**ground** 162:8
**grounds** 285:10
**group** 1:6,7 2:9,10 34:2 64:23 91:8
247:4 307:3,11 335:10,11
**grown** 83:15
**grown-ups** 217:13
**grumpy** 37:5 41:5,8,20 42:8,10,25
**guess** 33:22 63:21 75:10 117:23
142:9,11 146:13 229:22 254:14
255:15 293:15 316:5 336:14
**guide** 310:8 311:5
**guidelines** 311:25 312:4,5,6,11
313:17
**gun** 82:12,15 205:15,20,21,24
206:3,15 210:23 214:20 215:12
215:22
**guy** 36:21 40:16 41:12 77:22 83:18
106:9 162:14 185:9 192:20 219:6
**guy's** 265:8
**guys** 117:14 143:22 191:10

### H

**H** 4:9 343:9,21 344:2
**ha** 83:9,9
**half** 46:16 68:8 140:10 155:21
177:9 300:24
**halfway** 116:4 211:14
**hand** 229:21 296:14 346:21
**handbook** 285:24 286:2,24,24
**handbooks** 286:14
**handed** 24:2 279:12
**handle** 277:16
**Hans** 2:7,13 4:2,15 18:2 31:15
47:25 60:16 68:10,14,18,23
71:15,20 72:10,15 76:21 82:3
87:6,12,20 95:10,14,18 98:16,22
114:17,25 116:8,11 117:7,19

124:18 126:10 128:19 139:8,12
140:9,17 145:9 161:4 167:7
170:14 175:17,24 185:24 192:9
195:18 196:5 214:24 220:4,21
222:10,18 226:15 228:19 231:25
236:4,12,17,25 237:5,9 238:4,12
238:16,22 239:3,8 249:18 250:21
257:3 258:5,9,17 260:20 261:6
261:12 266:6 270:4,8,11,19
271:11,15,21 272:2,6 274:5,8,13
277:6 279:4,7,23 343:6
**happen** 65:18 92:20 101:6 156:19
156:20 157:3,23 158:11,13
160:12,19 186:4 217:4 278:9,24
314:10 317:3 318:6 321:14
**happened** 23:15,17 24:3,17,17,18
24:20 26:14 59:8 73:3 80:17
93:17,23 99:3 115:15 120:14
130:6,18,23 143:4 152:11 155:15
155:20 157:7 159:21 163:12
169:13,14 171:15 185:22 186:5
187:8 189:15 191:7 200:8,9,21
203:12 210:14 211:8 217:10
218:7,24 224:22,25 241:22 244:7
247:21 248:2 254:14 255:23
262:8,13 264:16,25 273:20
284:11 286:18 322:20 324:15,19
327:20,22
**happening** 131:13,15
**happens** 36:9 114:12 117:8 130:2
144:23 273:17
**happy** 69:20 114:22
**harassed** 131:11 136:3 137:3
166:25 243:24
**harassing** 168:14 345:12
**harassment** 168:13 252:6,9
**hard** 68:5 134:12 145:25 177:7
**Harlem** 16:14
**harm** 188:15
**harse** 57:25
**hats** 50:14,19 51:7 214:3 325:21
**head** 64:18,23 169:5 189:10
**headquarters** 314:14 315:2,3,4,7
**health** 128:17 301:13
**hear** 55:6 64:8 88:11 103:4 123:7
123:10 126:20 168:4 178:7 208:7
208:13 252:19 322:10,12
**heard** 38:10 40:8 49:23 58:12
60:13 66:5 94:2 99:12 101:5
127:7 165:22,23 166:3,11 167:16
168:2 181:18 183:5 187:14
194:14,16 195:6 208:4,8
**hearing** 37:12 119:21 132:16
143:16 324:8
**heated** 241:18
**heavy** 18:17
**held** 1:17 31:21 51:10 61:24 72:16
87:15 98:18 196:6 220:2 221:23

222:11 239:14 266:7 272:4 277:7
280:2 282:10 331:18
**hello** 66:13 74:13 140:23 143:9
145:16
**help** 15:13 17:5,15 28:9 33:17 37:8
95:17 114:22 198:21 249:20
291:19
**helped** 243:9
**helping** 28:24
**hereinbefore** 346:11
**hereto** 3:5
**hereunto** 346:20
**hi** 75:3
**hierarchy** 172:9
**high** 275:22 324:14
**high-end** 289:21
**higher** 218:21 324:13
**highest** 133:25
**highly** 144:12 162:10 178:3,4
271:6
**hire** 213:8 214:6
**hired** 43:15,16,19,22 214:9 263:21
323:19
**Hispanic** 119:12
**history** 236:2
**hit** 189:12,12,13 221:14
**hits** 340:10
**hold** 34:25 138:14,16 146:8 190:8
207:5 291:9
**holdback** 303:16
**holding** 219:23
**hollering** 77:18 215:22
**home** 15:12 82:11 100:4 137:13
139:20 178:11,13 192:15,17
207:20 208:18 209:6,18 210:22
214:20 215:12 249:13 281:12
**homeowner** 133:24
**honest** 31:7
**Honorable** 283:11
**hood** 172:21
**hope** 139:23
**horrible** 38:9 85:11 134:11 182:13
272:10 273:6
**hostile** 22:5 77:3,10 78:13,16 80:9
80:11 81:20 82:7,19,22 83:13
84:4,14,22 100:22 136:3 137:4
138:12 166:25 168:14,16,19
328:16,18 345:12
**hostility** 77:16 78:2,7,10 79:7,8,13
88:12 93:3
**hour** 68:8 140:10 177:9 191:3
265:16
**hours** 46:11 63:10,19 68:2,4,5,11
68:12 140:11 249:13 340:18
**house** 121:14 122:16 138:19
207:24,24
**hub** 13:20
**Hudson** 1:10 2:4

**Jersey** 16:2 217:3
**jest** 57:24
**job** 19:2 20:4,6 51:25 66:21 109:7
   128:16 150:20 151:4 155:11
   156:25 158:15 159:11 171:18
   182:18 209:24 210:5 217:25
   218:2,11 219:4 237:2 266:18,23
   266:24 268:6 269:14 275:11,14
   278:21 279:9 316:22,25 317:10
   322:10,12 325:4 326:8
**jobs** 11:16,17 15:10 20:9
**join** 121:11 123:14
**joke** 53:24 54:2,4
**jokes** 52:5,15,16,17,19 53:2,6,8,21
   53:22,22 55:7 56:3 57:12,20,24
   59:3,21 83:4 104:22
**Juan** 107:20 109:9,10,13 166:20
   240:10 241:9,10,11
**judge** 54:20 116:6 117:9 238:3,10
   259:20 261:2 279:24 341:5
**July** 220:13 221:10
**jump** 117:10
**jumped** 187:20 189:6 215:10
**June** 22:22,24 25:13,19 26:21
   202:2 262:9 266:3,14,15,16,25
   267:17 269:2,3,14,19 327:10
   343:13
**jurisdiction** 254:7,24
**jury** 117:4
**justification** 206:5
**justify** 131:4,21

---

**K**

K 342:2 344:5
**Kates** 2:17 280:9,11,12 282:22
   283:23 284:5 292:18 307:19
   308:10 309:12 313:2 314:11
   321:20 323:24 328:3 331:15,20
   333:12 334:13 336:3 337:6
   340:19,23 343:7
keep 10:5 68:15 89:8 158:5 161:13
   249:18 291:19
**keg** 129:6
**Kelly** 106:5
**kept** 113:3 197:8 304:2
**Kevin** 315:24 317:15
**key** 90:15
**keys** 198:11
**kid** 193:18
**kid's** 186:20
**kind** 5:3 85:25 105:20 162:15
   169:12 185:19 189:7 190:16
   297:7 340:15
**kinds** 54:3 114:7 183:11 208:5
**knew** 136:19 138:7 146:2 149:4
   157:15 227:13 313:20 322:22
**know** 5:17 7:5 13:22 14:4,8,15 18:2
   21:12,19 28:11 30:11 36:11,12

