EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2017-03689 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Anthony B. Nelson | (718) 379-1755 | 1953 |

Street Address: 12b Broun Place, Bronx, NY 10475

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Victory Mitsubishi | 30-40 | (718) 515-4600 |

Street Address: 4070 Boston Road, Bronx, New York 10475

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
JUN 29 2018
DATE RECEIVED

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: — Latest: 9-18-2017
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a certified Product Specialist. I began my employment in November 2015 with Victory Auto Group which is now presently Victory Mitsubishi (Respondent). My performance has always been exceptional. In February 2016, Chris Osaris, Principle, younger white male began his employment. Osaris placed me in a hostile work environment. Osaris's cousin Alex Lettas, Manager would make racially motivated statements about people of color. I am a black man over the age of 40 and Osaris would degrade and shame me in front of customers. He called me Uncle Ben and then began calling me Bill Cosby. I have been continually harassed. I told Osaris to stop but he refused. His cousin would refer to minorities or urban looking customers as "in the Niggertive". On September 18, 2017, I was struck by another co-worker a F&I manger. He would see me making money selling cars and then find some new stupid project to take me away from the floor. He would make sure that I was removed so that I would not be making good Commission or just pay me flats on vehicles we grossed heavily on. Osaris discharged me after I was struck by another worker. I was accused of terrorist threats based on racial makeup.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 29, 2018
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2017-03689 |
|---|---|---|
| New York State Division Of Human Rights<br>State or local Agency, if any | | and EEOC |

Osaris bellowed out of his mouth "GO HOME AND GET YOUR GUN YOU ARE FIRED". In a public gas station where he could have compromised my life if this was heard by an officer of the law. I believe I am being discriminated against due to my race and age in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jun 29, 2018<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |