1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANTHONY B. NELSON,

                    Plaintiff,

                                        Case No.
                                        18-CV-11413

        - against -

DIANE ARGYROPOULOUS, PHILIP ARGYROPOULOUS,
CHRIS ORSARIS, ALEX LETTAS, VICTORY AUTO
GROUP, LLC, SPARTAN AUTO GROUP, LLC, VICTORY
MITSUBISHI, MITSUBISHI NORTH AMERICA,

                    Defendants.
----------------------------------------X

                        September 18, 2020
                        10:14 A.M.


            DEPOSITION OF ANTHONY B. NELSON,

the Plaintiff herein, taken by the attorney for

the Defendants, pursuant to Order, held via web

conference at the above date and time, before Athi

Francis, a Notary Public of the State of New York.


ORIGINAL

2

1

2    A P P E A R A N C E S :

3

4        ANTHONY B. NELSON
              PRO SE
              12B Brown Place
5            Bronx, New York 10475

6

7

8        STEPHEN D. HANS & ASSOCIATES, P.C.
              Attorneys for Defendants
              GEORGE W. DAW
9            30-30 Northern Boulevard
              Suite 401
10           Long Island City, New York 11101

11    BY:    STEPHEN D. HANS, ESQ.

12

13

14    McGIVNEY KLUGER CLARK & INTOCCIA, P.C.
              Attorneys for Defendant
15           MITSUBISHI NORTH AMERICA
              80 Broad Street
16           New York, New York 10007

17    BY:    JOHN BLUMENSTOCK, ESQ.
              File # 4456-0001

18

19
        ALSO PRESENT:   Chris Orsaris
20

21

22

23

24

25

1

2                    S T I P U L A T I O N S

3              IT IS HEREBY STIPULATED AND AGREED by

4    and among counsel for the respective parties

5    hereto, that the sealing and certification of the

6    within deposition shall be and the same are

7    hereby waived;

8              IT IS FURTHER STIPULATED AND AGREED that

9    all objections, except to the form of the

10   question, shall be reserved to the time of the

11   trial;

12             IT IS FURTHER STIPULATED AND AGREED that

13   the within deposition may be signed before any

14   Notary Public with the same force and effect as

15   if signed and sworn to before the Court.

16

17

18

19

20

21

22

23

24

25

4

1

2          THE REPORTER:  Before I swear in the

3    witness, I will ask each counsel to stipulate

4    on the record that due to the current national

5    emergency regarding the coronavirus, the court

6    reporter may swear in the witness even though

7    she is not physically in the presence of the

8    witness and that there is no objection to that

9    at this time, nor will there be an objection to

10   it at a future date.

11          MR. HANS:  So Stipulated.

12          MR. BLUMENSTOCK:  So Stipulated.

13          THE REPORTER:  Counsel, can you represent

14   that, to the best of your knowledge and belief,

15   the witness appearing today via web conference

16   is, in fact, Anthony B. Nelson?

17          MR. HANS:  Yes, I can.

18          THE REPORTER:  Thank you.

19

20

21

22

23

24

25

5

```
 1
 2    A N T H O N Y   B.   N E L S O N,
 3              The witness herein, having first been
 4    duly sworn by Athi Francis, a Notary Public in and
 5    for the State of New York, was examined and
 6    testified as follows:
 7    DIRECT EXAMINATION BY
 8    STEPHEN D. HANS, ESQ.:
 9         Q      Please state your name for the
10    record.
11         A      Anthony B. Nelson.
12         Q      What is your present home address?
13         A      12B Broun Place, Bronx, New York 10475.
14         Q      Before we begin, Mr. Nelson. I sent you
15    an E-Mail asking you to have your Amended Complaint
16    and your original Complaint in front of you.  Do you
17    have those documents in front of you today?
18         A      Right here.  That's the Amended Complaint
19    and here's the --
20         Q      Original Complaint.
21         A      Yes.
22              MR. HANS:  Let the record reflect that
23         the time is now 10:14.  I will begin my one
24         hour deposition at this time.
25         Q      Mr. Nelson, I've asked you to refer to
```

6

```
 1                   Anthony B. Nelson
 2    the Amended Complaint and have it if front of you.
 3    On page 2 the first paragraph under B, facts.
 4         A    Yes.
 5         Q    You state in there -- that I knew the
 6    store had one of the worst reputations in the
 7    tri-state area and they were fire bombed in 2013.
 8    Do you see that?
 9         A    Yes.
10         Q    Do those allegations have anything to do
11    with your claim in either the Complaint or the
12    Amended Complaint in this case or are they facts
13    that you decided to put into the Complaint?
14         A    Yes, it has to do with how the store has
15    always been run and always had a reputation of
16    negativity.
17         Q    You're saying that the reputation is
18    negativity?
19         A    I'm just saying that this store has a
20    huge, very huge -- you tell somebody you're at Bronx
21    Suzuki, you're there at that place.  That's the kind
22    of reaction people get in the industry when you tell
23    them that.
24         Q    The fact that you wrote down recently
25    been fire bombed at the end of 2013.  Were you
```

1                     Anthony B. Nelson

2    employed there in 2013?

3         A    No, I wasn't.  I know it was a fire

4    bombed because it was in the news.  This is my

5    neighborhood.

6         Q    That fire bombing had nothing to do with

7    your Complaint today; correct?

8         A    It has to do with my Complaint because it

9    has to do with, you know -- how bad could a place be

10   that somebody would risk their own life doing

11   something as negligent and crazy as that.

12        Q    How does that play into your Complaint?

13        A    How does it play into my Complaint?

14        Q    How does it impact or what relevance does

15   it have to your Complaint?

16        A    The relevance is that it seems that a lot

17   of things happened in this particular place and it

18   just continued to happen, even when I was there.

19        Q    When you say things that happened, we're

20   talking about when the fire bomb happened and what

21   relevance does a fire bombing have to your Complaint

22   of discrimination of age and race discrimination?

23        A    What it has to do with is the fact -- it

24   has to do with the fact that there's always

25   something wrong going on and happening in this

8

1                    Anthony B. Nelson

2    store.  My Complaint is just another version of more

3    wrongdoing at this place.

4         Q    Do you have any evidence of any

5    discrimination by age or race, prior to your

6    employment at Victory?

7         A    No, I do not.

8         Q    What you're talking about is more

9    reputation.  Has nothing to do with specific

10   discrimination complaints, prior to your employment?

11        A    Can you repeat that?

12        Q    You have no evidence of any

13   discrimination complaints, prior to your employment

14   there at Victory; correct?

15        A    Yes.

16        Q    You say here they are currently in

17   trouble with the attorney general for running a

18   drive-by whatever that is.  What are you talking

19   about?

20        A    What I said was drive-by skullduggery.

21   Is that you mean?

22        Q    I'm looking at your words.  You tell me.

23        A    Yes, drive-by skullduggery.

24        Q    You say they're currently in trouble.

25   That means in 2020 they're in trouble with the

9

1                    Anthony B. Nelson

2    attorney general, yes or no?

3         A     No, they were in trouble when I came to

4    work there in 2016.

5         Q     Specifically what were they in trouble

6    for?

7         A     They were in trouble for jamming

8    customers.

9         Q     How does that affect your Complaint of

10   age and race discrimination?

11        A     How does that affect --

12        Q     What relevance does that allegation of

13   being in trouble with the attorney general have to

14   do with your allegation of race or age

15   discrimination?

16        A     It has to do with their reputation.  It

17   has to do with their reputation and because their

18   reputation is what it is, anything can happen.

19   Which we already know.

20        Q     I understand that.  It has to do with the

21   reputation, that's your answer, fine.  Does it have

22   any exact relevance to your Complaint that you put

23   forth in this case of age or race discrimination or

24   is it just their general reputation?

25        A     It has to do with both.  It has to do

1                        Anthony B. Nelson

2      with their general reputation that they have a

3      plethora of things going on that are wrong and they

4      will always have something that's going on that's

5      wrong, even after I'm gone.  It can be anything.

