```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Anthony B. Nelson,

                              **Plaintiff,**

              -against-

Diane Argyropoulous et al.,

                             **Defendants.**

1:18-cv-11413 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Having reviewed the filings by Defendants Diane Argyropoulous, Philip Argyropoulous, Alex Lettas, Chris Orsaris, Spartan Auto Group LLC, Victory Auto Group LLC and Victory Mitsubishi (collectively, the "Victory Defendants") in connection with their motion for summary judgment (*see* ECF No. 126), the Court finds that the Victory Defendants have not complied with Local Civil Rule 56.2 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York.

      Local Civil Rule 56.2 requires "[a]ny represented party moving for summary judgment against a party proceeding *pro se*" to "serve and file as a separate document, together with the papers in support of the motion, the following 'Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment' with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1 attached." Local R. 56.2. Accordingly, it is hereby Ordered that, no later than Friday, November 20, 2020, the Victory Defendants shall serve Plaintiff with the requisite notice.

      The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         November 17, 2020

_____
STEWART D. AARON
United States Magistrate Judge