UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANTHONY NELSON,                                    Index No. 18-CV-11413

                 Plaintiff,

-against-

                                                 **AFFIDAVIT OF SERVICE**

DIANE ARGRYOPOULOUS, PHILIP ARGRYOPOULOUS,
CHRIS ORSARIS, ALEX LETTAS, VICTORY AUTO
GROUP LLC, SPARTAN AUTO GROUP LLC, VICTORY
MITSUBISHI, MITSUBISHI NORTH AMERICA

                 Defendants.
-----------------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF QUEENS    )

       Tara Jones, being duly sworn, deposes and says:

1. I am not a party to this action and am over the age of 18. I reside in New York, New York.

2. On November 13, 2020, I served a true copy of the entire Summary Judgement motion filed in this matter with exhibits via first class U.S. postal mail upon:

                 **Mr. Anthony B. Nelson**
                 **12B Broun Street**
                 **Apt # 12B**
                 **Bronx, NY 10475**

                                        _____
                                        Tara Jones

Sworn to before me on this
13th day of November, 2020

_____
Notary Public

                            STEPHEN D. HANS
                      Notary Public, State of New York
                           No. 02HA4658402
                      Qualified in Queens County
                Commission Expires June 30, 2023