**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Anthony B. Nelson,

                        Plaintiff,

    -against-

Diane Argyropoulous et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020

1:18-cv-11413 (AT) (SDA)

<u>ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        Following a telephone conference with the parties on December 18, 2020, it is hereby Ordered that: (1) no later than January 18, 2021, Plaintiff shall file his opposition to the pending motion for summary judgment filed by Defendants Diane Argyropoulous, Philip Argyropoulous, Alex Lettas, Chris Orsaris, Spartan Auto Group LLC, Victory Auto Group LLC and Victory Mitsubishi (collectively, the "Victory Defendants") (*See* ECF No. 126), and (2) the Victory Defendants shall file their reply, if any, no later than February 26, 2021.

        Plaintiff is advised that he may submit documents for filing either via email to Temporary_Pro_Se_Filing@nysd.uscourts.gov or in person to the Pro Se Intake Unit. Currently, the Pro Se Intake Unit is located at 40 Foley Square, Room 105, New York, New York 10007. However, due to COVID-19 restrictions, window hours are limited to 11:00 a.m. to 2:00 p.m. on days when the Court is open. Outside of those hours, papers can be filed in the night deposit box at the Worth Street entrance of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Plaintiff shall not use the drop box at 40 Foley Square.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
          December 21, 2020

_____
STEWART D. AARON
United States Magistrate Judge