37:5 42:19 44:20 45:6,7 48:11
   49:22 51:18 54:18 58:7 59:14
   62:7,24,25 63:11,13,22 65:25
   66:7 67:6,22 69:25 70:17 74:12
   75:16 76:7 77:17,25 78:9,11,21
   79:3 80:22 85:3,23 86:13,14,16
   86:22,24,25 87:11 88:6,22,23,25
   89:14 92:12 93:5,18,19,20,22
   94:10,16 95:4,8,19,25 96:16,19
   96:25 98:2,15 99:15,18,23 100:2
   100:6,12,24,25 102:3,11,25
   107:23 109:2,22 111:2,3,9,15,16
   114:12 115:6 116:14,14 117:7
   118:20 119:6,14,19,20 120:9
   121:17 122:12,12,22 123:25
   124:11,22,23 125:12,14 126:24
   127:10 128:9 129:16 130:13
   131:13 132:14 133:15,17 134:19
   135:15 137:18 139:6,14 141:5,7
   141:14 142:6,8,12 143:5,5,12
   144:4 145:14 147:7 148:24 149:7
   149:11,12,21,22 150:3 151:5
   153:5 155:3,4 156:9 157:9,20
   159:6,15,16,18,24 160:3,16,18
   160:22 161:22 163:6,15 165:2,5
   165:19 166:3 168:22 169:4,5,8
   169:14,15 174:9,18 175:3,10,11
   179:4 187:15,25 188:14,23 190:4
   190:7,16 191:11 193:8 196:16,17
   197:10,17,24 198:17 200:6,9,24
   203:15,14,21 204:12,16,18,20,20
   204:21,22 205:2 208:15 210:7
   211:4 212:22 213:10 214:5,13
   217:16 221:19 222:20,24 223:4
   223:19 229:16,19,22 230:2,6
   231:5,16,16,17,20 232:3,15
   233:25 236:6 237:5 241:9 242:2
   245:12,16 246:13 247:17 248:16
   249:7 250:22 252:22 254:25
   255:13,16,19,20 256:21,23
   257:19,23 258:9 259:9,12,13
   260:20 261:7,13 266:13,15 267:9
   267:12 270:19 273:14 278:18
   279:5,7 280:13 283:16,24 284:10
   287:8,9 288:23 289:2,21,22,23
   299:23,24 300:5,22,24 301:5
   304:12 306:14 313:25 316:19
   321:9,16,17,19,23,24 322:15,17
   324:24 327:19 331:6 334:3
   335:15 338:12
knowing 247:22
knowledge 37:16 167:14,23 170:4
   170:9,10,21 204:16 299:11
known 280:17
knows 116:16 128:2 194:22 195:13
   195:23 314:9 345:4

---

**L**

L 4:9 222:7,9 223:22 224:2,24,25
   226:17,20 227:2,7 231:6,6,18
   232:6,9 233:20 238:17,18,25
   239:4,21,24 240:3 342:2 344:6
labeled 221:16 303:2 304:9 330:25
   336:11
**Labor** 264:20
lady 80:18 188:22 225:3 322:23
**LAG** 28:10,20,25 260:11
land 189:6
language 20:24 77:21 79:25 83:25
   166:4 172:16
**Larchmont** 198:5 324:11 325:14
   325:17,18 335:15
late 11:21 197:12 216:25 217:4,5,6
   237:18
**Latingua** 167:21 240:11
law 35:4 91:8,10 121:24 245:6
laws 283:17
lawsuit 64:16,17,20 65:7 102:24,24
   103:2 144:15 270:7 272:19
   273:12
lawyer 28:11,16,19 30:13 110:15
   116:19 139:25 146:3 152:13
   156:4 159:10 203:11 242:2
   274:12 326:23
lawyers 28:23 123:24 220:12
learn 141:17
leave 20:21 21:6,17,18,20 87:8
   112:8 134:15 241:10 277:12
   278:20 284:11,12 288:2
leaving 23:20 279:9
left 10:3,9,10 14:24 16:11,21 18:4
   18:5 20:7,10,22 21:12,14,20
   106:9 131:15 190:10,11,13
   208:23,25 266:11 269:14 277:15
   278:24,25 286:2 295:3 318:19
   320:5,19
left-hand 72:14 294:4
legal 61:22 222:17 280:24
lemon 102:7
let's 50:20 58:25 82:11 98:6 124:5
   158:22 159:16,18 177:11 190:18
   200:18 206:12 217:12 225:20
   241:12 248:23 295:8
**Lettas** 1:6 2:9 33:7,13,19 50:11,13
   52:10 53:7,13,14,19 54:12 55:8
   55:10 56:4,24 57:12 59:6 60:6
   61:19 104:13 105:17 106:16,17
   109:18 110:22 111:16 114:6
   120:12 127:16,18,18 143:18,24
   177:20,21 178:11 179:6,8,19
   212:6,8,13,19 213:6,7,15,23
   215:25 272:10 273:3 325:20
   345:4,8
**Lettas'** 104:17,21 107:14 112:24
   118:9 126:20 128:15 130:13
   176:21,22

165:3 226:5 245:22 292:12
294:15,20 295:14 298:13,14,17
298:18,19,21,23,24 299:2 316:6
325:9
**mandate** 310:12,13 311:12
**mandated** 311:10
**Manhattan** 16:16
**Manheim** 67:9
**manipulation** 240:2
**Manny** 185:6 187:13 189:22
190:23 192:21,22 193:5 194:22
195:9,14 196:8 207:11 208:5
216:14 345:14
**Manny's** 208:11
**Manor** 178:8
**manuals** 198:11
**manufacturer** 292:9 308:24
**March** 67:20
**MARIA** 2:6
**marked** 4:3,5 22:9,17 31:24 107:2
202:22 220:22,24 **222:8** 224:24
226:16 292:19,21,25 308:11,14
309:13,15,19 326:11 331:21,23
333:13,15,23 334:14,16 336:4,6
**marriage** 346:17
**Maryland** 14:8
**match** 225:5,12,14,21 227:4 230:11
231:15 232:11,25 234:7,21 235:3
235:7
**matches** 135:15
**material** 92:15 117:18
**matter** 62:6 126:13 149:4 216:24
217:8 237:13 277:2 294:17
346:18
**McCAMBRIDGE** 2:14
**MDID** 224:4,16 226:8 242:23
**mean** 7:16 9:21 13:25 49:18 53:9
57:5,20 69:23 74:5 76:2 77:13,15
78:6 86:17,19,20,21 87:9 89:12
92:19 94:21 111:2 120:5 134:17
155:6,24 156:14 157:15,16 158:9
174:23 178:17 183:16 184:3
191:2,4 203:8 204:8,10 215:7,17
223:5 228:10 229:6 230:22
234:16 245:2,3,4 **252:13** 253:16
257:8 280:22 281:5 289:9 290:16
294:21 295:25 296:21 297:9
302:10 305:5 313:12 316:24
319:16 338:4 340:3
**mean-spirited** 57:13,14,18
**meaning** 54:21 74:6 107:18 172:20
339:7
**means** 9:24 156:2 172:23 176:25
177:2 222:14 223:7 234:15 245:5
252:11 253:10 289:3 334:10
**meant** 53:9 75:10 151:8 172:9
189:25 190:2 215:8 222:25
**mechanic** 9:21 10:14,16