6      These kind of things happen there.

7          Q     What relevance does the attorney

8      general's issues in 2016 have to do with your

9      present day complaints of race and age

10     discrimination?  If there's nothing, there's

11     nothing.  I can't imagine there should be.  Is the

12     attorney general's investigation or whatever they

13     were doing in 2016, have any relevance to your

14     complaints in 2018 and 2019 of age and race

15     discrimination, yes or no?

16         A     No.

17         Q     In paragraph 2, where it starts with my

18     pay.  You say you did a radio show; is that correct?

19         A     Okay.  Is this still under facts?

20         Q     Yes.  The last sentence says but the deal

21     never went through and then Chris Orsaris came on

22     board.  I knew who he was.  As I did a radio show.

23               Are you testifying that you did a radio

24     show, yes or no?

25         A     I did Auto Lab because I do an event in

11

1                    Anthony B. Nelson

2    New York for five or six years.  I do the Auto Lab

3    show.  I did the Auto Lab show with -- I can't

4    remember the doctor's name who does the show, but

5    also with the owner of Major World and a lot of

6    other different auto related businesses.  That

7    person would be Harold Bendell.  He's the person

8    we're talking about doing the show with.

9         Q      You state that he, assuming Chris

10   Orsaris, embezzled millions of dollars; correct?

11        A      That's right.

12        Q      Does that have any relevance or what

13   relevance does it have to your present day

14   complaints of race or age discrimination?

15        A      It has to do with the character of the

16   person.

17        Q      You're referring to Chris Orsaris'

18   character?

19        A      Exactly.

20        Q      The embezzlement of millions of dollars,

21   that fact or that allegation, has no direct

22   relevance to you being discriminated against for

23   race or age.  It has to do with what you believe is

24   Chris Orsaris' character?

25        A      It has a direct bearing.

1                    Anthony B. Nelson

2        Q     Based on his character?

3        A     A direct bearing not only on his

4    character, but if somebody is to do something on

5    such a grandiose scale of what he did, doing what he

6    did, it doesn't mean anything because if you would

7    do that, obviously you would do anything.

8        Q     That's your opinion?

9        A     A lot people's opinion.  It's my opinion,

10   yes, sir.  A lot of people's opinions.

11       Q     Going on to the third paragraph, which

12   starts with over a two-year period.

13       A     Over a two-year period, yes.

14       Q     Chris Orsaris targeted me on a daily

15   basis with racial and old age jokes referring to me

16   as uncle Ben and then Bill Cosby and other race and

17   age --

18       A     Yes.

19       Q     In your deposition that was held on

20   September 13th, 2019, you did not testify to Chris

21   Orsaris' targeting you on a daily basis.  Do you

22   know why you changed it or why you're saying it was

23   on a daily basis?

24       A     It necessarily didn't have to be every

25   day.  It could be two, three days, four days.  I

13

1                    Anthony B. Nelson

2     might not see him for a day so, meaning it was

3     recurring regularly.

4          Q     Were there any witnesses to that?

5          A     Yes.

6          Q     Who are the witnesses?

7          A     Peter Badouvas is one.  Juan Planaco.

8                MR. BLUMENSTOCK:  Are you checking notes

9          to refresh your memory there?

10         Q     Yes, are your checking notes?

11         A     Me?

12         Q     . Yes.

13         A     No, I was getting ready to get up and get

14    an affidavit because I couldn't think of his name.

15         Q     Are you saying you have an affidavit from

16    Mr. Planaco?

17         A     Yes, I do.

18         Q     Have you given that affidavit to us?

19         A     Excuse me?

20         Q     Can you provide me with a copy of that

21    affidavit?

22         A     Yes, I can.

23         Q     How soon can you E-Mail me a copy of

24    that?

25         A —   I can scan it later, after we're done,

```
 1                      Anthony B. Nelson
 2   and I send it in an E-Mail.  I have a document
 3   scanner on my phone.  I can send that to you when
 4   we're done.
 5        Q     This affidavit that you have from him,
 6   did you take that affidavit, was it done with Mr.
 7   Planaco and you together?
 8        A     Yes.  We agreed on the subject matter and
 9   the verbiage that was in the affidavit, before he
10   signed it before a notary public.
11        Q     Are you aware that Mr. Planaco is suing
12   Victory Auto at the same time?
13        A     Yes, I am.
14        Q     You have an affidavit from Peter
15   Badouvas?
16        A     Yes, I have one for him.  I have not
17   reached out to him.
18        Q     Other than Planaco, which you have an
19   affidavit for, you state in paragraph 3 that Chris
20   Orsaris targeted you on a daily basis and now you're
21   saying maybe two, three days a week.  Over how many
22   months or how many years?
23        A     This went on for at least close to two
24   years.  All right?
25        Q     Did you say anything to anybody about
```

15

1                     Anthony B. Nelson

2    that fact, whether it was management or a

3    supervisor, co-workers, did you say anything to

4    anybody that this person is targeting you?

5         A     Harassing me.

6         Q     I didn't say harassing you.  I said did

7    you speak to anybody, whether a supervisor,

8    co-worker or management, that you were targeted on a

9    daily basis with race and old age jokes?

10        A     I had spoken to Peter Badouvas about it

11   numerous times.  As a matter of fact, Peter and I

12   were in a car together and he was harassing me.  I

13   spoke to Juan Planaco and other people had witnessed

14   it.

15        Q     Hold on.  Did you say Mr. Badouvas was

16   harassing you in a car?

17        A     We were in a car and he was harassing me.

18   Not Peter.

19        Q     Peter was --

20        A     We were on the phone, we were on, you

21   know, on the phone.

22        Q     Mr. Nelson, listen to my question,

23   please.

24        A     Yes.

25        Q     My question is did you speak to any

16

1              Anthony B. Nelson

2  person, co-worker, management, owners about the

3  daily targeting by Chris Orsaris of race and age

4  jokes.  You said Peter Badouvas was in a car and he

5  was actually targeting you with the same jokes.  Is

6  that a yes or a no?

7       A    What are you saying?

8       Q    Did Peter Badouvas, in a car, target you

9  with racial or old age jokes?

10      A    No, I was in the car with Peter Badouvas

11 and he witnessed it.  He was in the same vehicle

12 with me.

13      Q    Was Chris Orsaris in that car?

14      A    No, it was over bluetooth.

15      Q    You're saying that Chris Orsaris was on a

16 telephone and he was targeting you with racial and

17 old age jokes in a car with Peter Badouvas?

18      A    He was -- I don't remember exactly what

19 was being said.  He was putting me down, you know.

20      Q    If you don't remember, Mr. Nelson, say

21 that.  If you do remember, then tell us.  I would

22 like to know -- I asked you did any supervisor,

23 co-worker or anybody else witness these insults.

24 You said Juan Planaco and Peter Badouvas in a car.

25 Now you're saying you don't know what he said in the

17

1                      Anthony B. Nelson

2    car.  That's fine.  Just tell me what he said on a

3    bluetooth phone.

4         A    I don't recall exactly.  That was about

5    two years ago.  No, not two years ago.  I'm sorry.

6    That was three, three and a half years ago.  He had

7    said stuff to me on the floor.  Let me think.  I

8    don't have the list of witnesses in front of me

9    because pretty much --

10        Q    Do you have a list of witnesses somewhere

11   else?

12        A    Yes, I do.

13        Q    Where is that list?

14        A    Somewhere here amongst the ten thousand

15   folders and papers and stuff.

16        Q    How soon can you provide me with that

17   list?

18        A    You have the list.  It's the list that

19   you provided to me after I begged you for it.  That

20   list.

21        Q    The list that I provided you of employees

22   are all the witnesses that you say Chris Orsaris --

23        A    I didn't say all of them.  I said some of

24   them on that list.  Juan Planaco, Jessica -- Jesus

25   Christ, what's her last name.

18

Anthony B. Nelson

1

2      Q      Mr. Nelson, would you be able to send me

3   an E-Mail, within the next forty-eight hours or by

4   Monday, identifying the names of the people on that

5   list that heard Mr. Orsaris target you on a daily

6   basis?