**mechanism** 100:25
**media** 339:14,25 340:13
**medical** 183:25 276:10,11,12,13
**medication** 7:20,23,25 184:12,15
**medicine** 184:18,19
**meet** 116:3 121:24
**meeting** 219:18 245:20,20,22
330:17
**meetings** 330:16
**mellow** 196:15
**memory** 96:15
**memos** 45:16
**men** 37:6 41:6,9,21 42:25
**mention** 41:13,16
**mentioned** 42:5 84:8 88:10 101:22
107:15 121:16,23 125:8 324:12
330:18
**mentioning** 223:7
**Mercedes** 142:24 289:23
**mess** 223:17
**message** 108:10
**messages** 23:20 108:8,12 115:12
127:5,8,12,14 255:24 256:2
343:20
**messed** 113:9 202:25 223:15
281:11
**met** 30:4 75:15 219:12 221:9
**Mexican** 113:3,17
**Mexicans** 155:3
**Mia** 107:19 108:8 127:16,19,20
194:20,21 195:13,22,24 240:10
241:13,13,15 255:24 256:8
**mid** 283:10
**middle** 174:6 212:15 280:19
**MILBANK** 2:3
**miles** 20:15 193:16
**military** 281:18 282:20,24 283:3,4
**million** 250:14 259:18
**mind** 38:19 141:8 157:9 160:10
168:3
**mine** 18:15 101:18 226:8 242:19
300:25
**mini** 247:19 336:19
**minorities** 106:13 172:13 176:13
**minus** 43:25 44:4
**minute** 19:21 196:19 206:15
214:17 297:12
**minutes** 88:7 143:8 145:4 159:13
187:3,9,24 191:2 236:21 288:22
**misconstrued** 200:16,19
**misinterpreted** 220:10
**misplaced** 138:21
**missing** 26:15 34:2,3 125:3 258:15
**mistake** 30:13,24,25 31:2,8 33:21
33:22 232:12,13,14,16,18
**Mitsubishi** 1:7,7 2:10,15 33:25,25
41:25 80:22 83:8 92:13 100:16
112:21 122:10 195:3 197:17,22

204:2 216:23 217:2,14 222:4
224:5,7,11,13,18 225:23 227:17
232:13,19 233:2 234:14,17
242:21 280:13 287:13,15,16,18
287:21 288:4 289:6,7,9,11,12,14
290:6,8,13,14 292:5,5 293:18,19
295:18,23,25,25 297:3 298:4,6
298:22,23 299:2,3,16,19 300:6
300:10,14 301:3,9,19,24 302:4,7
302:8,12,16 303:9,19,20 304:7
304:15,20,23,25 305:9,24 306:9
306:12,17,21,23,23,24,25 307:4
307:4,12,24 308:4,4,24 309:7,23
311:21 312:2,8,17,19 313:7,18
314:4,5,13,25 315:2,4,7,19,20,25
316:12,13,17,21 317:7,9,11,17
318:22 319:2,8 320:25 321:15
322:2,4,7,8 323:9,10,11,12,14
324:5,21,25 325:4,5,15,17,17
326:17,19 327:3 328:17 329:2,7
329:10,13,14,16 330:8 332:19
333:6 335:13,14,14 336:21 337:2
337:11,14,15,20 338:8,13,15,21
339:2,7 340:5
**Mitsubishis** 303:23,24 306:5
**modify** 32:21 134:6
**modules** 308:8,9
**moment** 100:3 165:17 185:7 277:6
321:13
**moments** 269:24
**Monday** 19:24 116:6 294:8
**money** 21:2 45:7 146:3 154:14,15
179:5,7,11 182:12 196:22 199:4
199:5,12,20,23 217:21 218:3
219:8 223:10 224:6,7 234:16,23
235:8 243:8 246:9 247:5,18
248:19,20,21,23 256:16,22,23
257:6,9,17 260:4 268:10 269:7
276:20 301:23 324:13 331:2
**monitoring** 309:4
**month** 146:19 211:20,22 214:11
262:18 263:7 264:2 324:22
**month's** 249:14,15
**months** 20:11,20 23:19 29:25 48:11
53:20 67:23 145:5 147:6 240:7
318:19 320:3
**morning** 32:15 66:14 116:6 140:24
186:7 245:20 288:7,10,18,19,21
330:16
**mother** 186:20,21
**mother's** 115:23
**motion** 302:18
**motivated** 104:14 109:25 119:22
**Motors** 280:14 287:16 292:6
295:18,25 299:19 300:15 301:9
301:24 302:8,12,16 303:15,19,20
304:7,23 305:9,25 306:9 307:4
308:5 312:17,19 313:7,18 314:4

**Non-Mitsubishi** 306:7
**non-white** 54:18
**nonresponsive** 313:3
**north** 1:7 2:15 33:25 193:16
    280:14 287:16,18 292:6 295:18
    295:25 297:3 299:16 300:6,15
    301:9,19,24 302:8,12,16 303:19
    303:20 304:7,20,23 305:10,25
    306:10 307:5 308:5 312:17,20
    313:7,18 314:4,14 315:19 317:8
    317:17 318:22 319:3,9 320:25
    322:2,7 323:10 325:5,19 326:20
    327:3 328:17 329:2,11,13,16
    330:9 332:20 333:6 336:22
    337:20 338:13,15,22 339:2,8
**northbound** 209:4
**Northeast** 99:25
**Notary** 1:19 3:12 4:12 342:23
    346:8
**notations** 5:14
**noted** 28:22 227:3 261:14 341:6
**notes** 45:16 334:7
**notice** 1:17 22:21 37:8 54:15
    226:25
**notify** 297:22 333:5
**nots** 290:21
**November** 43:11 51:22 52:11,24
    55:6,24 56:2,2,16,16,19,19,19,20
    58:11 323:13
**number** 5:15 23:20 48:18 102:10
    197:10 220:17 221:14 224:21
    225:9 226:8 227:12,23,24 228:8
    229:6 232:15,23 233:4 234:7
    235:7 255:12 258:3,23 259:11,13
    259:13 260:6 261:22,23 281:10
    294:4 330:3,25 332:2 344:22
**numbered** 227:8,11
**numbers** 209:12 223:16,18 224:16
    225:7,12,21 226:2,4,4,5,8 227:4
    227:18 230:11 231:14 232:11
    234:21 235:3 239:19 242:18,23
    246:25 258:16 329:25 332:11
**numeral** 206:22,24,25
**numero** 294:6
**numerous** 38:15 42:4 54:12 58:15
    59:8 60:15 83:5 101:12 122:10
    162:5,7,22 171:9 267:25 294:18
    330:18
**NY** 28:20
**NYLAG** 254:23

---

**O**

**O** 4:9,9 308:12,15 342:2 344:9
**oath** 32:20 39:14 243:12 342:11
**object** 181:17 222:16 237:7 340:25
**objected** 139:16
**objection** 25:16,25 29:15 30:18
    34:22 38:13 39:16 45:24 46:21

49:15 52:2,12 53:3,15 54:5 55:9
    55:16 56:11 57:16,22 59:13
    60:10 61:3,11 62:3,13 64:6 65:12
    65:16,21 67:4,17 73:21 74:4,22
    75:21 79:10,14 80:3,14 82:2 85:8
    85:15 86:12,18 88:18 89:23
    93:13 94:20,25 95:7 101:8
    103:25 105:3 121:9,12 123:6
    128:18,19 129:21,24 130:16
    131:8 132:3,19 135:13 136:18
    138:15 139:7,8 142:22 144:21
    145:8,9 147:12,24 149:6,9 150:9
    151:2,12 152:18 153:2 156:11,16
    157:11,25 158:16 160:2,6,13
    166:14 167:6,7 168:11 170:13,14
    171:19 172:18 175:2 176:17
    180:18 181:22 183:19 185:23,24
    192:8,10 207:13 213:2,25 216:6
    217:22 218:10 219:3 222:15
    225:16 227:9,19 229:18 231:22
    232:20 233:5 240:21 241:2
    244:25 253:14,18 256:20 257:2,3
    261:17 263:8,18 264:7 267:6
    268:14 270:3,4 271:10,11,19
    273:23 274:4,5 279:2,4 306:11
    307:13 318:23 329:5 330:10
    339:4
**objections** 3:18 232:4
**objective** 182:13,14 219:10
**obligation** 39:6 136:13 140:3
    267:13,13,15
**obtain** 118:2
**obvious** 234:9
**obviously** 38:3 58:22 117:16
    169:12 172:4 219:22 230:14
    314:7 320:23
**occasion** 196:10
**occasional** 178:7
**occasionally** 141:23 142:4
**occur** 187:7
**October** 256:17,25
**offended** 180:10,12,14
**offense** 146:6,9
**offensive** 94:2 107:15 144:12
    162:11,12 178:3,4 271:6
**offer** 291:13,25 292:7
**office** 77:20 112:15 119:3 127:11
    145:20 146:22,24 186:18 187:10
    191:12,15,15,18 208:9 245:7
    256:3 262:14 280:13
**officer** 3:15
**officers** 215:21
**offices** 189:7,8 190:3,6
**official** 280:23
**okay** 7:11 17:18 19:3 23:8 28:7
    35:5 38:15 39:21 53:18 54:14
    61:8 65:23 67:21 83:3 93:2 96:15
    96:17 130:3 131:15 132:23 133:4