7      A      Like I said, when I say daily, it can be

8   two days in a row.  He can be at an auction for

9   three or four days.  I'm letting you know that when

10  I say that, I'm talking on a recurring basis.  There

11  have been times that he's harassed me for three,

12  four days straight.

13     Q      I'll withdraw the amount of time.  What

14  I'm saying Mr. Orsaris consistently did that?

15     A      Yes.

16     Q      We don't know whether it's every day, two

17  days?

18     A      Right.

19     Q      Would you be able to identify the names

20  on the list that I gave you?

21     A      Yes.

22     Q      Within a couple of days, will you be able

23  to provide me an E-Mail as to the names of the

24  witnesses on that list that heard Chris Orsaris

25  target you with racial and old age jokes?

19

1                       Anthony B. Nelson

2          A      Yes.

3          Q      Can we say by this Tuesday you will

4     supply me with an E-Mail specifying the names on

5     that list that I provided to you of the witnesses

6     that heard Chris Orsaris target you with racial and

7     old age jokes.  Is that agreed, sir?

8          A      Yes.

9          Q      Did you tell anybody, any management

10    person or anybody, that Chris Orsaris was targeting

11    you like that?  In all the years that it was

12    happening, did you tell anyone?

13         A      I told Peter Badouvas.

14         Q      Is that the only person?

15         A      Because the person we were supposed to go

16    to is the perpetrator.

17         Q      Who is that person?

18         A      Who are we talking about, sir, Chris

19    Orsaris.

20         Q      I'm asking you.  Who is that person?

21         A      Right.  It's Chris Orsaris.

22         Q      Other than Peter Badouvas, over the

23    course of two, three years, is it your testimony

24    that you didn't say anything to anybody about these

25    insults?

20

1                    Anthony B. Nelson

2        A     One guy started calling me -- one manager

3   started to call me Bill Cosby.  I said, listen, I've

4   had it with this dude calling me outside of my name.

5        Q     Who was that person?

6        A     He was a manager that was there.

7        Q     What's his name?

8        A     Izzy.  Izzy, I think, Adorham.

9        Q     Let's go back to the question that I

10  asked that you haven't asked.  Let me ask you again.

11       A     Yeah.

12       Q     I'm not asking you who insulted you.

13  You're saying now Izzy insulted you.  How come you

14  didn't includes Izzy in your original Complaint?

15       A     He didn't understand what that was about.

16  When I told him do me a favor, don't call me that,

17  he never said anything again, because he's a very

18  respectful manager and never said anything again.

19  He wasn't aware of why I was being called Bill

20  Cosby.

21       Q     Let's go back to my original question.

22  Did you, over the course of two, three years, ever

23  bring, ever tell a manager or supervisor or owner

24  that you were being targeted with racial jokes by

25  Chris Orsaris?  Did you ever go to anybody and say

1                    Anthony B. Nelson

2    listen, this is going on and I want it to stop?

3         A    I may have not used the word racial

4    jokes, okay, or age, old, whatever.  When Izzy

5    called me that, I asked him not to call me that.  I

6    also complained to Peter Badouvas about it.  I told

7    him I'm tired of this guy harassing me.  Those are

8    the people --

9         Q    Mr. Nelson, I don't have a lot of time.

10   Let's forget about Peter Badouvas because you told

11   him.  Let's forget Izzy.  Anybody else of

12   management, Diane, Phil, any other manager, anybody

13   of any authority.

14             Over the two or three-year period, did

15   you ever tell anybody else, let's leave Peter

16   Badouvas out of it and Izzy out of it.  Anybody else

17   did you say I'm being targeted by this guy on a

18   consistent basis yes or no.  If it's yes, I want to

19   know who and when.

20        A    I'm not going to be able to tell you

21   when.  I can give you the names.

22        Q    Give me the names.

23        A    When I send you the list.

24        Q    The list is people that heard those

25   insults.  Did you complain to those people?  When

22

1               Anthony B. Nelson

2   you send me a list, you said these are witnesses to

3   the insults.

4       A     I complained to one particular manager

5   about it.

6       Q     Who was that?

7       A     He works in Five Towns.  I'm trying to

8   think of his name, hold on.

9       Q     Would you be able to give me his name in

10  the E-Mail that you send me?

11      A     Yes, I can give you the name, who I

12  complained to about it, besides Peter Badouvas.

13      Q     And when?

14      A     Beside Peter Badouvas and Izzi, there was

15  one other manager.

16      Q     When you had your deposition in September

17  of 2019 --

18      A     Yes.

19      Q     -- you didn't tell us that you complained

20  to another manager.  Is there a reason that you

21  didn't tell us that back in September?

22      A     I don't know.  Did you ask me?

23      Q     Yes, I did.

24      A     You know what, I have -- I'm not opened

25  on that page.  You didn't tell me to -- I do have

1                    Anthony B. Nelson

2   the box here with all of the depositions in it.

3        Q    Let's go to paragraph 5, which starts

4   with not only did he do this in front of me.  Do you

5   see that paragraph?

6        A    Hold on.  Yeah.

7        Q    Actually go to the paragraph before that.

8   I'm a minority and so is eighty-seven percent of the

9   staff.  When you talk about Alex Lettas calling you

10  a word that I would prefer not to use, you talk

11  about what Alex Lettas said.  The next paragraph you

12  said he did it in front of everybody that was

13  working there permeating the place with racial

14  jokes.

15            The question I have for you, Mr. Nelson,

16  are the statements that Alex Lettas said and what

17  you mean in that paragraph are they the same people

18  that you're going to identify in the list or are

19  these different people?

20       A    That's a double question.

21       Q    Let me ask you again.  You see the

22  paragraph where it starts I am a minority?

23       A    Correct.

24       Q    And Alex Lettas said things that I would

25  rather not say in this deposition.  In the next

24

                              Anthony B. Nelson

2    paragraph you talk about that he did it in front of

3    you and in front of everybody that worked there.  He

4    showed videos on his phone of Latinos and it goes on

5    and on.

6         A    Uh-huh.

7         Q    What I'm asking you, I know you're going

8    to supply me with a list of names that you say heard

9    Chris Orsaris say things.  Would that be the same

10   list for what Alex Lettas said or would it be

11   different people?

12        A    Of course, it would probably be the same

13   people because it's the same --

14        Q    No, Mr. Nelson.  You said of course.  Of

15   course means you're assuming.  What I'm asking you

16   is are there any other people that heard Alex

17   Lettas?  This is your Complaint, not mine.

18        A    Okay.

19        Q    Would you be able to name those people,

20   in addition to the list or are they go to be on that

21   list?

22        A    There are people on that list that you

23   sent me.

24        Q    You're going to identify them?

25        A    Yes.

1                    Anthony B. Nelson

2        Q    Those are going to be the same people

3   that heard Alex Lettas as well; is that correct?

4        A    Yes.

5        Q    By the way, you have an age complaint in

6   this case; correct?

7        A    Yes.

8        Q    Do you know how many people your age work

9   there?

10       A    I don't know.  You mean in my age range?

11       Q    Correct.

12       A    Maybe three other people.

13       Q    How many people in your age range were

14   there when you left?

15       A    Maybe two.  One that's on the list.

16   Who's the other one.  The other guy is not on the

17   list.

18       Q    Let's go to the last paragraph on page 3

19   of the Amended Complaint.

20       A    Okay.

21       Q    Before we do, one last question.

22            On the people that were there when you

23   were there, in the same age range, do you know if

24   any of those people were discriminated against

25   because of their age?

Anthony B. Nelson

1

2     A     Yes.

3     Q     Do you have their names?

4     A     Yes, I do.  Robert Wood.

5     Q     Robert Wood would say he was

6  discriminated against because of his age?