152:3 158:22 174:5 179:20 205:8
    234:10 248:17 253:3 337:13
**Oklahoma** 13:19
**old** 35:18 36:7,9,21 37:4,6 41:5,9
    41:20 42:8,10,25 80:24 113:2
    124:21 204:2 265:8 314:19,20,25
    315:4
**older** 41:7
**once** 42:6 110:6 255:22 289:6,8
    298:23 316:2,11,14
**ones** 38:18 60:8,25 61:4 110:14,21
    167:18 174:17 203:9,10 240:12
    256:2,5 273:22
**ongoing** 124:11
**online** 67:9 106:4 311:16
**open** 17:4 186:8 215:24
**opened** 16:8 315:9
**opening** 77:23 163:15
**opens** 46:13 162:24
**operate** 224:9
**opinion** 69:14
**opportunity** 61:21 145:7 221:4
    341:3
**opposition** 302:18
**optimal** 129:20
**options** 291:2,6
**Orange** 12:16 314:17 315:14
**order** 255:18 317:23,24 318:8,9,16
    318:20 319:7,8
**orders** 319:11,15,19 330:23
**organization** 28:10 50:19 64:19,19
    65:9 172:9 325:21,24,25 338:16
**Orsaris** 1:6 2:9,21 25:5 33:13
    36:24 38:12 39:19 41:13,15,20
    41:20 42:17 47:16,17 52:10
    53:13,18 55:12,13 56:4,12,14,24
    57:11 58:7,9 59:5 60:6 61:19
    66:11,18,19 69:24 72:19,24 73:4
    76:24 77:2,10,16 81:7 100:10,19
    101:5 135:6 136:3 137:3 140:20
    141:5 143:18,23 161:18 162:6
    163:21 165:14,20 166:12,24
    167:4 168:22 170:11,23 172:11
    176:12 177:22 189:3 199:9 200:2
    205:19,23 206:4 207:12 210:17
    214:18 215:19 216:14 243:23,24
    244:19 245:10,13 246:7 247:3
    268:8 277:19,25 278:7 305:21
    319:4,20 328:14,15 330:12,22
    333:4 334:11 336:2 345:12
**Orsaris's** 42:7 100:22 141:8 168:19
**Ortiz** 2:6 72:12 87:16 239:11
    279:21 282:11
**outcome** 346:18
**Outlander** 290:25
**outside** 88:2 94:3 114:23 129:8
**outstanding** 246:16
**over-the-counter** 184:17,19

pissed 146:12
pizza 219:6
place 1:18 4:11,21 18:25 41:19,22
41:23,24 99:3 115:19 128:9,10
131:17 153:9 155:23,23,24
185:11,12,13 199:2 215:23 217:4
247:10,15 262:12 278:20,20
307:25 308:25 311:24 328:17
placed 77:3,10 80:8,10 81:19
118:18 328:15
places 44:2 293:17 303:14,15
plaintiff 1:3,15 2:3 4:10 5:7,8 6:3
123:14 343:16
plaintiff's 107:10 135:22 246:22
343:17 344:11
plan 88:16 125:23 250:10
plans 320:8
plastered 306:18 307:24
plate 145:21 246:2
play 306:10 336:22 337:11
playing 239:18
Plaza 198:3
please 4:3,17,20 10:5 11:17 32:5
53:16 60:18 62:16 63:22 81:9
163:5 164:6 190:21 233:16
272:20 292:19 307:20 308:12
309:13 331:21 333:13 334:14
336:4 337:7
plenty 30:5 109:23 146:3
plethora 274:20
plug-in 317:4
plural 84:10
plus 92:17 195:9
podium 45:19
podiums 198:12
point 86:6 152:11 191:12 265:11
268:2 291:14 324:20,21
points 131:25
police 169:11 215:21
Pontiac 15:21
poor 132:15
Portchester 255:21
porters 163:14 197:19 210:7
portion 90:2 321:21
portions 313:3 314:12 328:4
position 43:12 66:22
positions 51:10
positive 70:3
possession 95:13 115:20 125:15
possibility 137:24 157:2
possible 15:15 89:22 95:21 154:23
236:11 244:10
possibly 91:2 97:10 138:25 167:19
167:20,22 318:11,12 340:9
posted 339:23 340:4,12
pot 218:12,16,18
potential 289:25 326:8
pots 218:13

powder 129:5
power 321:2
Practically 67:5
practicing 113:4
praised 69:18
pre-owned 289:21,24 290:9 306:8
337:14
prefacing 150:7
prejudge 177:6
prejudging 177:6
premarked 340:22
premature 134:20
preparing 281:7
prepped 197:21
prepping 197:20
present 2:19 64:4,7,8 65:14,17
67:14,15,18 117:6 194:12 316:12
317:8
presentable 197:25
presenting 83:17
pressure 275:21
pretty 122:20 123:4 129:4 132:15
142:14 174:21,22 313:21 319:11
322:16
previous 193:6 194:13,22 195:14
previously 324:12
price 133:25 290:16 291:8,13
292:2,7
principal 64:18 66:24
principals 151:9,20,21,24
printed 227:14 229:13 230:14
236:11
printout 71:18 235:25
printouts 222:3
prior 6:21 88:8 131:4 186:16 196:9
196:14 282:17 284:18
priority 150:20
private 116:20,21
privileged 17:20,21 327:25
pro 261:22 326:22 327:8,9,11
probably 5:12 11:21 23:12 30:12
41:17,18 90:20,23 91:25 117:19
119:11 123:18 125:17 134:8
135:2 144:4 146:22 161:25
179:14,15 182:10 188:11 189:10
190:9 191:23 211:20,23 212:9
214:12 247:25 249:2 255:16,17
290:21 294:19 312:21 319:14
problem 68:18 116:5 148:6 265:23
317:19
problems 45:21 46:5,6 72:22 75:9
103:7 169:17,18,21,22 276:12
proceeded 245:21
process 309:24 310:9 311:15,18
322:18 324:7
produce 14:4,6 27:22 29:12 30:2,5
30:22 91:25 111:10 112:3 238:14
produced 29:8 30:3,7 31:19 71:22

72:5 127:15 222:3 235:23 237:15
281:14
product 43:13 80:20 83:17 298:8
298:10 304:25 308:17 309:2,3
312:2 320:12 328:9
production 71:17 114:15 198:8
331:10,16 344:12 345:5
products 217:14 289:7 329:7
profanity 83:22 84:4,11,19 147:5
profiling 178:5
program 247:9 301:22 302:25
303:5
project 196:23,25 197:4 198:10
projects 130:10 131:16 133:16
198:19
promise 243:7
prone 196:13
proof 43:3,5 45:20 70:9 159:21
222:9 223:21 232:7 244:21,23
proper 260:12 312:8
properly 332:18
properties 42:2 49:4 293:7
property 300:25 301:2
protect 188:14,16
prove 225:17
proves 225:14
provide 47:24 99:7 133:21 237:23
provided 225:11 227:3 238:10
256:2,5
provisions 308:25 312:9,23
Provost 185:14 209:3
proximity 190:2
psychiatrist 184:4 275:16 276:9
psychiatry 276:3
psychological 183:25
psychologist 184:5
public 1:19 3:12 4:13 215:22
251:21 342:23 346:8
pull 31:5 235:18 264:24 305:25
pulled 129:14 305:14,16,18
pulling 316:9
pulls 210:17,20
pump 210:18
punch 189:9 191:21,24 192:2
288:11
punched 207:11
purchase 69:21 70:2 133:20 134:2
purchased 51:12 98:25 99:6
purchaser 50:17 51:13 106:5
purchases 133:20
purpose 31:4 142:6 308:7 315:11
pursuant 1:17 89:20
pursue 39:7
pursuing 254:12
push 182:19 289:7
put 23:25 24:8 26:3 31:3,4 33:23
33:24 34:21,21 37:25 38:2 39:7
58:25 60:8 61:22,25 68:6 82:18