7     A     They walk right by our desk and say two

8  grumpy old man and all kind of stuff.

9     Q     Have you talked to Robert Wood?

10    A     I don't talk to him no more.

11    Q     Other than Robert Wood, any other person?

12    A     No, because we're the only ones in that

13  age group.  I did mention another person, but that

14  person came toward the end of my leaving there.  He

15  wasn't included in it.

16    Q     Going to the paragraph on the bottom of

17  page 3.  It states regarding different terms and

18  conditions, when I came there they put a salesman on

19  the deal with me.  The reason was that there was

20  commitment from the customer by taking their down

21  payment, before even showing the car.  It was a

22  trap.  Most salespeople would leave.

23          It looks like this trap, this hundred

24  dollar trap, was done to most salespeople; is that

25  correct?

1                    Anthony B. Nelson

2         A      Yes, people constantly got hundred dollar

3    flats and nobody would stay.  You can't do that work

4    for a hundred dollars.

5         Q      They treated everybody like that; isn't

6    that correct?

7         A      What?

8         Q      According to your statement here, most

9    salespeople, they treated all the salespeople the

10   same way on that hundred dollars; is that correct?

11        A      Not everybody.  They had salesmen there

12   that they would give a portion of your sale to that

13   person, when they were operating in that manner.

14        Q      Mr. Nelson, what I'm saying is that it

15   says here that most salespeople would leave after

16   two or three weeks.  They did this hundred dollar

17   thing, this down payment trap thing, they did that

18   to more than you, it was done to other salesmen as

19   well; correct?

20        A      No, in other words, when the commission

21   on the car --

22        Q      Sir, I'm asking you a specific question.

23   I'm not asking for a narrative.  Listen to my

24   question again.  I don't have a lot of time.

25        A      I understand.

28

1                    Anthony B. Nelson

2        Q       You said most salespeople would leave

3    after two or three weeks with the hundred dollar

4    flat thing.  This is what you called a trap.  You

5    said most salespeople.  This hundred dollar

6    business, that was done to more than you, it was

7    done to several salespeople; correct?

8        A       Sure.  They didn't pay a lot of people

9    properly, yes.

10       Q       This allegation of a hundred dollars was

11   not just done to you, but to a bunch of people and

12   was it more than two or three people?

13       A       Listen, they had a resolving door there.

14   I can't tell you.

15       Q       Was it done to more than two or three

16   people, yes or no?

17       A       Yes.

18       Q       Do you know how many people they did it

19   to?

20       A       I'm not a record keeper.  I know it was

21   lots of people.

22       Q       Was it more than five people?

23       A       Of course, it was more than five.

24       Q       Do you know the age and race of those

25   people?  If you don't know, say you don't know.

1                    Anthony B. Nelson

2       A     Most of them were minorities.  You had a

3   couple of Indian guys or Irish guys, two or three

4   whites.  Most of the salespeople were mostly

5   minorities.

6       Q     Eighty-seven percent of the workers are

7   minorities in that store; correct?

8       A     Yeah, pretty much.

9       Q     This taking the hundred dollars wasn't

10  done just to you it was done to a number of people;

11  could have been five, could have been ten.

12      A     Taking?  No, it wasn't taking.  It was

13  giving a hundred dollar flat on a sale.  I don't

14  know what the word taking means.

15      Q     Forget taking.

16      A     They're taking hundreds of dollars and

17  giving you only a hundred.

18      Q     It wasn't just done to you.  It was done

19  to five or ten people, depending on how they felt;

20  is that correct?

21      A     That's what they do.  They do things to

22  people.

23      Q     I'm not asking you what they do.  I'm

24  asking you with respect to the hundred dollar trap

25  it was done to anywhere between five to ten people?

30

1                         Anthony B. Nelson

2          A      More than that.

3          Q      Of different races and nationalities;

4     correct?

5          A      You know you might have had a couple of

6     white people.  Mostly minorities.  That area,

7     there's a lot of minority salespeople in that store.

8          Q      We know that.  Let's go to the next

9     paragraph.

10                Also they gave me different terms and

11    conditions from other employees.  They exclude me

12    from the new employment agreement.  Do you have a

13    copy of whatever that employment agreement?

14         A      I did have a copy of it.  I never got it

15    from them.  I moved into somebody's desk and got a

16    copy of it.

17         Q      Do you have a copy of it?

18         A      Somewhere here.

19         Q      When can I get a copy of it?

20         A      I don't know.  I mean -- no, no, no.

21    Hold on.  Do I have just the cover.  Can you ask

22    your client for a copy of it?

23         Q      Sir, this is your case you sued my

24    client.

25         A      I understand that.  Since they produced

31

```
 1                    Anthony B. Nelson
 2    copies of it, multiple copies of it, in the -- if I
 3    can't for some reason find it, can you get your
 4    client to give you a copy of the Spartan agreement?
 5         Q    Mr. Nelson, you don't get to ask me
 6    questions.
 7         A    All right.
 8         Q    You're talking about an employment
 9    agreement that was kept from you and I'm asking you
10    do you have a copy.  If you don't have a copy and
11    you can't show us that, just say you don't have a
12    copy.
13         A    I'm not sure.
14         Q    When will you be sure?
15         A    Before I send you all of the rest of the
16    stuff.
17         Q    By the middle of next week, if you have a
18    copy, you will give it to us; correct?
19         A    Certainly.
20         Q    Your next paragraph talks about a person
21    named Manny.  Do you see that paragraph, Mr. Nelson?
22         A    Yes.
23         Q    That was on September 18th.
24         A    2017, yes.
25         Q    You got into an assault with Manny that
```

32

1                        Anthony B. Nelson

2     day; is that correct?

3         A     He got into an assault with me.

4         Q     That's right.

5         A     I want to make sure we got the order

6     correct.

7         Q     Did you ever have an issue with Manny

8     before that alleged assault?

9         A     No, I did not.

10        Q     Did he ever use any discriminatory words

11    to you, before that assault?

12        A     He's a minority, no.

13        Q     That assault had to do with -- what did

14    it have to do with, something business related?

15        A     Yes.

16        Q     Did you ever tell anybody about that

17    assault?

18        A     Almost everybody knew what happened.

19        Q     Who is everybody?

20        A     Other salesmen.

21        Q     I'm going to need names.

22        A     Managers.

23        Q     Mr. Nelson --

24        A     You need the names?

25        Q     Yes, I need the names.

1               Anthony B. Nelson

2       A    Stavros Orsaris.  I can't think of the

3   guy's name.  He worked there ten years.

4       Q    You be able to supply me the name of

5   every person that you say saw this assault, other

6   than Stavros?

7       A    Yes.  You said saw or knows about it?

8   Can you repeat the question back?

9       Q    I want to know who witnessed it, other

10  than Stavros Orsaris.

11      A    The actual assault itself?

12      Q    That's correct.

13      A    I'll send you the names.  The other

14  person was in the office with Stavros, when this

15  happened.  There were three of us.  I'll send you

16  the other name.

17      Q    While waiting for a bus, next paragraph,

18  Chris Orsaris jumps out of the car and was verbally

19  assaulting you and said go home and get your gun.

20      A    Yes.

21      Q    Did he use any words, any discriminatory

22  words referring to your race or age when he jumped

23  out of the car?  You quoted him saying go home and

24  get your gun, you're fired.  Did he say anything

25  else about your age or race?

34

1                    Anthony B. Nelson

2        A     No, he did not.

3        Q     At any time in the Sunoco station were

4    you referred to with any words based on your age or

5    your race?

6        A     No.

7        Q     Do you know why he said go home and get

8    your gun, you're fired?

9        A     I don't know why anybody would come into

10   a gas station and scream.

11       Q     I didn't ask you that.  Do you know why

12   he said that to you?

13       A     I don't know why anybody would say that

14   to me.

15       Q     Not anybody.  Do you know why Chris

16   Orsaris said that?

17       A     I don't know why Chris Orsaris said that

18   to me.