**regards** 340:5
**regular** 275:7,8,17 289:22 290:11
**regulations** 286:16
**rehired** 263:20
**related** 9:16 79:12,15,16 221:16
    227:13 346:15
**relating** 6:13 30:2 37:4
**relationship** 75:13 171:6 245:8,10
**release** 117:21
**released** 294:23
**relevance** 283:21 284:4,6,8
**relevant** 30:5 99:13 106:2 115:9
    117:18 125:15
**remark** 36:20 83:16 177:16 245:23
**remarks** 35:18,21 36:13,14 55:17
    56:21 57:2 62:11 78:12 120:18
    129:15 182:16 265:8,8
**remember** 6:21,25 15:19 18:22,23
    18:24 19:15,16 37:18 38:17,18
    38:19 39:13,14 41:10,12 42:19
    42:23 47:3,4,8 50:25 51:2 69:4
    79:2 80:4 81:5 85:7,20 86:25
    94:4 99:11 100:22 103:5 111:9
    123:17 146:21 165:11 173:5,10
    175:7 180:3 193:19 194:18
    213:24 230:4 278:17 284:8
    294:17 323:21
**remind** 181:25 327:24
**reminding** 10:6
**remove** 126:18
**removed** 200:8,9,11 201:4,5
**remunerated** 301:18 304:25
**reoccurring** 217:17
**rep** 316:12,17,21 318:22 319:9
**repeat** 7:15 45:25 89:24 97:7
    155:19 269:10 310:9
**Repeatedly** 38:14
**repeating** 89:8
**rephrase** 166:18 175:25
**replied** 28:2 29:7
**report** 49:2 56:6,8 156:5
**reported** 48:24 49:25
**reporter** 1:19 4:5 90:3 220:24
    292:21 307:23 308:14 309:15
    331:23 333:15 334:16 336:6
    337:10 346:7
**reporting** 48:22 49:11
**representation** 114:24
**representative** 173:8 174:11
**represented** 285:20 302:17
**representing** 85:24 87:22
**represents** 280:13
**reprimand** 312:16,18 313:4,6,8,19
    314:5
**reprimanded** 312:15,22
**request** 237:23 238:2,9,11 295:6
    318:3,4,21 331:10 344:12
**requested** 28:3 90:2 307:22 337:9

    344:17 345:2
**requesting** 237:25
**required** 312:7,15
**requirement** 310:16,21 311:4
    312:6
**requirements** 310:18
**resentful** 199:5,11,19
**Reservation** 344:19
**reserve** 31:16 139:10
**reserved** 3:19
**reside** 8:10,12
**resides** 8:14
**residing** 4:10
**resolve** 6:8,9
**resources** 5:10 6:2 19:5 158:22,24
    158:25 159:4
**respect** 98:23 104:13 110:21
    116:19 118:24 126:7 135:5
    226:25 263:20 340:21
**respected** 163:9
**respecting** 163:16
**respective** 1:16 3:5
**respectively** 4:7
**respond** 118:13 136:16 159:7
    259:14 272:24
**responded** 136:19
**responds** 252:22
**response** 23:21 203:24 259:24
    268:8 271:24 331:9,15 343:17
    344:11
**responses** 69:25 106:23 107:5,9,10
    135:19,22 179:22,24 246:22
    258:8
**responsibilities** 298:12
**responsible** 64:25
**responsive** 221:15 314:12 321:21
    328:4
**rest** 102:13 279:15,18
**restate** 246:20
**restaurant** 145:18
**result** 144:14 184:13
**resulted** 154:21 158:15
**resume** 322:19 323:4
**resumed** 68:22 87:19 98:21 140:16
    226:14 280:8 282:14
**retaliate** 252:16,17,23 253:21
**retaliated** 251:21
**retaliating** 253:4
**retaliation** 216:12 251:25 252:4,10
    252:11,14,18,21,24 253:9,10,16
    253:20
**retired** 23:24 265:24
**retrieved** 281:10
**return** 334:25 343:21 344:14
**reveal** 114:10 327:25
**review** 32:6 70:8 72:5 90:4,9,10
    126:9 236:6,13,16 239:9 281:3
    305:6 345:15

**reviews** 305:4,9
**revisit** 282:18
**revolving** 136:23
**reward** 303:12
**rewards** 222:4 276:20 302:25
    303:5,14 304:9
**rice** 40:8,8,16
**Richard** 202:19,20 205:7 266:9
    330:24
**ride** 23:23 209:5
**ridiculous** 130:4
**right** 7:21 10:4 19:15,20,21,25
    21:15,23 24:23 29:21 31:16
    37:24 38:5 39:18 47:25 50:22
    51:5 52:23 54:2 62:14,18 66:2,3
    67:25 72:25 81:16 92:3,3 95:6
    106:16 111:9,10 112:21,22
    116:14,17 117:13 118:4,17,20
    119:4 126:19 128:5 133:13
    134:20 139:10,17 145:25 150:2
    157:4 158:23 161:6 162:11 163:4
    177:24 187:2 188:25 189:3,4,5
    190:16 191:16 194:4 195:12
    196:24,24 197:4,6 199:9 200:18
    203:6 204:24 205:22 207:24
    208:25 215:14 218:7 221:20
    225:2,4,4 228:22 231:3 235:5
    239:7 248:7 249:23 253:5 266:10
    272:6 274:22 291:10 293:14
    294:6,6,12 296:22 299:18 301:7
    302:19,25 305:21 306:8 310:24
    312:5 316:10 326:2 327:21
    328:10 344:19
**Rights** 34:10 35:4
**Rite-Aid** 184:21
**Road** 185:14 209:3 293:8
**robbed** 270:24
**Robert** 77:22 119:25 120:2,4,14,22
    120:23,25 121:3,3,4,7,11,13
    123:25 124:17 125:21 126:22
    127:22 345:9
**Rochelle** 198:4 325:19
**Rodney** 104:21
**role** 47:22 306:9 331:4 336:21
    337:11,16
**rolled** 143:15
**Roman** 206:22,23,25
**room** 26:17,18 32:12 33:23 87:8,15
    88:2 98:18 282:10
**Rooms** 189:14
**rope** 316:9
**rough** 134:11 275:14
**Route** 15:21 16:2
**rude** 79:17
**rules** 262:22,23 286:16 312:13,14
**run** 12:14,15,21,23 338:22
**running** 77:19 79:24 332:18

**sheet** 309:20 310:3 311:13,14,15,16
    311:18 313:6,9,10 344:10
**shit** 123:24
**shocked** 146:2 187:13 193:7
**short** 23:22 68:17 179:10 257:24
**shorter** 214:14
**Shorthand** 1:19 346:7
**shot** 177:13
**shoveled** 286:7
**show** 22:8,16 29:6 31:23 53:19
    54:7 69:9 106:25 124:9 141:23
    202:22 219:16 221:20,21 222:7,8
    223:25 224:25 225:22 227:6
    235:13,15 236:2 239:17 290:2
**showed** 114:5 122:5,7
**showing** 228:7 340:6,7,10
**showroom** 136:23 185:13
**showrooms** 293:10
**shows** 128:8 222:3 223:22 224:2
    228:4,5 236:24
**sick** 121:14
**side** 49:5,6 106:11 185:13 209:4,4
    241:12 294:4
**sides** 48:25 49:7
**sign** 190:8
**signed** 3:11,14 201:13,14,16,18
    204:24 342:19
**silent** 188:4
**silver** 42:21
**similar** 235:24 239:4
**Simon** 202:17,18,19,20,24 204:7,16
    204:24 205:7 206:2,3 266:9
    330:24
**Simon's** 204:23
**simple** 158:4,17 170:18 187:23
    202:7
**simply** 18:3 29:13
**SINGER** 2:14
**singular** 227:5
**sips** 210:13
**sir** 7:3 8:22 10:5 22:20 25:9 27:13
    27:23 33:6,9 38:6 40:8 66:20
    69:12,13 73:2,23 76:17,18 81:14
    82:13 84:17 85:7,12 86:15 89:3,9
    97:6 118:14 139:22 140:6 158:17
    183:14 199:25 201:11 204:4
    220:11 226:19 272:19 293:23
**sit** 32:19 39:3 49:9 88:21 94:14
    95:8 193:21 194:2 195:12 211:4
    237:19 291:19
**site** 224:5,11,13,15,16,17 308:23
    309:5
**sits** 77:23
**sitting** 30:21 39:18 74:25 120:9,13
    129:5 165:10 194:4 266:17,19,20
**situation** 20:25 85:20 91:20 158:24
    195:8 210:24 243:25 327:20
**six** 20:11,20 135:2 292:13 320:3