19       Q     Did he just pull into the station and say

20   that?

21       A     He pulled into the station and he came

22   inside the store to get gas and he said that.

23       Q     Did you threaten him at all?

24       A     No, I did not.

25       Q     Did you say anything about a gun to him?

35

1                    Anthony B. Nelson

2       A     No, I did not.

3       Q     I'm going to ask you to turn to the next

4    page, page 5.

5       A     All right.

6       Q     The last paragraph on page 5, you said

7    this is a discriminatory distraction to take away

8    attention from Chris Orsaris who is motivated by

9    racial bias.  What do you mean by that?  What do you

10   mean by discriminatory distraction?  What are you

11   talking about?

12      A     Okay.  When I say a discriminatory

13   distraction it is because he and his previous

14   attorney Richard Simon, flipped this whole thing

15   around in a statement to the EEOC saying that I'm

16   walking around a Sunoco food mart talking about I'm

17   going to go get a gun and shoot people.  When I say

18   discriminatory distraction, it's real easy to make

19   up lies about black people.  That's what I mean by

20   that.

21      Q     What you're talking about is what Richard

22   Simon said to the EEOC.  That's the discriminatory

23   distraction; correct?

24      A     No, the discriminatory distraction is

25   your client coming in the store saying what he said

1                    Anthony B. Nelson

2    and then the distraction is turning it around and

3    accusing me of saying that, which I never said that.

4         Q    Did Chris Orsaris say anything about your

5    race or your age inside the store?

6         A    No, only inside the dealership store.

7    Not in the Sunoco station on the occurrence that

8    you're referring to.

9         Q    When you say discriminatory distraction,

10   are you talking about something about the insults

11   that you testified to earlier in the store or are

12   you talking about something in the Sunoco station?

13        A    What I'm talking about in that particular

14   paragraph, okay, I'm talking about him lying and

15   turning -- trying to spin this whole thing on me and

16   trying to blame me of his mistake of stupidly coming

17   into a place and saying something as ignorant as

18   what he said.

19        Q    Tell me what you mean that he did it,

20   that he turned it against you?

21        A    Because when you say that I said that, I

22   never said --

23        Q    Said what?

24        A    Go home and get your gun.  Here's the

25   thing.  He said that I'm the one that's talking

1                    Anthony B. Nelson

2    about a gun.  I was never talking about a gun at any

3    time.  I don't talk about guns.

4        Q     Mr. Nelson --

5        A     What he did -- I'm trying to explain to

6    you.  This might go over your head.  I don't know if

7    it will or not.  You asked me about this statement,

8    a distraction.  What it is basically is they're

9    trying to say, that includes Chris and Simon or

10   anybody else, what they're saying is they're turning

11   it around.  They're lying and saying that I said

12   that.

13       Q     I understand.

14       A     When I say discriminatory distraction,

15   it's a distraction because now you're changing the

16   whole manner of how this thing happened.

17       Q     I understand, sir.

18             Are you testifying that this distraction

19   of turning it around was discriminatory in nature or

20   just a distraction of turning it around?

21       A     It's discriminatory in nature.

22       Q     Why is it dis --

23       A     Why?  You don't have to use a

24   discriminatory word, okay, to do something

25   discriminatory.  Okay.  If you don't understand

1                    Anthony B. Nelson

2      that, look at all the Karens in the world or

3      different people that do stuff.

4              What I'm trying to explain to you it's

5      the easiest thing in the world to do, is to make up

6      a lie about a black person.  He made up a lie

7      because I never said -- I wouldn't stand out in

8      public and say nothing like that.  He came in there

9      and said that.

10       Q    Mr. Nelson, I understand.  We don't have

11     a lot of time.

12             When you testified moments ago you said

13     when the incident happened in Sunoco, he didn't use

14     any discriminatory words.  He didn't refer to you as

15     to your age or race.  You're saying the fact that he

16     said that his version of what happened in the Sunoco

17     station is trying to accuse you or wrongdoing.

18     You're saying that accusation is discriminatory,

19     even though he didn't use any words of racial or

20     age, is that correct, yes or no?

21       A    Yes, yes.

22       Q    His version of what happened you take

23     issue with and you believe that the fact that it's

24     different from him is that discriminatory just by

25     the fact that it's different from your version, yes

39

1                    Anthony B. Nelson

2   or no?

3        A     I'm not going to answer that question.

4   Listen, rephrase that question for me, please.

5        Q     I'm saying that you believe the fact that

6   he has a different version of the facts that

7   happened in the Sunoco station, where he didn't use

8   any discriminatory words, that assertion is just

9   discriminatory in nature, yes or no?

10       A     Yes, you don't have to use discriminatory

11  words to do something discriminatory.

12       Q     Your Amended Complaint against my

13  clients, do you believe that you have added anything

14  new or changed anything from your original

15  Complaint?

16       A     What?

17       Q     Your Amended Complaint has certain

18  allegations against Mitsubishi.

19       A     North America you mean?

20       Q     Yes, correct.

21       A     Yes.

22       Q     You've also included, which we brought up

23  to the judge, that you got some stuff here about the

24  Victory defendants, about Alex and Chris Orsaris; is

25  that correct?

40

1                    Anthony B. Nelson

2        A     I have what?

3        Q     You've brought up allegations that I've

4    been talking to you about for the last fifty

5    minutes.

6        A     Yes.

7        Q     About Alex and Chris Orsaris; correct?

8        A     Yes.

9        Q     Some of these allegations are repetitive

10   from your original Complaint; correct?

11       A     Yes.

12       Q     Is there anything new in this Amended

13   Complaint that you're bringing up here that wasn't

14   in your original Complaint that you believe that you

15   did not include in your original Complaint?

16       A     There's stuff in this Complaint that is

17   from the original Complaint.

18       Q     Correct.  I said that.

19       A     Right.  But there's also written in the

20   Complaint clarification on those particular items --

21   clarification on the same items that were in the

22   original Complaint in this Complaint.

23       Q     When you say clarification, are you

24   talking about more facts about the incident like at

25   Sunoco and all that?

1                    Anthony B. Nelson

2         A     Sure.

3         Q     There are no -- I'm reading this thing

4    and I don't see any new complaints about racial or

5    age issues that were not in your original Complaint

6    or your original testimony in the deposition.  Am I

7    correct on that?

8         A     Right.  You're saying -- could you repeat

9    that again?

10             MR. HANS:  Can you repeat my question?

11             (The requested portion was found and read

12        back.)

13        A     Yes.

14        Q     Just to be sure, would you agree that

15   there are no new facts in this Amended Complaint

16   that were not brought up in the original Complaint;

17   correct?

18        A     No, there are new facts in this

19   Complaint.

20        Q     What are the new facts against my client?

21   You just testified that there weren't.

22        A     About the distraction.  It's a fact.

23   It's a description.

24        Q     It seems that you testified before that

25   there was nothing new and just a clarification.  Now

42

1                    Anthony B. Nelson

2    you're saying there's something new.

3         A     The clarifications are new.  Clarifying,

4    you know, what happened.  The reason why it

5    happened, but basically everything that's in the

6    original Complaint is in this Complaint.

7         Q     I'm pretty sure I'm correct in this, but

8    you have to tell us.  I don't see any new facts that

9    are not in the original Complaint.  It's only

10   clarifications; am I correct?

11        A     Yes.

12        Q     The clarifications is what you testified

13   to today; is that correct?

14        A     Partially.

15        Q     Why is it not fully, what clarification

16   have you not testified to?

17        A     You asked me some questions where I

18   didn't have to clarify anything; isn't that correct?

19        Q     No, you don't get to ask the question.

20   Listen to me, you have the Amended Complaint in

21   front of you.

22        A     Yes.

23        Q     I've gone through the paragraphs with

24   you.