**Six-Page** 343:20 344:6
**sixth** 328:21
**sixty** 191:23
**size** 54:19
**skinny** 41:11
**slip** 336:16
**Slow** 199:11
**slowed** 198:8
**slower** 15:23
**small** 189:8 190:4,6,7 210:8
**smart** 187:19
**smirked** 171:11
**smoked** 189:17
**smoothly** 142:15
**snipid** 83:16
**snow** 155:17
**snuff** 32:23
**so-called** 322:24
**social** 223:15,17 224:21 225:8,11
    226:7 227:4,17,22 230:10 232:10
    232:15,22 234:21 235:3 281:10
    330:3 339:14,25 340:13
**sold** 96:9 101:24 142:24 248:2,24
    249:2,7 290:9 299:22 303:9,21
    303:24 306:10 309:2,3 337:17
**solely** 55:8 58:19
**somebody** 21:4 25:14 37:4 40:2,17
    42:11 61:23 69:15 73:7 83:15,24
    111:15 114:13 129:2 134:16
    141:17,18 152:12,17,25 153:22
    153:22 155:22 156:4 157:20
    162:16 172:16 182:25 198:4,6
    204:13 241:23 242:12 243:16
    252:16 253:21 264:24 276:2
    287:12,14,17 291:21,24 297:5,22
    312:15 317:16 321:18 322:2,6
**somebody's** 142:24,25
**someplace** 216:20 321:16
**son** 75:10 148:7 165:23 188:17,18
    291:18
**sons** 75:11
**soon** 29:13,22 111:19 186:25
**sorry** 10:8 13:16 17:8 20:5 25:18
    77:8 103:4 164:21 166:22 188:25
    202:20 215:9 252:19
**sort** 39:25 50:4 200:7 324:10
**sounds** 147:20 178:3
**source** 256:18,19,24
**south** 325:19
**southbound** 185:13 209:4
**Southern** 1:1 5:22,23 327:12
**space** 34:4
**spaces** 33:20
**Spanish** 179:13
**Spartan** 1:7 2:10 34:2 286:4,10
    307:2,11 326:2
**speak** 21:10 28:19 87:23 88:2 94:4
    94:9 108:6,7,14,21 109:10

    145:13 148:2 151:7,8 161:5
    165:24,25 172:6 218:22 240:18
    242:7,9,13,14 287:23
**speaking** 46:12 78:17 101:14
    105:10 148:13 168:17 276:2
    313:16
**spearheaded** 122:11
**special** 317:12
**specialist** 18:17 43:13 80:21 83:8
    328:9
**specializing** 18:18
**specific** 25:3 29:5 41:19 71:12
    80:10,11,12 81:5,6,9,11,24 82:9
    324:19
**specifically** 39:10 202:9 330:15
**specifics** 248:8
**speculate** 199:18
**speculating** 158:7
**speculation** 156:17,21 158:9,10
**speech** 155:9 278:22
**spelling** 14:13
**spic** 106:14
**spike** 162:9
**spin** 203:11
**spiral** 153:24 154:6
**spiraled** 153:20
**spoke** 63:25 73:18,18 74:12 80:6,7
    108:4 109:11 143:11 240:15
    241:9 242:6,15,17,18,19,20
    243:2,5,6 255:7 256:11 282:16
    299:5 322:22
**spoken** 126:7 145:15 168:8 240:13
    255:5,10
**sport** 143:7 290:11
**sprawling** 293:16
**Square** 2:11
**ss** 342:5 346:4
**SSI** 310:10
**staff** 119:12
**stair-step** 301:22
**stamp** 266:25 336:15
**standard** 312:9
**standing** 186:18 190:3,11 210:16
**standoffish** 145:13,14
**stands** 326:5
**stapled** 286:25
**start** 11:18 21:25 27:6 78:18 82:11
    105:22 107:14 143:23 149:18
    161:21 162:24 177:25 217:12
    289:2 313:15
**started** 51:23 52:4,11 53:18 55:25
    56:18 58:8,9 67:14 68:14 73:9
    78:24 79:2,4,4,6,19 122:22,24
    161:24 162:2 189:15 193:19
    208:2 268:24,24 285:24 289:8,13
**starting** 265:9
**state** 1:20 4:13,16,19 14:5,5 35:4
    131:23 135:5 215:24 223:12

140:12 143:14 146:23 149:12
154:24 158:11 165:22,22 169:7
169:18,20 171:2,4,5,5,6 174:10
180:9,15 182:25 195:13 200:2,10
215:20 245:18 254:19 261:5
263:24 275:20,20,23 277:4 293:3
297:6,23 300:6 302:23 313:21
316:9 318:14 320:18 321:24
329:13 330:23 339:15,17
**Suzuki** 289:17,19 323:15,16,16,18
**swear** 39:14
**swing** 188:17 189:11
**sworn** 3:12,14 4:12 32:20 346:12
**swung** 188:11,13 189:15
**system** 198:20 329:22,23 330:2
332:10,16

**T**

**T** 4:9 336:7,10,11 342:2 343:9
344:2,15 346:2,2
**tabulated** 275:25
**take** 11:23 16:25 24:7 29:6 32:5
37:7 54:6 55:25 57:13 62:15 68:3
68:8 97:22,25 112:11 117:2
118:21 120:24 124:12,15 129:17
132:9 135:21 145:6 146:6,9
154:12 161:14 184:12,15,17
185:10 196:23 197:18 207:25
217:15 226:9 236:15 249:9
251:16 255:17 265:7 271:15
287:4,6,9,10,19 297:10,17,19,21
298:6 308:23 311:8 326:10
330:24 332:5,22
**taken** 1:15 68:20 69:20 121:2
140:14 226:12 280:6 330:6
342:11
**takes** 150:20
**talk** 17:2 62:19 74:19 76:4 78:6
83:9 87:7,12 102:5,17 107:14
117:25 121:3 137:5 141:19
143:22 145:3,7 146:7,17 147:8
148:5 150:21 152:4,6,17,25
169:2 171:24 204:6 208:4,13,16
218:5,8 241:13,13 242:20 271:12
292:10 311:22
**talked** 21:9 79:22 97:14 101:15
103:15 108:2 121:4,21 125:16
143:7 147:7 168:22 240:23,25
254:4 268:7,11 272:9 308:17
**talking** 15:3,5 24:18,21 28:6 35:5
35:21,25 38:20 40:3,5 52:16,19
52:23 53:23 54:8 58:22,24 59:18
65:25 71:21 73:9 105:7,9,10
106:22 120:12 122:17 127:6
144:8,11,13,15 152:21 165:11
171:7 173:23,25 174:4 175:7
179:19 188:7,9,19 196:20 197:23
199:8 201:8 202:18,23 205:17