25        A     Yes.

1                    Anthony B. Nelson

2        Q     Is there any part of the original

3   Complaint that is clarified that you have not

4   testified to in the first five pages of the Amended

5   Complaint.  If you need a minute to look at it, that

6   would be fine.  We've gone through the whole

7   Complaint.

8        A     We didn't talk about the debit card thing

9   today.

10       Q     What paragraph is that?

11       A     That's just before the theory of

12  liability on page 6.

13       Q     This is the last one that we didn't talk

14  about.  I'll ask you about that now.

15             Dozens of times, that I find it highly

16  irregular for a blue chip company, such as

17  Mitsubishi, to be changing out Social Security

18  numbers.  It sounds that you're accusing Mitsubishi

19  on that, not my client.

20             MR. BLUMENSTOCK:  Where are we reading

21       from?

22             THE WITNESS:  Page 6.

23       Q     The paragraph that starts with this

24  happened.  That's the paragraph that you say I have

25  not asked you anything about.

44

1                    Anthony B. Nelson

2        A      I think you missed a couple.  That's one

3  of them.

4        Q      That paragraph has do with just

5  Mitsubishi.

6        A      No, it has to do with they would never do

7  nothing like that.

8        Q      What do you mean by that?

9        A      What I mean by that is that -- what I

10  mean by that is that a dealer --

11        Q      Let me ask you this.  We're talking about

12  the irregularity of the Social Security numbers..

13  That was affecting a lot of salespeople; correct?

14        A      They were blocking us.

15        Q      A number of salespeople were affected by

16  that?

17        A      Right.  We had no access.

18        Q      Putting that aside, sir.  Other than that

19  paragraph, is there anything in that Amended

20  Complaint, as it affects the Victory defendant, that

21  you have not clarified through the questions that

22  I've asked you today?

23        A      This thing here.

24        Q      Which thing?

25        A      What we're talking about right now about

45

1                    Anthony B. Nelson

2    Mitsubishi and the internet site and blocking --

3        Q    I understand that.  That affects all the

4    salespeople.  I understand that.

5        A    Right.

6        Q    What I'm asking is with respect to

7    clarifying your Complaint of racial or age

8    discrimination.  I've asked you a lot of questions

9    with respect to the first five pages.  I've gone

10   through each paragraph and you said maybe there's

11   something else that I didn't cover that you didn't

12   clarify. .

13             Is there anything that you didn't clarify

14   in all the questions that I've asked you for the

15   last hour?  I believe you've answered them all.

16       A    I'm double-checking right now.  Mr. Hans

17   I think that was the only thing that was missing.

18   The fact that Social Security numbers changed, you

19   have no access.  You can't -- I think that's the

20   only thing that we missed.

21       Q    You just testified to that.

22             I have nothing further.  I believe we're

23         on time within the hour.  This deposition is

24         concluded, except for one point.  Today is

25         Friday --

46

1                     Anthony B. Nelson

2        A     Yes.

3        Q     Friday, September 18th, 2020.   There are

4   a number of things that you have to produce to us by

5   E-Mail, including the names of witnesses on the list

6   that I supplied you, that were witnesses to certain

7   things and a number of things that I believe you

8   made notes of; correct?

9        A     Okay.   Persons who witnessed and heard.

10  What was the first thing again?

11       Q     Mr. Nelson, I didn't write them down

12  because I was trying to get my deposition done

13  within sixty minutes.

14             Mr. Nelson, let's do this.   Why don't you

15  produce the names on the witness list that you know

16  heard the insults that Chris Orsaris targeted you

17  with.   That's one thing for sure.

18       A     Yes.

19       Q     I think you have a few other things that

20  you may have made notes about.

21       A     The other witness in the brawl, the

22  assault you called it.

23       Q     Can you get those names to me by Tuesday,

24  this coming Tuesday?

25       A     That I can do.

47

1                        Anthony B. Nelson

2        Q     Would you agree and stipulate that after

3   we get the transcript, if there's any other names or

4   lists, after the transcript is produced, that you

5   would produce that information within five days

6   after that?

7        A     Yes, I will.  After I get it.  Yes, I

8   will.

9               MR. HANS:  I am concluded.

10              MR. BLUMENSTOCK:  I have a favor to ask.

11         I represent Mitsubishi.  Whenever you get

12         through this by way of documents produced,

13         would you forward the E-Mail to me as well?

14              THE WITNESS:  I can forward it to you

15         als.

16              MR. HANS:  Mr. Nelson, it's more

17         appropriate that I do that.

18              MR. BLUMENSTOCK:  I'd like to request a

19         copy of the transcript.

20              (Whereupon, the examination of this

21          witness was concluded at 11:20 A.M.)

22

23

24

25

48

1

2                    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK)

5                     )ss.:

6    COUNTY OF        )

7

8          I, ANTHONY B. NELSON, hereby certify

9    that I have read the transcript of my testimony

10   taken under oath in my deposition of September 18,

11   2020.

12   That the transcript is a true, complete and correct

13   record of what was asked and answered and said,

14   during this deposition, and that the answers on the

15   record, as given by me, are true and correct.

16

17          _____

18                     ANTHONY B. NELSON

19   Subscribed and sworn to

20   before me on this _____ day

21   of _____, 2020.

22

23   _____
             NOTARY PUBLIC

24

25

49

1

2                          I N D E X

3

4     EXAMINATION OF        BY                          PAGE

5     Anthony B. Nelson     Mr. Hans                    5

6

7                 INFORMATION TO BE SUPPLIED

8                                                       PAGE

9     Affidavit of Juan Planaco                         13

10    List                                             17

11    Employment contract                              31

12    Names of who witnessed assault                   33

13

14

15

16

17

18

19

20

21

22

23

24

25

50

1

2                C E R T I F I C A T I O N

3

4          I, ATHI FRANCIS, a Notary Public of the State

5     of New York, do hereby certify:

6          That the testimony in the within proceeding

7     was held before me at the aforesaid time and place.

8     That said witness was duly sworn before the

9     commencement of the testimony, and that the

10    testimony was taken stenographically by me, then

11    transcribed under my supervision, and that the

12    within transcript is a true record of the testimony

13    of said witness.

14         I further certify that I am not related to any

15    of the parties to this action by blood or marriage,

16    that I am not interested directly or indirectly in

17    the matter in controversy, nor am I  in the employ

18    of any of the counsel.

19         IN WITNESS WHEREOF, I have hereunto set my hand

20    this 1st day of October, 2020.

21

22                        _____

23                             ATHI FRANCIS

24

25

# ERRATA SHEET

NAME OF CASE: _____

DATE OF DEPOSITION: _____

NAME OF DEPONENT: _____

The following corrections, additions or deletions are noted for the following reasons:

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |
| ____ | ____ | _____ | _____ |

Subscribed and Sworn to Before Me
This _____ day of _____, 20__.

_____
WITNESS' SIGNATURE

_____    _____
NOTARY PUBLIC            Commission Expires:

# LAWYER'S NOTES

| PAGE | LINE | NOTES... |
|------|------|----------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



Bee Reporting Agency, Inc.
COURT REPORTERS

## A

**A.M** 1:12 47:21
**able** 18:2,19,22 21:20 22:9 24:19
  33:4
**access** 44:17 45:19
**accusation** 38:18
**accuse** 38:17
**accusing** 36:3 43:18
**action** 50:15
**actual** 33:11
**added** 39:13
**addition** 24:20
**address** 5:12
**Adorham** 20:8
**affect** 9:9,11
**affidavit** 13:14,15,18,21 14:5,6,9
  14:14,19 49:9
**aforesaid** 50:7
**age** 7:22 8:5 9:10,14,23 10:9,14
  11:14,23 12:15,17 15:9 16:3,9,17
  18:25 19:7 21:4 25:5,8,10,13,23
  25:25 26:6,13 28:24 33:22,25
  34:4 36:5 38:15,20 41:5 45:7
**ago** 17:5,5,6 38:12
**agree** 41:14 47:2
**agreed** 3:3,8,12 14:8 19:7
**agreement** 30:12,13 31:4,9
**Alex** 1:8 23:9,11,16,24 24:10,16
  25:3 39:24 40:7
**allegation** 9:12,14 11:21 28:10
**allegations** 6:10 39:18 40:3,9
**alleged** 32:8
**als** 47:15
**Amended** 5:15,18 6:2,12 25:19
  39:12,17 40:12 41:15 42:20 43:4
  44:19
**America** 1:9 2:15 39:19
**amount** 18:13
**answer** 9:21 39:3
**answered** 45:15 48:13
**answers** 48:14
**Anthony** 1:3,15 2:3 4:16 5:11 6:1
  7:1 8:1 9:1 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1 48:8,17 49:5
**anybody** 14:25 15:4,7 16:23 19:9
  19:10,24 20:25 21:11,12,15,16
  32:16 34:9,13,15 37:10
**appearing** 4:15
**appropriate** 47:17
**area** 6:7 30:6
**ARGYROPOULOUS** 1:7,7
**aside** 44:18
**asked** 5:25 16:22 20:10,10 21:5