206:21 228:14 233:17 238:4
246:12,14 249:19 270:5,7 272:7
272:7 273:2 290:5 319:18 323:13
325:25
**talks** 271:3 309:9 328:20 335:5
**tall** 41:11 42:22
**tanked** 304:5
**tape** 211:5
**task** 316:22,25 317:10 319:5
**tax** 334:21,24 343:21 344:14
**taxes** 250:7 257:25
**Taylor** 77:22
**Tech** 8:24 9:12
**technical** 117:15
**technically** 118:2
**technicians** 337:3
**Telecommunication** 5:10 6:2 19:5
19:7,9,12 284:23
**telephone** 186:22 225:3 273:14
344:22
**tell** 8:16 9:23,24 10:15 11:17 23:4
28:16,23 35:20 38:12 39:7,23
47:4 53:5 55:14 61:12 62:4,6,17
65:20 67:18 81:11,21 82:25 83:7
83:20 110:16 142:12,13 145:3,5
148:15 150:25 152:12 153:16
154:7 158:6,21 161:23 163:5
171:7,17,20,20,22 175:18 176:15
176:24 180:17,19,25 185:21
199:19 201:20,23 207:19,22
212:20 213:8,16 214:22 222:13
231:8,9 240:25 241:18 242:16
243:16 244:9 256:16 258:2 267:8
267:15 268:2 270:13 275:18
277:11 283:13 284:6 288:18
297:24 307:2 322:19
**telling** 29:10 55:22 74:3,10,20
115:7 161:2 162:17 175:14 181:4
181:6 200:20 208:13 213:22
214:2 309:7
**tells** 38:2
**ten** 5:12,18 6:16,20 47:20 48:11
96:21 128:9 159:13 193:16
243:17
**Ten-Page** 343:15
**term** 40:12 180:5 259:3,7 260:2
331:6
**terminate** 264:8 321:2,4,7 322:3,7
339:3
**terminated** 208:19,21,22 262:3,4,6
262:7 263:12,16,20,21 264:3,4
264:14,16 339:2
**termination** 261:16,19,21 262:25
263:2
**terms** 286:6
**terrible** 147:10
**terrorist** 201:21 202:12,14 203:3
203:15 205:6,10,25

**test** 311:9 338:20
**testified** 4:14,24 6:18 54:4 74:20
76:16 82:8 84:18,20 92:21,25
103:14 107:16 112:25 118:7
132:14 133:5 135:10 151:11,13
151:15 152:22 154:20,21 155:10
166:5 170:17 172:12 181:13
201:6 218:16,17 243:9 263:6
270:16 284:17 296:17 305:13
319:22 325:20 329:8 330:4
**testify** 5:4 7:22 8:7 40:14 62:17
63:18,20 73:17 94:22 95:18
243:2,5
**testifying** 7:10 105:4 150:10
163:24
**testimony** 32:20 38:25 40:20 65:10
67:13 70:10 74:3,21,23 88:10
93:8 94:18 97:4 99:9 105:11
107:22 131:5 132:17 135:10
140:19 148:23 166:11 171:16
181:8,9,16 182:17 190:20 231:16
243:22 244:18 248:18 262:25
263:19 277:24 284:20 330:5
342:11,14 346:14
**tests** 308:23
**Texas** 54:8 113:5
**text** 108:8,10,12 115:11 127:5,8,11
127:14 255:24,25 277:18,25
343:20
**texted** 187:16
**Thank** 110:18 296:15
**Thanksgiving** 43:10
**theft** 221:16 239:16,17,23 254:5,13
329:9,16
**thief** 223:20
**thing** 13:22,24 14:2,3 55:21 85:4
93:9 120:17 133:7,16,25 142:17
162:18 198:9 204:22 217:13
219:10 225:19 248:4 255:20
273:19 281:11 288:8,10 303:23
**things** 7:4 35:18,23 41:5 51:19 54:3
56:13,15 77:17,19 78:7,12,16
79:4 82:8 88:11 93:17,23 96:12
101:12 104:9 106:13 120:21
121:16 122:10 124:8 130:3
131:13,14,14 134:11 135:15
136:14 138:20,22 141:12 149:23
153:23 154:17,21 163:17 168:12
180:6 187:4,14 197:8 207:2
217:6 218:23 242:24 244:16
250:15 254:17 262:2 272:18
275:10 281:12,13 289:23 310:18
311:8,10,23 313:21 322:17
333:10
**think** 16:14 22:7 30:15,20 31:11
39:24 43:10 44:15 47:23 48:4
53:11 59:16 61:14 76:21 87:3
97:24 110:11 139:9 143:2 144:17

**two** 8:18 9:14 20:15 23:4 24:21
  26:11 33:18 36:12 38:16 41:25
  47:7,9 48:11,25 49:4 53:12 56:25
  58:12,17 59:5 64:2 75:11 86:22
  87:21 88:3 110:24 125:14 143:8
  162:6 165:11 167:2 176:8,8
  191:10 195:9 210:13 211:15,18
  222:23 224:5 231:14 233:8 242:8
  257:24 262:8,11 266:12 279:15
  284:18,19 292:14 293:7,10,17
  303:19 309:18 317:20 335:6
**two-hour** 23:23
**Two-Page** 343:12,19,21 344:10
**two-way** 178:16
**type** 52:20 65:2 93:21 104:5 150:13
  173:13,14,18 174:19 233:13
  305:8
**typed** 173:10,12,22 174:15 200:23
  200:24 201:20 204:7
**types** 53:8 129:3 288:3 291:15
**typical** 288:19,21
**typing** 176:3 201:9
**typo** 259:10

———————————
**U**
———————————
**Uh-huh** 17:7 214:21
**ultimate** 144:14
**umbrella** 306:15 321:18
**uncle** 35:22 36:11,15 39:21 40:6,7
  40:8,12,16 55:17 58:25 60:11,24
  61:25 79:21 104:18,25 161:17
  163:22 164:18 165:15 166:12,15
  166:16 167:5 168:20 177:23
  193:18
**unclear** 123:13
**undated** 231:17 234:8
**underneath** 12:14 13:4 65:2,3,4
  67:2 205:18
**understand** 7:11,13,16 17:6,10,16
  17:25 32:8 38:7 55:21 60:20,21
  64:11 81:22 83:10 100:17 124:7
  134:4 139:24 140:5 150:23,24
  154:18 158:25 164:3 175:3,15,18
  175:22 185:17 188:21 212:17
  216:8 223:5 227:15 236:14
  243:11 248:9 252:10 253:13,15
  253:16 259:14 262:23 263:25
  272:20
**understandable** 190:19
**understanding** 44:7 264:3 269:22
**understands** 116:17
**unemployed** 20:2 21:23
**Unexceptional** 131:12
**Unfortunately** 319:10
**UNITED** 1:1
**uno** 294:6
**unresponsive** 141:16 195:19
**update** 265:22

**upper** 72:13
**ups** 289:3
**upset** 123:4,10
**upstairs** 26:17 96:13 145:21,23
  245:21 322:24
**urban** 172:20
**urban-looking** 172:14,15 176:11
  176:14
**usage** 230:18
**use** 60:19 115:8,18 116:12,18 117:4
  125:23 151:23 172:17 180:10
  224:8,17 226:23 229:12 230:23
  288:13
**uses** 84:2
**usually** 252:15 273:18 288:22
  300:19
**utilize** 126:12

———————————
**V**
———————————
**vacation** 286:15,21 287:2
**Vague** 170:15 257:4
**various** 71:10
**vehicle** 13:7 51:13 78:4 80:23
  101:10 103:15 133:21 145:22
  197:11 290:2,3,13,14,22 303:16
  306:16 309:7 310:19 336:18
  337:22
**vehicles** 9:19,20 12:7,13 50:17
  51:12 80:22 98:25 99:6 142:16
  198:9 200:5 216:21 246:3 289:21
  290:9 299:12,13,20,25 300:2,8
  300:10,16,19 304:2,12 317:5
  335:13 337:14
**verbally** 215:11
**version** 252:12 345:16
**vicinity** 168:6,7 315:12
**Victory** 1:6,7 2:9,10 15:18 18:5,8
  19:2,2,8,11 20:7,10,16 22:3
  24:18,19,25 33:25 43:9 46:11
  48:15,20 50:3 51:10,23 57:7,8
  58:8,9 60:19 62:21 64:23 66:21
  67:14,16,19 69:16 70:24 81:6
  99:2 101:16 109:13 119:8 121:19
  121:22 122:23,24 123:5 134:22
  143:13 155:25,25 156:2 193:10
  194:23 195:15 206:16 208:23,25
  211:12 213:16 214:7 246:8 247:3
  264:18 266:13 268:9 276:18
  285:24 286:20 287:5 288:6,9
  289:13 291:21,25 293:11,12,13
  293:18 294:21,24 295:15 297:5,8
  298:2,12,18,21,22,25 299:2
  301:12 302:11 304:17 305:4,22
  306:24 307:3,12 308:4 314:5
  315:20 316:13,18,23 317:8
  318:21 319:20,23 320:19 322:4,8
  322:11,13 323:9 324:5,21 325:3
  325:9,14,16 326:2,17 329:14