  37:7 42:17 43:25 44:22 45:8,14
  48:13
**asking** 5:15 19:20 20:12 24:7,15
  27:22,23 29:23,24 31:9 45:6
**assault** 31:25 32:3,8,11,13,17 33:5
  33:11 46:22 49:12
**assaulting** 33:19
**assertion** 39:8
**ASSOCIATES** 2:7
**assuming** 11:9 24:15
**Athi** 1:18 5:4 50:4,22
**attention** 35:8
**attorney** 1:16 8:17 9:2,13 10:7,12
  35:14
**Attorneys** 2:8,14
**auction** 18:8
**authority** 21:13
**auto** 1:8,8 10:25 11:2,3,6 14:12
**aware** 14:11 20:19

## B

**B** 1:3,15 2:3 4:16 5:2,11 6:1,3 7:1
  8:1 9:1 10:1 11:1 12:1 13:1 14:1
  15:1 16:1 17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1 31:1 32:1
  33:1 34:1 35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:8,17 49:5
**back** 20:9,21 22:21 33:8 41:12
**bad** 7:9
**Badouvas** 13:7 14:15 15:10,15
  16:4,8,10,17,24 19:13,22 21:6,10
  21:16 22:12,14
**based** 12:2 34:4
**basically** 37:8 42:5
**basis** 12:15,21,23 14:20 15:9 18:6
  18:10 21:18
**bearing** 11:25 12:3
**begged** 17:19
**belief** 4:14
**believe** 11:23 38:23 39:5,13 40:14
  45:15,22 46:7
**Ben** 12:16
**Bendell** 11:7
**best** 4:14
**bias** 35:9
**Bill** 12:16 20:3,19
**black** 35:19 38:6
**blame** 36:16
**blocking** 44:14 45:2
**blood** 50:15
**blue** 43:16
**bluetooth** 16:14 17:3
**BLUMENSTOCK** 2:17 4:12 13:8
  43:20 47:10,18
**board** 10:22
**bomb** 7:20

**bombed** 6:7,25 7:4
**bombing** 7:6,21
**bottom** 26:16
**Boulevard** 2:9
**box** 23:2
**brawl** 46:21
**bring** 20:23
**bringing** 40:13
**Broad** 2:15
**Bronx** 2:5 5:13 6:20
**brought** 39:22 40:3 41:16
**Broun** 5:13
**Brown** 2:4
**bunch** 28:11
**bus** 33:17
**business** 28:6 32:14
**businesses** 11:6

## C

**C** 2:2 48:2 50:2,2
**call** 20:3,16 21:5
**called** 20:19 21:5 28:4 46:22
**calling** 20:2,4 23:9
**car** 15:12,16,17 16:4,8,10,13,17,24
  17:2 26:21 27:21 33:18,23
**card** 43:8
**case** 1:5 6:12 9:23 25:6 30:23
**certain** 39:17 46:6
**Certainly** 31:19
**certification** 3:5
**certify** 48:8 50:5,14
**changed** 12:22 39:14 45:18
**changing** 37:15 43:17
**character** 11:15,18,24 12:2,4
**checking** 13:8,10
**chip** 43:16
**Chris** 1:8 2:19 10:21 11:9,17,24
  12:14,20 14:19 16:3,13,15 17:22
  18:24 19:6,10,18,21 20:25 24:9
  33:18 34:15,17 35:8 36:4 37:9
  39:24 40:7 46:16
**Christ** 17:25
**City** 2:10
**claim** 6:11
**clarification** 40:20,21,23 41:25
  42:15
**clarifications** 42:3,10,12
**clarified** 43:3 44:21
**clarify** 42:18 45:12,13
**clarifying** 42:3 45:7
**CLARK** 2:14
**client** 30:22,24 31:4 35:25 41:20
  43:19
**clients** 39:13
**close** 14:23
**co-worker** 15:8 16:2,23
**co-workers** 15:3
**come** 20:13 34:9

24:3 42:21
fully 42:15
further 3:8,12 45:22 50:14
future 4:10

## G

G 48:2
gas 34:10,22
general 8:17 9:2,13,24 10:2
general's 10:8,12
GEORGE 2:8
getting 13:13
give 21:21,22 22:9,11 27:12 31:4
   31:18
given 13:18 48:15
giving 29:13,17
go 19:15 20:9,21,25 23:3,7 24:20
   25:18 30:8 33:19,23 34:7 35:17
   36:24 37:6
goes 24:4
going 7:25 10:3,4 12:11 21:2,20
   23:18 24:7,24 25:2 26:16 32:21
   35:3,17 39:3
grandiose 12:5
group 1:8,8 26:13
grumpy 26:8
gun 33:19,24 34:8,25 35:17 36:24
   37:2,2
guns 37:3
guy 20:2 21:7,17 25:16
guy's 33:3
guys 29:3,3

## H

H 5:2
half 17:6
hand 50:19
Hans 2:7,11 4:11,17 5:8,22 41:10
   45:16 47:9,16 49:5
happen 7:18 9:18 10:6
happened 7:17,19,20 32:18 33:15
   37:16 38:13,16,22 39:7 42:4,5
   43:24
happening 7:25 19:12
harassed 18:11
harassing 15:5,6,12,16,17 21:7
Harold 11:7
head 37:6
heard 18:5,24 19:6 21:24 24:8,16
   25:3 46:9,16
held 1:17 12:19 50:7
hereto 3:5
hereunto 50:19
highly 43:15
hold 15:15 22:8 23:6 30:21
home 5:12 33:19,23 34:7 36:24
hour 5:24 45:15,23
hours 18:3

huge 6:20,20
hundred 26:23 27:2,4,10,16 28:3,5
   28:10 29:9,13,17,24
hundreds 29:16

## I

identify 18:19 23:18 24:24
identifying 18:4
ignorant 36:17
imagine 10:11
impact 7:14
incident 38:13 40:24
include 40:15
included 26:15 39:22
includes 20:14 37:9
including 46:5
Indian 29:3
indirectly 50:16
industry 6:22
information 47:5 49:7
inside 34:22 36:5,6
insulted 20:12,13
insults 16:23 19:25 21:25 22:3
   36:10 46:16
interested 50:16
internet 45:2
INTOCCIA 2:14
investigation 10:12
Irish 29:3
irregular 43:16
irregularity 44:12
Island 2:10
issue 32:7 38:23
issues 10:8 41:5
items 40:20,21
Izzi 22:14
Izzy 20:8,8,13,14 21:4,11,16

## J

jamming 9:7
Jessica 17:24
Jesus 17:24
JOHN 2:17
jokes 12:15 15:9 16:4,5,9,17 18:25
   19:7 20:24 21:4 23:14
Juan 13:7 15:13 16:24 17:24 49:9
judge 39:23
jumped 33:22
jumps 33:18