  335:10,11 338:10 340:5
**video** 113:3,3,7,15,19,22 114:5,11
  114:13 115:2,8,10,17 116:12
  117:3 118:6 124:10 125:16 155:3
  345:6
**videos** 114:7 116:20
**view** 114:25 118:4
**VIN** 197:10
**violence** 196:13
**visible** 148:3
**visit** 315:12,17
**visit** 142:7
**visits** 142:7
**voice** 208:10,11
**voluntarily** 21:6 263:6 277:11
**volunteer** 103:13

———————————
**W**
———————————
**W** 342:2
**W-2** 335:3,4
**wage** 91:7 92:19 102:24 241:11
  335:3,4
**wages** 109:14 278:9
**wait** 7:17,18 28:15 209:16 242:11
**waiting** 7:8 28:8 209:15 266:17
  289:2,4
**waived** 3:8
**walk** 83:10 99:3 143:21 147:5
  177:4 178:8 184:20 186:25
  288:17,19 291:9 322:18 324:7
**walk-** 335:15
**walk-around** 290:5,19,24
**walked** 32:12 106:9 171:12 187:10
  191:14,17 209:2 314:22,24
**walking** 106:12
**walks** 289:25
**wall** 54:8,8 113:4 155:3 219:7
**want** 21:24 22:16 26:13 29:21
  30:11 31:5 32:20 39:6,11 40:11
  44:20 47:13 62:7,19 65:5 66:7
  68:10 76:9 78:14 81:2 85:3,21
  87:6,7,12 91:19 102:12 104:2
  107:17 108:18,20 109:8 114:17
  114:18,25 115:3,6,18 116:11,22
  116:23,25 117:21,22 123:22,23
  126:10,12,13 129:4,13 130:12
  132:18 133:22 134:3 135:12
  141:19 142:8 144:2 153:15,15
  156:24 158:6,23 159:11,24
  160:22 161:21 171:17 175:25
  184:24 190:20 196:19 199:18,18
  217:6 219:5,16 222:24 223:3,6
  231:8,9,23 236:5 237:11 238:19
  238:22,24,25 241:5,16,16 245:16
  247:16 248:16 250:17,21 256:12
  256:21,23 257:22 260:24 261:4
  261:10 273:13,14,15 279:14
  282:15 283:20 284:10 309:2,3
  312:11 331:6

**writing** 45:9,13,15 **92**:22
**written** 27:11 45:16 69:15,19 70:23
  124:12,15 310:17
**wrong** 24:16 148:24 163:23 174:5
  174:11 207:6 232:5 234:12
  253:11 261:21 268:12,16,20
**wrongful** 261:20 273:6
**wrongfully** 119:17
**wrote** 69:24 173:14 174:20 204:10
  204:18,21 206:2,3

---

**X**

**x** 1:2,9 156:10 343:2,9 344:2

---

**Y**

**Y** 4:9
**Yankees** 144:10
**Yards** 1:10 2:4
**year** 11:20 13:10 16:10,19,20
  23:13 36:12 55:25 56:2,15 64:2
  67:23 120:16 146:20 155:21
  165:4 220:13 256:25,25 257:12
  283:5 302:21,22 324:22
**years** 5:12,18 6:16,20,23 8:18 9:14
  14:20 15:4,7 18:19 38:16 48:8,10
  48:11 61:15 143:7 165:12 176:8
  188:12 198:25 242:22 275:17
  284:7,9 303:19 322:25
**Yelp** 70:12 71:14,16,19,25 72:5,13
  279:13
**Yessica** 167:20 209:6
**yesterday** 19:23
**York** 1:1,10,10,20 2:4,4,12,16,16
  4:11,13,21 5:20 8:23 9:12 14:7
  16:9,13 28:10 35:3 154:10
  215:23 260:11 284:13,15 342:4
  342:23 346:4,5,9
**young** 80:18 188:22 225:3 322:23
**younger** 188:12

---

**Z**

**Zoungrane** 107:20 194:25 240:10

---

**0**

---

**1**

**1** 221:12 227:2 228:11,14,21
  229:20 231:5,10,20 233:9,21
  234:3 325:10
**1,050** 230:6
**1:00** 140:13
**1:30** 140:15
**10** 149:10 197:14
**100** 149:11 247:19 265:14
**10001** 2:4
**10022** 2:16
**102** 344:22
**103** 344:21

**10475** 4:11,22
**1099's** 302:17
**11** 197:15 210:18 332:2
**11:10** 68:19
**11:20** 68:21
**11:48** 87:14
**11:54** 87:18
**1100** 2:16
**111** 345:4
**11101** 2:12
**114** 345:6
**117** 345:6
**118** 345:8
**12:00** 98:17 197:15
**12:09** 98:20
**1200** 250:2
**121** 336:13
**126** 345:9
**128** 345:10
**12B** 4:10,21
**13** 1:11 332:22 342:12
**139** 345:12
**15** 56:17
**150** 152:8
**1500** 302:21
**15th** 252:25 259:25 345:16
**16** 221:12
**17** 220:17 221:4,14 258:3,23
**17B** 259:2
**17M** 221:16
**18** 15:21 16:2
**18-CV-11413** 1:5
**180** 267:10
**18th** 184:25,25
**1900** 250:7
**195** 345:14
**1980** 12:2
**1990** 12:2
**1999** 285:2
**1B** 166:24

---

**2**

**2** 33:16,17 132:24 166:10 190:24
  227:2 259:18 296:11 325:11
  331:2 332:3
**20** 43:24 44:3 247:13,23,25 249:25
**200** 89:19
**2000** 285:2,2
**2009** 285:3
**2013** 336:19
**2014** 336:19 337:21 338:2,6
**2015** 43:11 51:22 52:11,24 55:6
  56:2,16,19,19 119:5 147:3,3
  323:12,13
**2016** 56:2,16 58:10,11 67:15,22
  73:6 74:18 78:19,25 121:14
  134:25 147:3,7 152:23 161:25
  162:4 294:19 328:12,14

**2017** 22:11,14 23:3,5 24:24 25:8,24
  26:5,10 27:6 29:11 41:17 51:22
  52:24 67:15 79:20 119:6 143:15
  146:22 147:2 152:21,23 162:2,4
  165:6 184:25 211:9 231:19 262:9
  262:10,15 302:21
**2018** 22:24 23:7 25:13 134:25
  256:17 264:22,23 265:17,20
  266:4,10,15,16 267:2,17 268:3
  277:10 278:13 302:22 320:20
  327:10 334:24 343:13,21 344:14
**2019** 1:11 150:10 256:17 342:12,21
  346:21
**21** 22:10,14 262:10
**21st** 23:16
**2200** 249:9 250:7
**221** 344:7
**2312** 225:6 232:23
**236** 345:15
**250,000** 259:3,4,8 260:2,4 261:15
  261:19
**25th** 220:13 221:10 258:5
**260** 345:16
**26th** 346:21
**2700** 249:14,14
**28** 122:5
**280** 343:7
**28th** 264:23
**29** 267:2,17
**292** 344:8
**29th** 264:19,24 266:14 269:2,3,14
  269:19

---

**3**

**3** 33:16 34:7 166:10 190:24 227:2
  231:6,10,20 233:10,21 234:3
**3,000** 302:21
**3:18** 226:11
**3:28** 226:13
**30** 65:9 147:15 291:3
**30,000** 291:5
**300** 23:11
**308** 344:9
**309** 344:10
**31** 344:19
**331** 344:12
**333** 344:13
**334** 344:14
**336** 344:15
**33rd** 2:4
**38,000** 165:3

---

**4**

**4** 107:6,11 204:3 205:12,13,16
  343:6,11,13,14,16,18,19,20,21,22
  344:4,5,6
**4,000** 249:3
**4:39** 280:5