## K

K 48:2
Karens 38:2
keeper 26:20
kept 31:9
kind 6:21 10:6 26:8
KLUGER 2:14
knew 6:5 10:22 32:18

know 7:3,9 9:19 12:22 15:21 16:19
   16:22,25 18:9,16 21:19 22:22,24
   24:7 25:8,10,23 28:18,20,24,25
   28:25 29:14 30:5,8,20 33:9 34:7
   34:9,11,13,15,17 37:6 42:4 46:15
knowledge 4:14
knows 33:7

## L

L 3:2 5:2 48:2
Lab 10:25 11:2,3
Latinos 24:4
leave 21:15 26:22 27:15 28:2
leaving 26:14
left 25:14
let's 20:9,21 21:10,11,15 23:3
   25:18 30:8 46:14
Lettas 1:8 23:9,11,16,24 24:10,17
   25:3
letting 18:9
liability 43:12
lie 38:6,6
lies 35:19
life 7:10
list 17:8,10,13,17,18,18,20,21,24
   18:5,20,24 19:5 21:23,24 22:2
   23:18 24:8,10,20,21,22 25:15,17
   46:5,15 49:10
listen 15:22 20:3 21:2 27:23 28:13
   39:4 42:20
lists 47:4
LLC 1:8,8
Long 2:10
look 38:2 43:5
looking 8:22
looks 26:23
lot 7:16 11:5 12:9,10 21:9 27:24
   28:8 30:7 38:11 44:13 45:8
lots 28:21
lying 36:14 37:11

## M

M 48:2
Major 11:5
man 26:8
management 15:2,8 16:2 19:9
   21:12
manager 20:2,6,18,23 21:12 22:4
   22:15,20
Managers 32:22
manner 27:13 37:16
Manny 31:21,25 32:7
marriage 50:15
mart 35:16
matter 14:8 15:11 50:17
McGIVNEY 2:14
mean 8:21 12:6 23:17 25:10 30:20
   35:9,10,19 36:19 39:19 44:8,9,10

**R**

**R** 2:2 50:2
**race** 7:22 8:5 9:10,14,23 10:9,14
  11:14,23 12:16 15:9 16:3 28:24
  33:22,25 34:5 36:5 38:15
**races** 30:3
**racial** 12:15 16:9,16 18:25 19:6
  20:24 21:3 23:13 35:9 38:19 41:4
  45:7
**radio** 10:18,22,23
**range** 25:10,13,23
**reached** 14:17
**reaction** 6:22
**read** 41:11 48:9
**reading** 41:3 43:20
**ready** 13:13
**real** 35:18
**reason** 22:20 26:19 31:3 42:4
**recall** 17:4
**record** 4:4 5:10,22 28:20 48:13,15
  50:12
**recurring** 13:3 18:10
**refer** 5:25 38:14
**referred** 34:4
**referring** 11:17 12:15 33:22 36:8
**reflect** 5:22
**refresh** 13:9
**regarding** 4:5 26:17
**regularly** 13:3
**related** 11:6 32:14 50:14
**relevance** 7:14,16,21 9:12,22 10:7
  10:13 11:12,13,22
**remember** 11:4 16:18,20,21
**repeat** 8:11 33:8 41:8,10
**repetitive** 40:9
**rephrase** 39:4
**reporter** 4:2,6,13,18
**represent** 4:13 47:11
**reputation** 6:15,17 8:9 9:16,17,18
  9:21,24 10:2
**reputations** 6:6
**request** 47:18
**requested** 41:11
**reserved** 3:10
**resolving** 28:13
**respect** 29:24 45:6,9
**respectful** 20:18
**respective** 3:4
**rest** 31:15
**Richard** 35:14,21
**right** 5:18 11:11 14:24 18:18 19:21
  26:7 31:7 32:4 35:5 40:19 41:8
  44:17,25 45:5,16
**risk** 7:10
**Robert** 26:4,5,9,11
**row** 18:8
**run** 6:15
**running** 8:17

**S**

**S** 2:2 3:2,2 5:2
**sale** 27:12 29:13
**salesman** 26:18
**salesmen** 27:11,18 32:20
**salespeople** 26:22,24 27:9,9,15
  28:2,5,7 29:4 30:7 44:13,15 45:4
**saw** 33:5,7
**saying** 6:17,19 12:22 13:15 14:21
  16:7,15,25 18:14 20:13 27:14
  33:23 35:15,25 36:3,17 37:10,11
  38:15,18 39:5 41:8 42:2
**says** 10:20 27:15
**scale** 12:5
**scan** 13:25
**scanner** 14:3
**scream** 34:10
**SE** 2:4
**sealing** 3:5
**Security** 43:17 44:12 45:18
**see** 6:8 13:2 23:5,21 31:21 41:4
  42:8
**send** 14:2,3 18:2 21:23 22:2,10
  31:15 33:13,15
**sent** 5:14 24:23
**sentence** 10:20
**September** 1:12 12:20 22:16,21
  31:23 46:3 48:10
**set** 50:19
**shoot** 35:17
**show** 10:18,22,24 11:3,3,4,8 31:11
**showed** 24:4
**showing** 26:21
**signed** 3:13,15 14:10
**Simon** 35:14,22 37:9
**sir** 12:10 19:7,18 27:22 30:23 37:17
  44:18
**site** 45:2
**six** 11:2
**sixty** 46:13
**skullduggery** 8:20,23
**Social** 43:17 44:12 45:18
**somebody** 6:20 7:10 12:4
**somebody's** 30:15
**soon** 13:23 17:16
**sorry** 17:5
**sounds** 43:18
**SOUTHERN** 1:2
**Spartan** 1:8 31:4
**speak** 15:7,25
**specific** 8:9 27:22
**Specifically** 9:5
**specifying** 19:4
**spin** 36:15
**spoke** 15:13
**spoken** 15:10
**ss** 48:5
**staff** 23:9

**stand** 38:7
**started** 20:2,3
**starts** 10:17 12:12 23:3,22 43:23
**state** 1:19 5:5,9 6:5 11:9 14:19 48:4
  50:4
**statement** 27:8 35:15 37:7
**statements** 23:16
**states** 1:2 26:17
**station** 34:3,10,19,21 36:7,12 38:17
  39:7
**Stavros** 33:2,6,10,14
**stay** 27:3
**stenographically** 50:10
**STEPHEN** 2:7,11 5:8
**stipulate** 4:3 47:2
**Stipulated** 3:3,8,12 4:11,12
**stop** 21:2
**store** 6:6,14,19 8:2 29:7 30:7 34:22
  35:25 36:5,6,11
**straight** 18:12
**Street** 2:15
**stuff** 17:7,15 26:8 31:16 38:3 39:23
  40:16
**stupidly** 36:16
**subject** 14:8
**Subscribed** 48:19
**sued** 30:23
**suing** 14:11
**Suite** 2:9
**Sunoco** 34:3 35:16 36:7,12 38:13
  38:16 39:7 40:25
**supervision** 50:11
**supervisor** 15:3,7 16:22 20:23
**supplied** 46:6 49:7
**supply** 19:4 24:8 33:4
**supposed** 19:15
**sure** 28:8 31:13,14 32:5 41:2,14
  42:7 46:17
**Suzuki** 6:21
**swear** 4:2,6
**sworn** 3:15 5:4 48:19 50:8

**T**

**T** 3:2,2 5:2 48:2 50:2,2
**take** 14:6 35:7 38:22
**taken** 1:16 48:10 50:10
**talk** 23:9,10 24:2 26:10 37:3 43:8
  43:13
**talked** 26:9
**talking** 7:20 8:8,18 11:8 18:10
  19:18 31:8 35:11,16,21 36:10,12
  36:13,14,25 37:2 40:4,24 44:11
  44:25
**talks** 31:20
**target** 16:8 18:5,25 19:6
**targeted** 12:14 14:20 15:8 20:24
  21:17 46:16
**targeting** 12:21 15:4 16:3,5,16

| 6 | | |
|---|---|---|
| 6 43:12,22 | | |
| 7 | | |
| 8 | | |
| 80 2:15 | | |